**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL INC., et al,<br>*Plaintiff*,<br>vs.<br>VISA INC., et al,<br>*Defendants*. | Case No. 1:11-cv-1803 |
| BARTRON, et al,<br>*Plaintiff*,<br>vs.<br>VISA INC., et al,<br>*Defendants*. | Case No. 1:11-cv-1831 |
| GENESE, et al,<br>*Plaintiff*,<br>vs.<br>VISA INC., et al,<br>*Defendants*. | Case No. 1:11-cv-1838 |
| STOUMBOS, et al,<br>*Plaintiff*,<br>vs.<br>VISA INC., et al,<br>*Defendants*. | Case 1:11-cv-01882 |

**PLAINTIFFS' JOINT RESPONSE REGARDING CONSOLIDATION**

Plaintiffs in the above-captioned cases ("Plaintiffs") hereby jointly respond to the Court's November 22, 2011 Minute Order ("Minute Order") to inform the Court that, for the reasons hereinafter set forth, they respectfully request that the Court not enter its proposed order to consolidate the four above-captioned cases pursuant to Fed. R. Civ. Proc. 42(a). However, Plaintiffs all agree that coordination of discovery among all the parties in these cases would ensure an efficient and effective discovery process, and protect against wasting the Court's and the parties' time with duplicative or conflicting discovery demands by multiple counsel. Counsel accepts this task, and will make certain that such coordination will be accomplished with the utmost dedication to efficiency, organization and professionalism.

Notwithstanding Plaintiffs' views on coordination of discovery, Plaintiffs do not believe consolidation is appropriate as to all four of the filed cases because of material differences in the definitions of the proposed classes in certain of these actions.[1] Specifically, the proposed class in *National ATM Council v. Visa Inc., et al.* consists of non-bank operators of ATM terminals. Additionally, the *Stoumbos v. Visa Inc., et al.* action defines the class as those consumers who were charged a fee at an "Independent ATM" (*i.e.*, an ATM not owned by Visa, MasterCard or any of their member banks). However, membership in the *Genese v. Visa Inc., et al.* and *Bartron v. Visa Inc., et al.* proposed classes are identical (*i.e.*, consumers who use ATM terminals and

[1] This Response joins the view set forth in the *ATM Operator Plaintiffs' Supplemental Response to the Minute Order of the Court Regarding Consolidation of Related Cases and Motion for Pre-Trial Coordination of Related Cases* that consolidation of all four filed cases is inappropriate, and the case law cited therein to support this proposition.

paid the defined fees to Bank ATM operators).[2] Thus, we believe it is appropriate for the Court to consolidate the *Genese* and *Bartron* cases.

In light of the foregoing, Plaintiffs further request that the parties be allowed to meet and confer, and subsequently submit, by a date certain to be set by the Court, a proposed case management order that contemplates, for example, (a) coordinated discovery in the related cases, (b) consolidating the *Genese* and *Bartron* cases ("Bank ATM Consumer Case"), and (c) setting a date for the filing of a Consolidated Complaint in the Bank ATM Consumer Case, and (d) provides the method for the filing of papers with the Court in each of the coordinated cases.

Plaintiffs attach hereto a proposed Order for the Court's consideration.

DATED: December 2, 2011 Respectfully submitted,

/s Richard M. Volin________
Douglas G. Thompson (D.C. Bar # 172387)
Richard M. Volin (D.C. Bar # 457292)
Michael G. McLellan (D.C. Bar # 489217)
Thomas M. Gottschlich (D.C. Bar # 1002378)
FINKELSTEIN THOMPSON LLP
James Place
1077 30th Street, N.W.
Suite 150
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090
dthompson@finkelsteinthompson.com
rvolin@finkelsteinthompson.com
mmclellen@finkelsteinthompson.com
tgottschlich@finkelsteinthompson.com

*Counsel for Plaintiff Stoumbos*

Steve W. Berman
Anthony D. Shapiro
George W. Sampson
HAGENS BERMAN SOBOL SHAPIRO LLP
Seattle, WA 98101
Telephone: (206) 603-7202
Facsimile: (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

*Counsel for Plaintiff Bartron*

---

[2] To the extent the definitions of the proposed consumer classes in the *Genese* and *Bartron* cases are not now identical, they will be in the consolidated complaint.

Jonathan Rubin (D.C. Bar # 353391)
RUBIN PLLC
1250 24th Street, N.W., Ste. 300
Washington, D.C. 20037
Telephone: (202) 776-7763
Facsimile: (877) 247-8586
jr@rubinpllc.com

*Counsel for Plaintiffs National ATM Council, Inc., et al.*

Bernard Persky (*pro hac vice*)
Hollis Salzman
Kellie Lerner
Meegan Hollywood (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
bpersky@labaton.com
hsalzman@labaton.com
klerner@labaton.com
mhollywood@labaton.com

*Counsel for Plaintiff Genese*