**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL INC., et al,<br>*Plaintiff*,<br>vs.<br>VISA INC., et al,<br>*Defendants*. | Case No. 1:11-cv-1803 |
| BARTRON, et al,<br>*Plaintiff*,<br>vs.<br>VISA INC., et al,<br>*Defendants*. | Case No. 1:11-cv-1831 |
| GENESE, et al,<br>*Plaintiff*,<br>vs.<br>VISA INC., et al,<br>*Defendants*. | Case No. 1:11-cv-1838 |
| STOUMBOS, et al,<br>*Plaintiff*,<br>vs.<br>VISA INC., et al,<br>*Defendants*. | Case 1:11-cv-01882 |

**(PROPOSED) ORDER**

WHEREAS, four cases filed in this Court, *National ATM Council, Inc. v. Visa Inc.*, No. 11-cv-1803; *Bartron v. Visa Inc.*, No. 11-cv-1831; *Genese v. Visa Inc.*, No. 11-cv-1838; *Stoumbos v. Visa Inc.*, No. 11-cv-1882, all arise from allegations that Visa Inc. and MasterCard Inc., among others, maintain an unlawful horizontal price fixing agreement which has the effect of forcing ATM operators to charge a fee for all ATM transactions that is no less than the fee for a Visa or MasterCard transaction; and

THERFORE, upon consideration of Plaintiffs' joint response to the Court's minute order dated November 22, 2011, it is hereby ORDERED as follows:

1. In light of Plaintiffs' submissions with respect to the Court's November 22, 2011 Minute Order, the Court does not intend to consolidate the four above-captioned cases.
2. Common questions of law and fact exist in these four cases, making coordination of discovery and other related matters appropriate.
3. The parties shall meet and confer in an effort to come to an agreement on a proposed case management order providing, among other things, for coordinated discovery in the related cases, and shall submit a proposed joint case management order no later than ________________.
4. In the event the parties cannot reach agreement on a proposed case management order, the parties will submit separate orders for the Court's consideration no later than ________________.

Dated: December ____, 2011

SO ORDERED

______________________________
Hon. Amy Berman Jackson
United States District Judge