**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>VISA INC., et al.,<br><br>*Defendants*. | Case No. 1:11-cv-01882-ABJ |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY a copy of the foregoing has been served on all parties or counsel of record by electronic or surface mail.

/s Richard M. Volin ________