AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Mary Stoumbos, et al.
*Plaintiff*
v.
Visa Inc., et al.
*Defendant*

Case No. 1:11-cv-01882-ABJ

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.

Date: 12/07/2011

*Attorney's signature*

Matthew A. Eisenstein (D.C. Bar #476577)
*Printed name and bar number*

ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
*Address*

Matthew.Eisenstein@aporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*