**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,**<br>Plaintiff,<br>v.<br>**VISA INC., *et al.*,**<br>Defendants. | **No. 1:11-cv-01882-ABJ**<br>Electronically Filed |

**UNOPPOSED MOTION OF DEFENDANTS FOR EXTENSION OF TIME**
**TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, Plus System, Inc., MasterCard Incorporated, and MasterCard International Incorporated, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7, and with the consent of Plaintiff Mary Stoumbos, hereby move for an extension of time in which to answer, move or otherwise respond to the complaint, stating as follows:

1. On October 24, 2011, Plaintiff Mary Stoumbos filed the complaint in this matter. On or about December 6, 2011, Defendants each agreed to accept service, with the understanding that they would be seeking permission from the Court to align Defendants' deadline for responding to the complaint with the deadline for responding to the complaints in *National ATM Council, Inc., et al. v. Visa, Inc., et al.*, No. 11-cv-01803 (D.D.C.) (ABJ), *Genese v. Visa Inc., et al.*, No 11-cv-01838 (D.D.C.) (ABJ), and *Bartron, et al. v. Visa, Inc., et al.*, No. 11-cv-01831 (D.D.C.) (ABJ).

2. On December 2, 2011, Plaintiff Mary Stoumbos, together with the plaintiffs in *National ATM Council*, *Genese*, and *Bartron*, filed a joint submission in which the plaintiffs in

the *Bartron* and *Genese* cases represented that they intend, with the Court's permission, to file an amended consolidated complaint.

3. In the interest of avoiding the filing of unnecessary duplicative responses to the complaints in these matters, Defendants respectfully request that the Court set the deadline for Defendants to answer, move, or otherwise respond to the complaint in the above-captioned matter to the later of January 11, 2012, or 20 days after the filing of an amended complaint in the *Bartron* and *Genese* cases. Plaintiff Mary Stoumbos does not oppose this request.

4. Defendants concurrently are filing unopposed motions to extend the time to answer, move, or otherwise respond in the *National ATM Council*, *Bartron*, and *Genese* cases, in an effort to establish the same deadline to respond to the complaints in those matters as in the above-captioned case.

5. No previous extensions have been requested or granted in the above-captioned case.

Dated: December 7, 2011

Respectfully Submitted,

ARNOLD & PORTER LLP

/s/ Mark R. Merley

Mark R. Merley (D.C. Bar # 375866)
Matthew A. Eisenstein (D.C. Bar # 476577)
555 12th Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Mark.Merley@aporter.com
Matthew.Eisenstein@aporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

Kenneth A. Gallo (D.C. Bar No.371253)
Paul Weiss Rifkind Wharton & Garrison LLP
2001 K Street, N.W.
Washington, DC 20006
Tel.: (202) 223-7490
Fax: (202) 223-7420
kgallo@paulweiss.com

*Counsel for Defendants MasterCard Incorporated and MasterCard International Incorporated.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 7, 2011, I caused the foregoing Unopposed Motion of Defendants for Extension of Time to Answer, Move, or Otherwise Respond to Complaint to be filed using the Court's CM/ECF system which will send e-mail notification of such filings to counsel of record.

/s/ Matthew A. Eisenstein
Matthew A. Eisenstein