**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,**<br>Plaintiffs,<br>v.<br>**VISA INC., *et al.*,**<br>Defendants. | **No. 1:11-cv-01882-ABJ** |

**[PROPOSED] ORDER EXTENDING TIME TO ANSWER OR RESPOND**

Upon consideration of the Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Complaint, filed by Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, Plus System, Inc., MasterCard Incorporated, and MasterCard International Incorporated, the Court hereby **ORDERS** that the Motion for Extension of Time be, and hereby is, **GRANTED**. It is **FURTHER ORDERED** that Defendants shall respond to the complaint by the later of January 11, 2012, or 20 days after an amended complaint is filed in the *Genese v. Visa Inc., et al.*, No 11-cv-01838 (D.D.C.) (ABJ) or *Bartron, et al. v. Visa, Inc., et al.*, No. 11-cv-01831 (D.D.C.) (ABJ) cases.

**SO ORDERED**.

Dated: ________________, 2011

________________________
AMY B. JACKSON
UNITED STATES DISTRICT JUDGE

Attorneys to be served with Order:

Mark R. Merley
Matthew A. Eisenstein
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc.,*
*Visa International Service Association, and Plus System, Inc.*

Kenneth A. Gallo
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
2001 K Street, NW
Washington, DC 20036

Gary R. Carney
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019

*Counsel for Defendants MasterCard Incorporated*
*and MasterCard International Incorporated*

Douglas G. Thompson
Richard M. Volin
Michael G. McLellan
Thomas M. Gottschlich
FINKELSTEIN THOMPSON LLP
James Place
1077 30th Street, N.W.
Suite 150
Washington, D.C. 20007

*Counsel for Plaintiff*