CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Mary Stoumbos, et al. | ) | |
| Plaintiff | ) | |
| vs | ) | Civil Action No. 1:11-cv-01882-ABJ |
| Visa Inc., et al. | ) | |
| Defendant | ) | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for Visa U.S.A. Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Visa U.S.A. Inc. which have any outstanding securities in the hands of the public:

Visa Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

[signature]
Signature

476577
BAR IDENTIFICATION NO.

Matthew A. Eisenstein
Print Name

Arnold & Porter LLP, 555 12th Street, NW
Address

Washington, DC 20004
City State Zip Code

(202) 942-5000
Phone Number