CO-386-online
10/03

# United States District Court
# For the District of Columbia

Mary Stoumbos, et al.

Plaintiff

vs

Visa Inc., et al.

Defendant

Civil Action No. 1:11-cv-01882-ABJ

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for Visa International Service Association certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Visa International Service Association which have any outstanding securities in the hands of the public:

Visa Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

476577
BAR IDENTIFICATION NO.

Matthew A. Eisenstein
Print Name

Arnold & Porter LLP, 555 12th Street, NW
Address

Washington, DC 20004
City State Zip Code

(202) 942-5000
Phone Number