**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MARY STOUMBOS, on behalf of herself and all others similarly situated,**

Plaintiff,

v.

**VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,**

Defendants.

**No. 1:11-cv-01882-ABJ**

Electronically Filed

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters an appearance as counsel of record for MasterCard Incorporated and MasterCard International Incorporated in the above-captioned action.

Dated: December 8, 2011
Washington, D.C.

Respectfully submitted,

/s/ Kenneth A. Gallo

Kenneth A. Gallo
D.C. Bar No. 371253
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: 202-223-7400
Fax: 202-223-7420
kgallo@paulweiss.com

*Attorney for Defendants MasterCard Incorporated and MasterCard International Incorporated*

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that, on December 8, 2011, I caused to be electronically filed a copy of the foregoing Notice of Appearance using the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) on the following:

Richard M. Volin
Douglas G. Thompson
Michael G. McLellan
Thomas M. Gottschlich
FINKELSTEIN THOMPSON LLP
James Place
1077 30th Street, N.W., Ste. 150
Washington, D.C. 20007

*Attorneys for Plaintiff and the Proposed Class*

/s/ Kenneth A. Gallo

Kenneth A. Gallo
D.C. Bar No. 371253