**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY STOUMBOS, on behalf of herself and all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,**<br><br>Defendants. | **No. 1:11-cv-01882-ABJ**<br><br>Electronically Filed |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, MasterCard Incorporated and MasterCard International Incorporated, as certified by their undersigned counsel, hereby state that MasterCard International Incorporated is a Delaware membership corporation that does not issue capital stock, and is a wholly-owned subsidiary of MasterCard Incorporated. MasterCard Incorporated does not have a parent corporation. No publicly held corporation owns ten percent or more of the stock of MasterCard Incorporated.

Dated: December 8, 2011
Washington, D.C.

/s/ Kenneth A. Gallo

Kenneth A. Gallo
D.C. Bar No. 371253
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006

Tel: 202-223-7400
Fax: 202-223-7420
kgallo@paulweiss.com

*Attorney for Defendants MasterCard Incorporated and MasterCard International Incorporated*

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that, on December 8, 2011, I caused to be electronically filed a copy of the foregoing Corporate Disclosure Statement using the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) on the following:

Richard M. Volin
Douglas G. Thompson
Michael G. McLellan
Thomas M. Gottschlich
FINKELSTEIN THOMPSON LLP
James Place
1077 30th Street, N.W., Ste. 150
Washington, D.C. 20007

*Attorneys for Plaintiff and the Proposed Class*

/s/ Kenneth A. Gallo

Kenneth A. Gallo
D.C. Bar No. 371253