**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,**

Plaintiff,

v.

**VISA INC., *et al.*,**

Defendants.

**No. 1:11-cv-01882-ABJ**

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 23.1(b)**

Plaintiff Mary Stoumbos, with the consent of Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, Plus System, Inc., MasterCard Incorporated, and MasterCard International Incorporated, hereby moves for an extension of time to file her motion for class certification for the reasons set forth below.

1. On October 24, 2011, Plaintiff Mary Stoumbos filed the complaint in this matter.

2. Local Rule 23.1(b) requires motions for class certification to be filed "[w]ithin 90 days after the filing of a complaint sought to be maintained as a class action."

3. As this case is in its preliminary stages, it would be neither efficient nor feasible for Plaintiff to move for class certification on that date.

4. The parties have accordingly agreed that Plaintiffs' obligation, pursuant to Local Rule 23.1(b), to file a class certification motion within 90 days of the filing of their complaints, should be suspended until further order of Court.

5. The parties will submit a proposed class certification briefing schedule at the appropriate time for a scheduling conference in this and other related cases.

Dated: January 13, 2012

Respectfully Submitted,

By: /s Michael G. McLellan

Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
Richard M. Volin (D.C. Bar # 457292)
rvolin@finkelsteinthompson.com
Michael G. McLellan (D.C. Bar # 489217)
mmclellan@finkelsteinthompson.com
Thomas M. Gottschlich (D.C. Bar #1002378)
tgottschlich@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
James Place
1077 30th Street, N.W.
Suite 150
Washington, D.C. 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090

*Attorney for Plaintiff*