**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,**

Plaintiffs,

v.

**VISA INC., *et al.*,**

Defendants.

**No. 1:11-cv-01882-ABJ**

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 23.1(b)**

Upon consideration of the Unopposed Motion for Extension of Time to Move For Class Certification Pursuant to Local Rule 23.1(b), filed by Plaintiff, the Court hereby **ORDERS** the motion be, and hereby is, **GRANTED**. It is **FURTHER ORDERED** that Plaintiff's obligation, pursuant to Local Rule 23.1(b), to file a class certification motion within 90 days of the filing of their complaints, is hereby suspended until further order of Court.

**SO ORDERED**.

Dated: ________________, 2011

________________________
AMY B. JACKSON
UNITED STATES DISTRICT JUDGE