**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,**

Plaintiff,

v.

**VISA INC., *et al.*,**

Defendants.

**No. 1:11-cv-01882-ABJ**

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 13, 2012, I caused the foregoing to be filed using the Court's CM/ECF system which will send e-mail notification of such filings to counsel of record.

/s Michael G. McLellan
Michael G. McLellan