**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,**

Plaintiff,

v.

**VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,**

Defendants.

**No. 1:11-cv-01882-ABJ**

Electronically Filed

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Defendants MasterCard Incorporated and MasterCard International Incorporated, by and through their undersigned counsel, Kenneth A. Gallo, a member of the Bar of this Court, respectfully move that Andrew C. Finch be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1. Andrew C. Finch is a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6040; telephone (212) 373-3000.

2. As set forth in the Declaration of Mr. Andrew C. Finch accompanying this motion, Mr. Finch is a member in good standing of the California State Bar,

the District of Columbia Bar, and the New York State Bar. He has not been disciplined by any bar.

3. Mr. Finch has never been admitted *pro hac vice* in this Court.

Wherefore, Defendants, by and through their undersigned counsel, move that this Court enter an Order permitting Andrew C. Finch to appear *pro hac vice* in the above-captioned action.

Dated: January 23, 2012
Washington, D.C.

Respectfully submitted,

/s/ Kenneth A. Gallo

Kenneth A. Gallo
D.C. Bar No. 371253
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: 202-223-7400
Fax: 202-223-7420
kgallo@paulweiss.com

*Attorney for Defendants MasterCard Incorporated and MasterCard International Incorporated*

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that, on January 23, 2012, I caused to be electronically filed a copy of the foregoing Motion for Admission Pro Hac Vice using the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) on the following:

Richard M. Volin
Douglas G. Thompson
Michael G. McLellan
Thomas M. Gottschlich
FINKELSTEIN THOMPSON LLP
James Place
1077 30th Street NW, Suite 150
Washington, DC 20007

*Attorneys for Plaintiff and the Proposed Class*

/s/ Kenneth A. Gallo

Kenneth A. Gallo
D.C. Bar No. 371253