**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,**<br>Plaintiff,<br>v.<br>**VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,**<br>Defendants. | **No. 1:11-cv-01882-ABJ**<br>Electronically Filed |

**DECLARATION OF ANDREW C. FINCH**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 83.2(d), I, Andrew C. Finch, hereby declare as follows:

1. My name is Andrew Corydon Finch.
2. I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6040. My direct office telephone is (212) 373-3460.
3. I have been admitted to the State Bar of New York since 2006 and am a member in good standing. I have been admitted to the State Bar of California since 1998 and am a member in good standing. I have been admitted to the District of Columbia Bar since 2005 and am a member in good standing.
4. I certify that I have not been disciplined by any bar.
5. I have never been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located within the District of Columbia. I am a member in good standing of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 20 day of January, 2012.

Respectfully submitted,

Andrew C. Finch
D.C. Bar No. 494992
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, N.Y. 10019-6064
Tel: 212-373-3460
Fax: 212-492-0460
afinch@paulweiss.com