**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,**

Plaintiff,

v.

**VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,**

Defendants.

**No. 1:11-cv-01882-ABJ**

**[PROPOSED] ORDER**

Upon consideration of MasterCard Defendants' Motion for Admission *Pro Hac Vice* and pursuant to Local Civil Rule 83.2(d), it is hereby ORDERED that:

1. The Motion is GRANTED, and further that

2. Andrew C. Finch is hereby admitted *pro hac vice* in this Court.

Dated: January _______, 2012

______________________________

HON. AMY BERMAN JACKSON
United States District Judge