**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW MACKMIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., et al.,<br><br>Defendants. | No. 1:11-cv-01831 (ABJ)<br><br>Electronically Filed |
| MARY STOUMBOS,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., et al.,<br><br>Defendants. | No. 1:11-cv-01882 (ABJ)<br><br>Electronically Filed |
| NATIONAL ATM COUNCIL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., et al.,<br><br>Defendants. | No. 1:11-cv-01803 (ABJ)<br><br>Electronically Filed |

**[PROPOSED] ORDER GRANTING**
**VISA AND MASTERCARD DEFENDANTS' MOTION TO DISMISS**

Upon consideration of the Visa and MasterCard Defendants' Motion to Dismiss, all papers submitted in support of and in opposition to the Motion to Dismiss, the arguments of counsel, and the record in this case, and it appearing that there is good cause to grant the motion,

It is hereby **ORDERED** that the Visa and MasterCard Defendants' Motion to Dismiss is **GRANTED** and that each of the above-captioned actions is dismissed with prejudice.

**SO ORDERED**.

____________________________________

AMY B. JACKSON
UNITED STATES DISTRICT JUDGE

Date: ___________________________