**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,**<br>Plaintiff,<br>v.<br>**VISA INC., *et al.*,**<br>Defendants. | **No. 1:11-cv-01882-ABJ** |

**PLAINTIFF'S RESPONSE TO THE COURT'S JANUARY 25, 2012 MINUTE ORDER**

In response to the Court's January 25, 2012 Minute Order, Plaintiff Mary Stoumbos hereby informs the Court that she does not intend to voluntary dismiss her action in light of the consolidated First Amended Class Action Complaint ("FAC") filed in *Mackmin, et al. v. Visa Inc.*, *et al.*, No. 1:11-cv-1831. At the outset, it should be noted that the *Mackmin* complaint represents a consolidation of the *Bartron* and *Genese* complaints (initially filed as No. 1:11-cv-1831 and No. 1:11-cv-1838) and does not purport also to consolidate the *Stoumbos* complaint.

The *Mackmin* FAC and the *Stoumbos* complaint involve materially different and distinct classes. The *Stoumbos* complaint asserts claims on behalf of a putative class of consumers charged a fee at an "independent" automated teller machine ("ATM"), i.e., an ATM not owned by Visa, MasterCard or any of their member banks. *See* Dckt. 3, ¶ 22. On the other hand, the *Mackmin* FAC does not assert claims based on fees charged at independent ATMs, but is limited to fees charged at ATMs owned by banks that are members of the Visa and/or MasterCard networks. *See Mackmin* FAC, ¶ 89. Since the two complaints seek certification of separate, distinct and non-overlapping putative classes, the respective plaintiffs intend to prosecute them as separate complaints.

The December 7, 2011 Unopposed Motion of Defendants for an Extension of Time (the "Motion") was filed for the sole purpose of enhancing efficiency by ensuring Defendants' responses to (1) the *Stoumbos* complaint, (2) the consolidated *Genese* and *Bartron* complaints (which became the *Mackmin* FAC), and (3) the complaint filed on behalf of independent ATM operators (*National ATM Council v. Visa Inc., et al.*, No. 1:11-cv-1803) were due on the same date. That extension permits all related cases to move along the same track, aiding in their coordination for pretrial purposes.[1]

Plaintiff Stoumbos' claims, which are narrowly drawn to cover only fees charged for usage of independently-owned ATMs, are not covered in the recently-filed *Mackmin* FAC that consolidated the previously-filed *Genese* and *Bartron* complaints, and thus there is no occasion or need for the dismissal of the *Stoumbos* complaint. The December 7 Motion did not mean to imply otherwise, as it was intended only to coordinate the Defendants' obligations to respond to all three operative complaints—the *Mackmin* FAC when filed, the *Stoumbos* complaint, and the *National ATM Council* complaint.[2]

---

[1] See Motion, ¶ 1 ("On October 24, 2011, Plaintiff Mary Stoumbos filed the complaint in this matter. On or about December 6, 2011, Defendants each agreed to accept service, with the understanding that they would be seeking permission from the Court to align Defendants' deadline for responding to the complaint with the deadline for responding to the complaints in *National ATM Council, Inc., et al. v. Visa, Inc., et al.*, No. 11-cv-01803 (D.D.C.) (ABJ), *Genese v. Visa Inc., et al.*, No 11-cv-01838 (D.D.C.) (ABJ), and *Bartron, et al. v. Visa, Inc., et al.*, No. 11-cv-01831 (D.D.C.) (ABJ).").

[2] See Motion, ¶ 3 ("In the interest of avoiding the filing of unnecessary duplicative responses to the complaints in these matters, Defendants respectfully request that the Court set the deadline for Defendants to answer, move, or otherwise respond to the complaint in the above-captioned matter to the later of January 11, 2012, or 20 days after the filing of an amended complaint in the *Bartron* and *Genese* cases. Plaintiff Mary Stoumbos does not oppose this request.")

Plaintiff stands ready to answer any further questions the Court may have.

Dated: January 31, 2012

Respectfully Submitted,

By: /s Michael G. McLellan
Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
Richard M. Volin (D.C. Bar # 457292)
rvolin@finkelsteinthompson.com
Michael G. McLellan (D.C. Bar # 489217)
mmclellan@finkelsteinthompson.com
Thomas M. Gottschlich (D.C. Bar # 1002378)
tgottschlich@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
James Place
1077 30th Street, N.W.
Suite 150
Washington, D.C. 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090

*Attorneys for Plaintiff*