**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,**<br>Plaintiff,<br>v.<br>**VISA INC., *et al.*,**<br>Defendants. | **No. 1:11-cv-01882-ABJ** |

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 31, 2012, I caused the foregoing to be filed using the Court's CM/ECF system which will send e-mail notification of such filings to counsel of record.

/s Michael G. McLellan
Michael G. McLellan