**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., et al.,<br>Plaintiffs,<br>v.<br>VISA INC., et al.,<br>Defendants. | No. 1:11-cv-01803 (ABJ)<br>Electronically Filed |
| ANDREW MACKMIN, et al.,<br>Plaintiff,<br>v.<br>VISA INC., et al.,<br>Defendants. | No. 1:11-cv-01831 (ABJ)<br>Electronically Filed |
| MARY STOUMBOS,<br>Plaintiffs,<br>v.<br>VISA INC., et al.,<br>Defendants. | No. 1:11-cv-01882 (ABJ)<br>Electronically Filed |

**JOINT MOTION FOR BRIEFING SCHEDULE REGARDING THE MOTIONS TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7, all parties in the above-captioned actions hereby move for an order establishing a schedule for (i) Plaintiffs to file any oppositions to the motions to dismiss filed by Defendants in the above-captioned actions on

January 30, 2012, and (ii) Defendants to file any replies in further support of the motions, stating as follows:

1. On December 1, 2011, Plaintiff Mary Stoumbos filed the Corrected Class Action Complaint in *Stoumbos v. Visa, Inc., et al.*, No 11-cv-01882 (D.D.C.) (ABJ).

2. On January 10, 2012, Plaintiffs National ATM Council, Inc., et al. filed the First Amended Class Action Complaint in *National ATM Council, Inc., et al. v. Visa, Inc. et al.*, No 11-cv-01803 (D.D.C.) (ABJ).

3. Also on January 10, 2012, Plaintiffs Andrew Mackmin, Barbara Inglis, Sam Osborn, and John Epseland filed the First Amended Class Action Complaint in *Mackmin, et al. v. Visa, Inc. et al.*, No 11-cv-01831 (D.D.C.) (ABJ).

4. On January 30, 2012, Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, Plus System, Inc., MasterCard Incorporated and MasterCard International Incorporated filed motions to dismiss the complaints in *National ATM Council, Inc., et al. v. Visa, Inc., et al.*, No 11-cv-01803 (D.D.C.) (ABJ), *Mackmin, et al. v. Visa, Inc., et al.*, No 11-cv-01831 (D.D.C.) (ABJ), and *Stoumbos v. Visa, Inc., et al.*, No 11-cv-01882 (D.D.C.) (ABJ).

5. Also on January 30, 2012, Defendants Bank of America, N.A., NB Holdings Corporation, Bank of America Corporation, Chase Bank USA, N.A., JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Wells Fargo & Company, and Wells Fargo Bank, N.A. filed a joint motion to dismiss the complaint in *Mackmin, et al. v. Visa, Inc., et al.*, No 11-cv-01831 (D.D.C.) (ABJ).

6. All parties respectfully request that the Court extend the deadline for Plaintiffs to file any oppositions to the motions to dismiss in the above-captioned actions until February 29, 2012, and that the Court extend the deadline for Defendants to file any replies in further support of the motions to dismiss until March 21, 2012.

February 7, 2012

Respectfully submitted,

/s/ Stuart M. Paynter

Stuart M. Paynter (D.C. Bar No. 226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street NW, Suite 800
Washington, DC 20005
Tel: (202) 626-4486
Fax: (866) 734-0622

Steve W. Berman
Anthony D. Shapiro
George W. Sampson
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594

Bernard Persky
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Plaintiffs Mackmin, et al.*

Jonathan Rubin (D.C. Bar No. 353391)
RUBIN PLLC
1250 24th Street, NW, Suite 300
Washington, DC 20037
Tel: (202) 776-7763
Fax: (877) 247-8586

*Consulting Counsel:*
Don A. Resnikoff (D.C. Bar No. 386688)

Brooks E. Harlow
David A. LaFuria
LUKAS, NACE, GUITIERREZ &

SACHS, LLP
8300 Greensboro Drive, Suite 1200
McClean, VA 22101
Tel: (703) 584-8678

Daniel A. Small (D.C. Bar No. 465094)
Kit Pierson (D.C. Bar No. 398123)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW, Suite 500 West
Washington, DC 20005
Tel: (202) 408-4600

*Counsel for Plaintiffs National ATM Council, Inc., et al.*

Douglas G. Thompson (D.C. Bar No. 172387)
FINKELSTEIN THOMPSON LLP
James Place
1077 30th Street, NW, Suite 150
Washington, DC 20007
Tel: (202) 337-8000
Fax: (202) 337-8090

*Counsel for Plaintiff Stoumbos*

/s/ Kenneth A. Gallo
Kenneth A. Gallo (D.C. Bar No. 371253)
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7400
Fax: (202) 223-7420

Andrew C. Finch (D.C. Bar No. 494992)
Gary R. Carney
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

/s/ Mark R. Merley
Mark R. Merley (D.C. Bar No. 375866)
Matthew A. Eisenstein (D.C. Bar No. 476577)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Tel: (202) 942-5000
Fax: (202) 942-5999

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

/s/ Peter E. Greene
Peter E. Greene (D.C. Bar No. 305607)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Tel: (212) 735-3620
Fax: (917) 777-3620

*Attorney for Defendants Chase Bank USA, N.A., JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.*

/s/ Robert A. Salerno
Robert A. Salerno (D.C. Bar No. 430464)
Ana-Maria Ignat (D.C. Bar No. 496192)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1888
Tel: (202) 887-1500
Fax: (202) 887-0763

Mark P. Ladner
Michael B. Miller
Adam J. Heintz
MORRISTON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Tel: (212) 468-8000
Fax: (212) 468-7900

*Attorneys for Defendants Bank of America, N.A., NB Holdings Corporation, and Bank of America Corporation*

/s/ Sarah E. Zgliniec
Sarah E. Zgliniec
William F. Cavanaugh, Jr.
Gloria C. Phares (D.C. Bar No. 229294)
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 7, 2012, I caused the foregoing Joint Motion for Briefing Schedule Regarding the Motions to Dismiss to be filed using the Court's CM/ECF system, which will send e-mail notification of such filing to counsel of record.

/s/ Kenneth A. Gallo
Kenneth A. Gallo