**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., et al.,<br><br>Defendants. | No. 1:11-cv-01803 (ABJ) |
| ANDREW MACKMIN, et al.,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., et al.,<br><br>Defendants. | No. 1:11-cv-01831 (ABJ) |
| MARY STOUMBOS,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., et al.,<br><br>Defendants. | No. 1:11-cv-01882 (ABJ) |

**[PROPOSED] ORDER FOR BRIEFING SCHEDULE REGARDING THE MOTIONS TO DISMISS**

Upon consideration of the Joint Motion for Briefing Schedule Regarding the Motions to Dismiss, filed by all parties, the Court hereby **ORDERS** that the Motion for Briefing Schedule Regarding the Motions to Dismiss be, and hereby is, **GRANTED**. It is **FURTHER ORDERED**

that Plaintiffs shall file any oppositions to the motions to dismiss by February 29, 2012, and that Defendants shall file any replies in further support of the motions to dismiss by March 21, 2012.

**SO ORDERED**.

Dated: ________________, 2012

______________________
HON. AMY B. JACKSON
UNITED STATES DISTRICT JUDGE