**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VISA INC., et al,<br><br>Defendants. | No. 1:11-cv-1882 (ABJ) |

**[PROPOSED] ORDER DENYING VISA**
**AND MASTERCARD DEFENDANTS' MOTION TO DISMISS**

Upon consideration of the Visa and MasterCard Defendants' Motion to Dismiss, all papers submitted in support of and in opposition to the Motion to Dismiss, the arguments of counsel, and the record in this case, and it appearing that there is good cause to deny the motion,

It is hereby **ORDERED** that the Visa and MasterCard Defendants' Motion to Dismiss is **DENIED**.

**SO ORDERED.**

______________________________
AMY B. JACKSON
UNITED STATES DISTRICT JUDGE

Date: ______________________________