**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VISA INC., et al,<br><br>Defendants. | No. 1:11-cv-1882 (ABJ) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 29, 2012, I caused a copy of the foregoing to be filed using the Court's CM/ECF system, which will send e-mail notification of such filing to counsel of record.

/s Michael G. McLellan______