**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STOUMBOS, et al.,<br><br>*Plaintiff*,<br>vs.<br><br>VISA INC., et al.,<br><br>*Defendants*. | No. 1:11-cv-01882 (ABJ) |

**NOTICE OF WITHDRAWAL**

Please withdraw the appearance of Richard M. Volin in the above-captioned matter. Mr. Volin is no longer affiliated with Finkelstein Thompson LLP and will play no further role in this case.

October 18, 2012

Respectfully submitted,

/s Michael G. McLellan
Michael G. McLellan
FINKELSTEIN THOMPSON LLP
James Place
1077 30th Street, N.W.
Suite 150
Washington, D.C. 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090
mmclellan@finkelsteinthompson.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be filed via the Court's ECF system and served on all counsel of record on October 18, 2012.

/s Michael G. McLellan
Michael G. McLellan