**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL INC., et al.,<br>*Plaintiffs*,<br>vs.<br>VISA INC., et al.,<br>*Defendants*. | Case No. 1:11-cv-01803 (ABJ) |
| MACKMIN, et al.,<br>*Plaintiffs*,<br>vs.<br>VISA INC., et al.,<br>*Defendants*. | Case No. 1:11-cv-01831 (ABJ) |
| MARY STOUMBOS,<br>*Plaintiff*,<br>vs.<br>VISA INC., et al.,<br>*Defendants*. | Case 1:11-cv-01882 (ABJ) |

**[PROPOSED] ORDER**

On March 12, 2013, Plaintiffs timely filed a motion to alter or amend the Court's February 13, 2013 Order (*National ATM Council* Dkt. # 33; *Mackmin* Dkt. # 55; *Stoumbos* Dkt. # 26). The Court has considered the motion and the papers submitted in connection therewith, including the authorities cited.

Being so informed, the Court is of the opinion that the motion should be and is GRANTED. Therefore, it is ORDERED that the Court's February 13, 2013 Order is amended, *nunc pro tunc*, as follows:

> For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that defendants' motions to dismiss, *National ATM Council, Inc. v. Visa, Inc.* [Dkt. #24], *Mackmin v. Visa, Inc.* [Dkt. ## 39, 40], *Stoumbos v. Visa, Inc.* [Dkt. # 17], are GRANTED for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). The complaints are DISMISSED without prejudice. The Court further grants Plaintiffs leave to file a motion to amend their complaints on or before April 15, 2013.

______________________________
AMY BERMAN JACKSON
United States District Judge

_________________________, 2013