**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., et al.,<br>Plaintiffs,<br>v.<br>VISA INC., et al.,<br>Defendants. | Case 1:11-cv-01803 (ABJ) |
| ANDREW MACKMIN, et al.,<br>Plaintiffs,<br>v.<br>VISA INC., et al.,<br>Defendants. | Case 1:11-cv-01831 (ABJ) |
| MARY STOUMBOS., et al.,<br>Plaintiffs,<br>v.<br>VISA INC., et al.,<br>Defendants. | Case 1:11-cv-01882 (ABJ) |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiffs' Motion to Alter or Amend the Court's February 13 Order Pursuant to Fed. R. Civ. P. 59(e), all papers submitted in support of and in opposition to the Motion, the arguments of counsel, and the record in this case, and it appearing that Plaintiffs have failed to satisfy the standards of Fed. R. Civ. P. 59(e),

It is hereby **ORDERED** that the Plaintiffs' Motion to Alter or Amend the Court's February 13 Order is **DENIED**.

**SO ORDERED**.

______________________________
AMY B. JACKSON
UNITED STATES DISTRICT JUDGE

Date: ______________________