**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>Defendants. | No. 1:11-cv-01882 (ABJ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff Mary Stoumbos hereby files this Motion for Leave to File an Amended Complaint Pursuant to FRCP 15(a). As described in full in the memorandum filed in support of this motion, Plaintiff seeks to amend her complaint both to cure the deficiencies identified by this Court in its Memorandum Opinion ("Opinion"), and to provide additional facts and allegations derived from further factual investigation. Plaintiff attaches her Proposed Second Amended Class Action Complaint as Attachment A to this Motion.

Dated: April 15, 2013

Respectfully submitted,

By: *__/s/ Michael G. McLellan__*
Michael G. McLellan (D.C. Bar # 489217)
mmclellan@finkelsteinthompson.com
Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
James Place
1077 30th Street, N.W., Suite 150
Washington, D.C. 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090

*Counsel for Plaintiff Stoumbos*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2013 I electronically filed the foregoing with the Clerk of the Court through the CM/ECF service, which will send notification of this filing to all counsel of record in this matter who are registered with the CM/ECF system

By: *__/s/ Michael G. McLellan__*
Michael G. McLellan (D.C. Bar # 489217)
mmclellan@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
James Place
1077 30th Street, N.W., Suite 150
Washington, D.C. 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090

*Counsel for Plaintiff Stoumbos*