**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., *et al*.,<br><br>Defendants. | No. 1:11-cv-01882 (ABJ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

This matter having come before the Court upon Plaintiff's Motion for Leave to File an Amended Complaint, and having reviewed all materials submitted in support and opposition thereof, the Court finds as follows: The motion is **GRANTED**, and Plaintiff's Proposed Amended Complaint, attached as Attachment A to the Motion, is hereby accepted as filed.

**IT IS SO ORDERED.**

Date: _________, 2013     By: ______________________________
Judge Amy Berman Jackson