**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., et al.,<br>Plaintiffs,<br>v.<br>VISA INC., et al.,<br>Defendants. | Case 1:11-cv-01803 (ABJ)<br>**Electronically Filed** |
| ANDREW MACKMIN, et al.,<br>Plaintiffs,<br>v.<br>VISA INC., et al.,<br>Defendants. | Case 1:11-cv-01831 (ABJ)<br>**Electronically Filed** |
| MARY STOUMBOS., et al.,<br>Plaintiffs,<br>v.<br>VISA INC., et al.,<br>Defendants. | Case 1:11-cv-01882 (ABJ)<br>**Electronically Filed** |

**SUPPLEMENTAL MEMORANDUM IN OPPOSITION**
**TO PLAINTIFFS' MOTION TO ALTER OR AMEND THIS COURT'S**
**FEBRUARY 13 ORDER PURSUANT TO FED. R. CIV. P. 59(e)**

On April 15, 2013, plaintiffs in the above-referenced actions filed (i) a motion in the *National ATM Counsel* action for leave to file a second amended class action complaint, together with an accompanying memorandum of law, a proposed second amended class action complaint, and a proposed order [*NAC* Dkt. No. 39]; (ii) a supplemental memorandum of law in the *Mackmin* action in support of their pending Rule 59(e) motion to alter or amend this Court's February 13, 2013 judgment, and seeking additional time to file a proposed second amended class action complaint in *Mackmin* [*Mackmin* Dkt. No. 63]; and (iii) a motion in the *Stoumbos* action for leave to file a second amended class action complaint, together with an accompanying memorandum of law, a proposed second amended class action complaint, and a proposed order [*Stoumbos* Dkt. No. 32]. Plaintiffs' filings do not comport with the Federal Rules in light of this Court's judgment dismissing each of these cases, plaintiffs' pending Rule 59(e) motions to amend or alter the judgment in each of these cases [*NAC* Dkt. No. 36; *Mackmin* Dkt. No. 59; *Stoumbos* Dkt. No. 29], and defendants' opposition thereto [*NAC* Dkt. No. 37; *Mackmin* Dkt. No. 60; *Stoumbos* Dkt. No. 30], all of which is already before the Court. Accordingly, until the Court's determination of the motions to alter or amend the judgment in each of these cases, unless otherwise requested by the Court, defendants do not intend to file any further response to plaintiffs' motions in *National ATM Council* and *Stoumbos*, or to plaintiffs' supplemental memorandum in *Mackmin*.

Dated: April 17, 2013

Respectfully submitted,

/s/ Mark R. Merley
Mark R. Merley (D.C. Bar No. 375866)
Matthew A. Eisenstein (D.C. Bar No. 476577)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Tel.: (202) 942-5000
Fax: (202) 942-5999
Email: Mark.Merley@aporter.com
Matthew.Eisenstein@aporter.com

*Attorney for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Services Association, and Plus System, Inc.*

/s/ Kenneth A. Gallo
Kenneth A. Gallo (D.C. Bar No. 371253)
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006
Tel.: (202) 223-7300
Fax: (202) 223-7420
Email: KGallo@paulweiss.com

Andrew C. Finch (D.C. Bar No. 494992)
Gary R. Carney
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
Email: AFinch@paulweiss.com
GCarney@paulweiss.com

*Attorney for Defendants MasterCard Incorporated and MasterCard International Incorporated*

/s/ Peter E. Greene
Peter E. Greene (D.C. Bar No. 305607)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Tel.: 212-735-3620
Fax: 917-777-3620
Email: peter.greene@skadden.com

*Attorney for Defendants Chase Bank USA, N.A., JPMorgan Chase & Co., and JP Morgan Chase Bank, N.A.*

/s/ Michael B. Miller
Michael B. Miller (D.C. Bar No. NY0140)
Mark P. Ladner (admitted *pro hac vice*)
Adam J. Heintz (admission pending)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Tel: (212) 468-8000
Fax: (212) 468-7900
Email: mladner@mofo.com
mbmiller@mofo.com
aheintz@mofo.com

*Attorneys for Defendants Bank of America, N.A., NB Holdings Corporation, and Bank of America Corporation*

/s/ William F. Cavanaugh, Jr.
William F. Cavanaugh, Jr. (admitted *pro hac vice*)
Sarah E. Zgliniec (admitted *pro hac vice*)
Gloria C. Phares (D.C. Bar No. 229294)
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel.: (212) 336-2000
Fax: (212) 336-2222
Email: wfcavanaugh@pbwt.com
sezgliniec@pbwt.com
gcphares@pbwt.com

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*