**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., et al.,<br><br>Defendants. | No. 1:11-cv-01803 (ABJ) |
| ANDREW MACKMIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., et al.,<br><br>Defendants. | No. 1:11-cv-01831 (ABJ) |
| MARY STOUMBOS,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., et al.,<br><br>Defendants. | No. 1:11-cv-01882 (ABJ) |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTIONS**
**FOR LEAVE TO FILE SECOND AMENDED COMPLAINTS**

Upon consideration of the respective plaintiffs' motions for leave to file a second amended class action complaint (*National ATM Council, Inc. v. Visa, Inc.* [Dkt. 39], *Mackmin v. Visa, Inc.* [Dkt. 65], and *Stoumbos v. Visa, Inc.* [Dkt. 32]) (the "Motions"), all papers submitted

in support of and in opposition to the Motions, the arguments of counsel, and the record in this case, and it appearing that there is good cause to deny the Motions,

It is hereby **ORDERED** that the Motions are **DENIED**; and

It is further **ORDERED** that these above-captioned cases are **DISMISSED** with prejudice and without leave to replead.

**SO ORDERED.**

____________________________________
UNITED STATES DISTRICT JUDGE

DATE: __________________