# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY STOUMBOS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, PLUS SYSTEM, INC., MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a Mastercard Worldwide<br><br>Defendants. | C.A. No.:        1:11-cv-01882-ABJ<br>Assigned to:   Amy Berman Jackson<br>Assign Date:   10/24/2011<br>Description:    Antitrust<br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given this 10th day of January, 2014, that Plaintiff Mary Stoumbos hereby

appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order

[Dkt. No. 26] and Memorandum Opinion [Dkt. No. 27] of this Court entered on February 13,

2013, and from the Order [Dkt. No. 36] and Memorandum Opinion [Dkt. No. 37] of this Court

entered on the December 19, 2013, in favor of Defendants against said Plaintiff.

Dated:        January 10, 2014          Respectfully submitted,

**FINKELSTEIN THOMPSON LLP**

By: /s Michael G. McLellan
Douglas G. Thompson
Michael G. McLellan
1055 30TH Street, Suite 150
Washington, DC 20007
Telephone: (202) 337-8000
Facsimile: (206) 337-8090
dthompson@finkelsteinthompson.com
mmclellan@finkelsteinthompson.com

*Counsel for Plaintiff Mary Stoumbos and the*
*Proposed Class*

NOTICE OF APPEAL