# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

MARY STOUMBOS

Plaintiff

vs.

VISA INC., et al

Defendant

Civil No. 11-1882 (RJL)

Category A

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Aug 4, 2015 from Judge Amy Berman Jackson to Judge Richard J. Leon by direction of the Calendar Committee.

(Case Related)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Richard J. Leon & Courtroom Deputy

Judge Amy Berman Jackson & Courtroom Deputy

Liaison, Calendar and Case Management Committee