**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW MACKMIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., et al.,<br><br>Defendants. | No. 1:11-cv-01831 (ABJ)<br><br>Electronically Filed |
| MARY STOUMBOS,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., et al.,<br><br>Defendants. | No. 1:11-cv-01882 (ABJ)<br><br>Electronically Filed |
| NATIONAL ATM COUNCIL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., et al.,<br><br>Defendants. | No. 1:11-cv-01803 (ABJ)<br><br>Electronically Filed |

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

Undersigned counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc. (collectively "Visa") hereby give notice that the Washington, DC office of Arnold & Porter LLP has relocated effective September 21, 2015. Updated contact information is as follows:

| | |
|---|---|
| Mark R. Merley<br>Arnold & Porter LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>Tel: 202-942-5000<br>Fax: 202-942-5999 | Matthew A. Eisenstein<br>Arnold & Porter LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>Tel: 202-942-5000<br>Fax: 202-942-5999 |

September 28, 2015

Respectfully submitted,

/s/ Mark R. Merley

Mark R. Merley (D.C. Bar No. 375866)
Matthew A. Eisenstein (D.C. Bar No. 476577)
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Tel: 202-942-5000
Fax: 202-942-5999
mark.merley@aporter.com
matthew.eisenstein@aporter.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 28, 2015, I caused the foregoing Notice of Change of Address of Counsel to be filed using the Court's CM/ECF system, which will send e-mail notification of such filing to counsel of record.

/s/ Mark R. Merley
Mark R. Merley