**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,<br><br>Defendants. | No. 1:11-cv-01882-RJL |

**STIPULATION AND PROPOSED ORDER**

WHEREAS on February 13, 2013, this Court entered an order (Doc. No. 26) dismissing this case;

WHEREAS on December 19, 2013, this Court entered an order (Doc. No. 36) denying with prejudice Plaintiff's motion for leave to file an amended complaint and denying as moot Plaintiff's motion to amend this Court's judgment dismissing the case;

WHEREAS this Court's December 19, 2013 order was vacated by the Court of Appeals for the District of Columbia Circuit in *Osborn v. Visa Inc.*, 797 F.3d 1057 (D.C. Cir. No. 14-7004, Aug. 4, 2015), and the Circuit Court's mandate issued on October 22, 2015;

WHEREAS Plaintiff intends to file her identical proposed Second Amended Class Action Complaint (Doc. No. 32-3) that Plaintiff sought leave to file before the appeal, and has sought Defendants' consent to such filing;

WHEREAS, as a condition of their consent to the filing of Plaintiff's proposed Second Amended Class Action Complaint, Defendants have requested an extension of time to answer the Second Amended Class Action Complaint to December 10, 2015;

WHEREAS, this is Defendants' first request for an extension of time with respect to this complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties:

1. Defendants consent to Plaintiff's filing of her proposed Second Amended Class Action Complaint (Doc. No. 32-3);

2. Each Defendant shall file an answer to the Second Amended Complaint by no later than December 10, 2015, reserving all rights.

3. This Stipulation may be executed in counterparts and electronic or facsimile signatures shall be deemed valid and original signatures.

Dated: October 30, 2015

**FINKELSTEIN THOMPSON LLP**

By: [signature]

Michael G. McLellan (D.C. Bar No. 489217)
Douglas G. Thompson (D.C. Bar No. 172387)
1077 30th Street, N.W. Suite 150
Washington, D.C. 20007
Tel.: (202) 337-8000
Fax: (202) 337-8090
mmclellan@finkelsteinthompson.com
dthompson@finkelsteinthompson.com

*Counsel for Plaintiff*

**ARNOLD & PORTER LLP**

By: [signature]

Mark R. Merley (D.C. Bar No. 375866)
Matthew A. Eisenstein (D.C. Bar No. 476577)
555 Twelfth Street, N.W.
Washington, DC 20004
Tel.: (202) 942-5000
Fax: (202) 942-5999
Mark.Merley@aporter.com
Matthew.Eisenstein@aporter.com

*Counsel for Defendants Visa Inc., Visa U.SA. Inc., Visa International Services Association, and Plus System, Inc.*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: Kenneth Gallo (ZAS)
Kenneth A. Gallo (D.C. Bar No. 371253)
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com

Gary R. Carney (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
gcarney@paulweiss.com

*Counsel for Defendants MasterCard Incorporated and MasterCard International Incorporated*

So ordered:

______________________________
Hon. Richard J. Leon

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 30, 2015, I caused the foregoing Stipulation and Proposed Order to be filed using the Court's CM/ECF system, which will send e-mail notification of such filing to all counsel of record.

/s/ Kenneth A. Gallo
Kenneth A. Gallo