# Exhibit D

*Direct Purchaser Plaintiffs*
*Interim Co-Lead Class Counsel*

*Indirect Purchaser Plaintiffs*
*Interim Co-Lead Class Counsel*

[All Counsel Identified on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION

This Document Relates to:

ALL ACTIONS

CASE NO. 13-MD-2420-YGR (DMR)

MDL No. 2420

**STIPULATION AND [~~PROPOSED~~] ORDER RE DISCOVERY PLANS**

WHEREAS during the Discovery Conference held on November 10, 2014, the Court ordered the parties to meet and confer on discovery plans for the exchange of information about potential document and ESI custodians; and

WHEREAS the parties have met and conferred pursuant to the Court's order;

Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs (collectively, "Plaintiffs") and Defendants hereby stipulate as follows:

1. By December 9, 2014, each party will serve on all other parties a Discovery Plan which includes proposals for each of the following topics: (i) identification of initial document custodians ("Custodian List") and (ii) identification of location of relevant documents.

2. The Custodian List will include a list of all employees (current and former) and agents (current and former) whom each party proposes to include as document custodians in the action and: (i) the person's name (both in English and foreign language, where appropriate); (ii) the person's employer and city, state, and country of employment; (iii) the person's current title, if any, with that party, and to the extent reasonably available the person's prior positions involving any responsibility for Lithium Ion Batteries or cells; and (iv) a brief statement explaining the reason the person is proposed as a custodian.

3. If any party objects to the sufficiency of another party's Custodian List, the parties will meet and confer in an attempt to resolve their disagreement and, in the absence of agreement, file a joint letter to Magistrate Judge Ryu addressing each of the disputed points by January 16, 2015.

4. Any party wishing to propose a protocol for the use of search terms may do so on or before December 9, 2014. The parties will meet and confer and, in the absence of agreement, file a joint submission to Magistrate Judge Ryu addressing each of the disputed points by January 16, 2015.

5. Any party wishing to propose a protocol for the translation of documents may do so on or before January 9, 2015. The parties will meet and confer and, in the absence of agreement, file a joint submission to Magistrate Judge Ryu addressing each of the disputed points by February 13, 2015.

6. Paragraphs 1-3 of this stipulation shall not apply to Defendants Samsung SDI Co., Ltd., and Samsung SDI America, Inc. ("SDI"). Plaintiffs and SDI have agreed to a separate process for the identification of initial document custodians and location of relevant documents. Nonetheless, if Plaintiffs and SDI cannot reach agreement concerning the sufficiency of SDI's proposed initial document custodians, they shall file a joint letter to Magistrate Judge Ryu addressing each of the disputed points by January 16, 2015.

Case 4:13-md-02420-YGR Document 592 Filed 12/03/14 Page 4 of 7

Dated: November 24, 2014

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Shana E. Scarlett
SHANA E. SCARLETT

Jeff D. Friedman (SBN 173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By /s/ Brendan P. Glackin
BRENDAN P. GLACKIN

Eric B. Fastiff (SBN 182260)
Elizabeth J. Cabraser (SBN 83151)
Richard M. Heimann (SBN 63607)
Joy A. Kruse (SBN 142799)
Marc A. Pilotin (SBN 266369)
Lin Y. Chan (SBN 255027)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
rheimann@lchb.com
efastiff@lchb.com
jakruse@lchb.com
bglackin@lchb.com
mpilotin@lchb.com
lchan@lchb.com

PEARSON, SIMON & WARSHAW, LLP

By /s/ Aaron M. Sheanin
AARON M. SHEANIN

Bruce L. Simon (SBN 96241)
Robert G. Retana (SBN 148677)
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswplaw.com
asheanin@pswplaw.com
rretana@pswplaw.com

SAVERI & SAVERI, INC.

By /s/ R. Alexander Saveri
R. ALEXANDER SAVERI

Geoffrey C. Rushing (SBN 126910)
Carl N. Hammarskjold (SBN 280961)
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
rick@saveri.com
grushing@saveri.com
carl@saveri.com

BERMAN DEVALERIO

By /s/ Todd A. Seaver
TODD A. SEAVER

Joseph J. Tabacco, Jr. (SBN 75484)
Jessica Moy (SBN 272941)
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
jtabacco@bermandevalerio.com
tseaver@bermandevalerio.com
jmoy@bermandevalerio.com

***Co-Lead Counsel for Direct Purchaser Plaintiffs***

COTCHETT, PITRE & McCARTHY, LLP

By /s/ Steven N. Williams
STEVEN N. WILLIAMS

Joseph W. Cotchett (SBN 36324)
Nancy L. Fineman (SBN 124870)
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
nfineman@cpmlegal.com
swilliams@cpmlegal.com

