**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,<br><br>Defendants. | No. 1:11-cv-01882-RJL |

**UNOPPOSED MOTION FOR THE APPOINTMENT OF FINKELSTEIN THOMPSON LLP AND LOVELL STEWART HALEBIAN JACOBSON LLP AS CO-LEAD COUNSEL FOR THE INDEPENDENT ATM CONSUMER CLASS**

Pursuant to Federal Rule of Civil Procedure 23(g), Plaintiff Mary Stoumbos respectfully submits this memorandum in support of the unopposed motion for appointment of Finkelstein Thompson LLP ("Finkelstein Thompson") and Lovell Stewart Halebian Jacobson LLP ("Lovell Stewart") as Co-Lead Counsel for a putative class of Independent ATM Consumers.

In support thereof, Proposed Co-Lead Counsel submit the attached memorandum of law and its attachments.

**Statement Pursuant to L.Cv.R.7(m)**

Proposed Interim Co-Lead Counsel have conferred with Defendants regarding this Motion. Defendants take no position regarding this Motion.

Dated: March 18, 2016

Respectfully submitted,

/s/ Michael G. McLellan
Michael G. McLellan (D.C. Bar # 489217)
mmclellan@finkelsteinthompson.com
Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
James Place
1077 30th Street, N.W., Suite 150
Washington, D.C. 20007
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher Lovell (*pro hac vice* forthcoming)
clovell@lshllp.com
Gary S. Jacobson (*pro hac vice* forthcoming)
gsjacobson@lshllp.com
Jody R. Krisiloff (*pro hac vice* forthcoming)
jkrisiloff@lshllp.com
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

*Proposed Interim Class Counsel for the Independent ATM Consumers*