UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,<br><br>Defendants. | No. 1:11-cv-01882-RJL |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR THE APPOINTMENT OF FINKELSTEIN THOMPSON LLP AND LOVELL STEWART HALEBIAN JACOBSON LLP AS CO-LEAD COUNSEL FOR THE INDEPENDENT ATM CONSUMER CLASS**

## I. APPOINTMENT OF INTERIM CO-LEAD COUNSEL

The Court has considered the Motion, Memorandum in Support thereof, and all exhibits to the Unopposed Motion for the Appointment of Finkelstein Thompson LLP and Lovell Stewart Halebian Jacobson LLP as Co-Lead Counsel for the Independent ATM Consumer Class. The Court finds Finkelstein Thompson LLP and Lovell Stewart Halebian Jacobson LLP are best suited to serve as Co-Lead Counsel for the Independent ATM Consumer Class because those firm:

(1) have conducted significant independent investigations into the potential claims in this action and have to date vigorously and successfully defended those claims in this Court and on appeal;

(2) have extensive relevant experience in complex antitrust litigation and knowledge of the law applicable to this action; and

(3) are willing and able to commit the resources necessary to representing the proposed Independent ATM Consumer Class.

## II. DUTIES OF INTERIM CLASS COUNSEL

Interim co-lead counsel, working together in a coordinated fashion, shall be responsible for the overall conduct of the litigation on behalf of the Independent ATM Consumer Class, including the following:

a. Supervise all pretrial, trial, and post-trial proceedings on behalf of plaintiffs;

b. Sign any pleadings, motions, briefs, discovery requests or objections, subpoenas or notices on behalf of plaintiffs;

c. Determine and present in motions, briefs, oral argument or such other fashion as may be appropriate, the position of all the Independent ATM Consumer plaintiffs as to all matters arising during pretrial and trial proceedings;

d. Designate attorneys to act as spokespersons at pretrial conferences and meetings with defendants;

e. Negotiate and enter stipulations with defense counsel with respect to all matters in this litigation, including discovery and settlement matters;

f. Conduct or coordinate discovery on behalf of Independent ATM Consumer plaintiffs, including the preparation of interrogatories, requests for production of documents, requests for admissions, and the examination of witnesses in depositions;

g. Coordinate the activities of plaintiffs' counsel and implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

h. Collect time and expense reports from counsel for the Independent ATM Consumer plaintiffs on a periodic basis;

i. Employ and consult with experts;

j. Convene meetings of counsel;

k. Delegate tasks to counsel for Independent ATM Consumer plaintiffs and otherwise coordinate the work of all plaintiffs' counsel, and perform such other duties as the co-lead interim class counsel deem necessary;

l. Allocate fees, if any are awarded by the Court; and

m. Ensure that all Independent ATM Consumer plaintiffs' counsel are kept informed of the progress of this litigation as necessary.

**IT IS SO ORDERED**, this _____ day of _________________, 2016.

__________________________
Honorable Richard J. Leon
United States District Court Judge