**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,<br>Plaintiff,<br>v.<br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,<br>Defendants. | No. 1:11-cv-01882-RJL |

**MOTION FOR ADMISSION OF CHRISTOPHER LOVELL *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), Movant Michael G. McLellan, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Christopher Lovell pro hac vice as counsel for Plaintiff Mary Stoumbos, in the above-captioned matter.

As grounds, therefore, Movant states:

1. Movant is a member in good standing of the Bar of this Court and licensed to practice in the District of Columbia (D.C. Bar No. 489217).

2. Mr. Lovell is a member in good standing of the Bar of the State of New York.

3. Mr. Lovell is not currently and has never previously been the subject of any disciplinary action by any bar.

4. The Declaration of Christopher Lovell in Support of Motion for Admission Pro Hac Vice is being filed herewith in compliance with Local Civil Rule 83.2(d).

WHEREFORE, Movant requests admission of Christopher Lovell *pro hac vice* as counsel for Mary Stoumbos in this proceeding.

Dated: March 22, 2016

Respectfully submitted,

/s/ Michael G. McLellan
Michael McLellan(D.C. Bar No. 489217)
FINKELSTEIN THOMPSON LLP
1077 30TH St. Suite, 150
Washington, DC, 20007
(202)-337-8000
mmclellan@finkelsteinthompson.com