**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,<br><br>Defendants. | No. 1:11-cv-01882-RJL |

**DECLARATION OF CHRISTOPHER LOVELL IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Christopher Lovell, hereby declare under pain and penalty of perjury that:

1. My full name is Christopher Lovell.

2. I am a partner of the law firm Lovell Stewart Halebian Jacobsen LLP. My office address is 61 Broadway, STE 501 New York, NY 10006 and my office telephone number is (212)-608-1900.

3. I am a member in good standing of the Bar of the State of New York.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and that I have not been disciplined by any bar in the past.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law firm from an office located in the District of Columbia.

7. I am not currently a member of the District of Columbia Bar, and I do not have an application for membership pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 10TH day of March 2016, in New York, New York.

Christopher Lovell