**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,<br><br>Defendants. | No. 1:11-cv-01882-RJL |

**[PROPOSED] ORDER**
(________________, 2016)

Upon consideration of the Motion for Admission of Christopher Lovell *Pro Hac Vice* and the Declaration of Christopher Lovell in support thereof, it is hereby:

**ORDERED** that the Motion for Admission of Christopher Lovell *Pro Hac Vice* [Dkt. #___] is **GRANTED**; and it is further

**ORDERED** that Christopher Lovell be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED.**

______________________
RICHARD J. LEON
United States District Judge