**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,<br><br>Defendants. | No. 1:11-cv-01882-RJL |

**<u>NOTICE OF APPEARANCE</u>**

Please take notice that the undersigned attorney, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby enters an appearance as counsel of record for MasterCard Incorporated and MasterCard International Incorporated in the above-captioned action.

Dated: April 19, 2016
Washington, D.C.

Respectfully submitted,

/s/ Zachary A. Dietert
Zachary A. Dietert
D.C. Bar No. 1003784
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel.: (202) 223-7300
Fax: (202) 223-7420
zdietert@paulweiss.com

*Attorney for Defendants MasterCard Incorporated and MasterCard International Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 19, 2016, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Zachary A. Dietert
Zachary A. Dietert