UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MACKMIN, BARBARA INGLIS, and SAM OSBORN, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC.; VISA U.S.A. INC.; VISA INTERNATIONAL SERVICE ASSOCIATION; and PLUS SYSTEM, INC.; MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a Mastercard Worldwide; BANK OF AMERICA, NATIONAL ASSOCIATION; NB HOLDINGS CORPORATION; BANK OF AMERICA CORPORATION; CHASE BANK USA, N.A. and JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | No. 11-cv-1831-RJL |
| MARY STOUMBOS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,<br><br>Defendants, | No. 1:11-cv-01882-RJL |

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VISA, INC., VISA USA, INC., VISA INTERNATIONAL SERVICE ASSOCIATION, PLUS SYSTEM, INC., MASTERCARD INCORPORATED, AND MASTERCARD INTERNATIONAL INCORPORATED,<br><br>Defendants. | No. 1:11-cv-01803 (RJL) |

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES**

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective January 1, 2017, counsel for defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc. (collectively, "Visa") in this matter, formerly known as Arnold & Porter LLP, has changed its name to Arnold & Porter Kaye Scholer LLP.

The contact information for the Arnold & Porter Kaye Scholer attorneys who are appearing in this matter on behalf of Visa, including their new email addresses, is set forth in the signature block below.

Dated: January 5, 2017

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Mark R. Merley
Mark R. Merley (D.C. Bar No. 375866)
Matthew A. Eisenstein (D.C. Bar No. 476577)
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
mark.merley@apks.com
matthew.eisenstein@apks.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 5, 2017, I cased the foregoing Notice of Change of Firm Name and Email Addresses to be filed using the Court's CM/ECF system, which will send email notification of that filing to counsel of record.

/s/ Mark R. Merley