**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW MACKMIN, BARBARA INGLIS, AND SAM OSBORN,

Plaintiffs,

v.

VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE; BANK OF AMERICA, NATIONAL ASSOCIATION; NB HOLDINGS CORPORATION; BANK OF AMERICA CORPORATION; CHASE BANK USA, N.A. and JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; and WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.

Defendants.

No. 1:11-cv-01831-RJL
Assigned to: Richard J. Leon

MARY STOUMBOS, on behalf of herself and all others similarly situated,

Plaintiff,

v.

VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,

Defendants.

No. 1:11-cv-01882-RJL
Assigned to: Richard J. Leon

**DEFENDANTS' OPPOSITION TO CONSUMER PLAINTIFFS' MOTION TO LIFT STAY AND FOR ENTRY OF**
**PLAINTIFFS' CORRECTED INITIAL SCHEDULING ORDER**

Although the consumer plaintiffs failed to comply with Local Civil Rule 7(m) in filing their Motion to Lift Stay and for Entry of Plaintiffs' Corrected Initial Scheduling Order (DE 107), defendants do not oppose the request to lift the stay in these actions.

For the reasons stated in the parties' March 18, 2016 Joint Report on Scheduling Matters (DE 99), defendants respectfully request that the Court enter the defendants' proposed scheduling order at Exhibit B to that Joint Report. Defendants will be prepared to address the proposed scheduling orders at the upcoming status conference. For the Court's convenience, defendants are resubmitting their proposed scheduling order with this filing.

Respectfully submitted,

Dated: January 6, 2017

By: /s/ Mark R. Merley

Mark R. Merley (D.C. Bar No. 375866)
Matthew A. Eisenstein (D.C. Bar No. 476577)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
mark.merley@apks.com
matthew.eisenstein@apks.com

*Counsel for Defendants Visa Inc., Visa U.SA. Inc., Visa International Services Association, and Plus System, Inc.*

/s/ Kenneth A. Gallo
Kenneth A. Gallo (D.C. Bar No. 371253)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7400
Fax: (202) 223-7420
kgallo@paulweiss.com

Gary R. Carney (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
gcarney@paulweiss.com

*Counsel for Defendants MasterCard Incorporated and MasterCard International Incorporated*

/s/ Michael B. Miller
Michael B. Miller (D.C. Bar No. NY0140)
Mark P. Ladner (*pro hac vice*)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Tel.: (212) 468-8000
Fax: (212) 468-7900
mladner@mofo.com
mbmiller@mofo.com

*Counsel for Defendants Bank of America, NA., NB Holdings Corporation, and Bank of America Corporation*

/s/ Peter E. Greene
Peter E. Greene (D.C. Bar No. 305607)
Boris Bershteyn (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
4 Times Square
New York, NY 10036
Tel.: (212) 735-3620
Fax: (917) 777-3620
peter.greene@skadden.com
boris.bershteyn@skadden.com

*Counsel for Defendants Chase Bank USA, N.A., JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.*

/s/ William F. Cavanaugh
William F. Cavanaugh, Jr. (*pro hac vice*)
Daniel S. Ruzumna (D.C. Bar No. 450040)
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel.: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pwbt.com
druzumna@pbwt.com

*Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 6, 2017, I caused the foregoing Defendants' Opposition to Consumer Plaintiffs' Motion to Lift Stay and for Entry of Plaintiffs' Corrected Initial Scheduling Order to be filed using the Court's CM/ECF system, which will send email notification of that filing to counsel of record.

/s/ Mark R. Merley
Mark R. Merley