**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,

Plaintiff,

v.

VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,

Defendants.

No. 1:11-cv-01882-RJL

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission of Gary S. Jacobson *Pro Hac Vice* and the Declaration of Gary S. Jacobson in support thereof, it is hereby:

**ORDERED** that the Motion for Admission of Gary S. Jacobson *Pro Hac Vice* [Dkt. #___] is **GRANTED**; and it is further

**ORDERED** that Gary S. Jacobson be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED.**

Dated: January __, 2017.

______________________________
HON. RICHARD J. LEON
United States District Judge