***Co-Lead Counsel for Indirect Purchaser Plaintiffs***

WINSTON & STRAWN LLP

By /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER

A. Paul Victor (*pro hac vice*)
Eva W. Cole (*pro hac vice*)
Jeffrey J. Amato (*pro hac vice*)
Erica C. Smilevski (*pro hac vice*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4601
Facsimile: (212) 294-4700
jkessler@winston.com
pvictor@winston.com
ewcole@winston.com
jamato@winston.com
esmilevski@winston.com

Ian L. Papendick (SBN 275648)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-6904
Facsimile: (415) 591-1400
ipapendick@winston.com

Roxann E. Henry (*pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW

STEPTOE & JOHNSON LLP

By /s/ Kenneth P. Ewing
KENNETH P. EWING

Robert W. Fleishman (*pro hac vice*)
Andrew J. Lee (*pro hac vice*)
Andrew J. Sloniewsky (*pro hac vice*)
1330 Connecticut Ave., NW
Washington, D.C. 20036
Telephone: (202) 429-6264
Facsimile: (202) 429-3902
kewing@steptoe.com

***Counsel for LG Chem, Ltd. and LG Chem America, Inc.***

SHEPPARD MULLIN RICHTER & HAMPTON

By /s/ Gary L. Halling
GARY L. HALLING

James L. McGinnis
Michael W. Scarborough
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 774-3294
Facsimile: (415) 434-3947
ghalling@sheppardmullin.com
jmcginnis@sheppardmullin.com
mscarborough@sheppardmullin.com

***Counsel for Samsung SDI Co., Ltd., and Samsung SDI America, Inc.***

WINSTON & STRAWN LLP

By /s/ Robert B. Pringle
ROBERT B. PRINGLE

Paul R. Griffin (SBN 083541)
Sean D. Meenan (SBN 260466)
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000

Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
rhenry@mofo.com

***Counsel for Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., and SANYO North America Corporation***

VINSON & ELKINS LLP

By /s/ Craig P. Seebald
CRAIG P. SEEBALD

Jason A. Levine (pro hac vice)
Lindsey R. Vaala (pro hac vice)
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6585
Facsimile: (202) 879-8995
cseebald@velaw.com
jlevine@velaw.com
lvaala@velaw.com

Matthew J. Jacobs (SBN 171149)
Jessica Spradling Russell (pro hac vice)
VINSON & ELKINS LLP
525 Market Street, Suite 2750
San Francisco, California 94105
Telephone: (415) 979-6990
Facsimile: (415) 651-8786
mjacobs@velaw.com
jrussell@velaw.com

***Counsel for Maxell Corporation of America and Hitachi Maxell, Ltd.***

HUNTON & WILLIAMS LLP

By /s/ Douglas M. Garrou
DOUGLAS M. GARROU

Djordje Petkoski (*pro hac vice*)
Robert A. Caplen (*pro hac vice*)
2200 Pennsylvania Avenue, N.W.

Facsimile: (415) 591-1400
rpringle@winston.com
pgriffin@winston.com
smeenan@winston.com

***Counsel for NEC Corporation and NEC Tokin Corporation***

COOLEY LLP

By /s/ John C. Dwyer
JOHN C. DWYER

Stephen C. Neal (SBN 170085)
Bennett S. Miller (SBN 254368)
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5228
Facsimile: (650) 849-7400
dwyerjc@cooley.com
nealsc@cooley.com
bennett.miller@cooley.com

Beatriz Mejia (SBN 190948)
Matthew M. Brown (SBN 264817)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mejiab@cooley.com
mmbrown@cooley.com

***Counsel for Sony Corporation, Sony Energy Devices Corporation, and Sony Electronics, Inc.***

WHITE & CASE LLP

By /s/ J. Frank Hogue
J. FRANK HOGUE

Christopher M. Curran (*pro hac vice*)
J. Frank Hogue (*pro hac vice*)
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
fhogue@whitecase.com

Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
dgarrou@hunton.com
dpetkoski@hunton.com
rcaplen@hunton.com

***Counsel for GS Yuasa Corporation***

***Counsel for Toshiba Corporation***

I attest that concurrence in the filing of the document has been obtained from each of the other signatories above.

Dated: November 24, 2014

By *\/s/ Aaron M. Sheanin*
Aaron M. Sheanin

Pursuant to stipulation and upon good cause, **IT IS SO ORDERED.**

Dated: December 3, 2014

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Donna M. Ryu
NORTHERN DISTRICT OF CALIFORNIA

By ______________________
Donna M. Ryu
United States Magistrate Judge