**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,

Plaintiff,

v.

VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,

Defendants.

No. 1:11-cv-01882-RJL

**NOTICE OF APPEARANCE**

Please take notice that Douglas G. Thompson, Jr., of the law firm Finkelstein Thompson LLP, hereby enters an appearance as counsel of record for Mary Stoumbos in the above-captioned action.

Dated: January 11, 2017

Respectfully submitted,

/s/ Douglas G. Thompson, Jr.
Douglas G. Thompson, Jr. (Bar # 172387)
FINKELSTEIN THOMPSON LLP
1077 30TH St. Suite 150
Washington, DC, 20007
(202)-337-8000
dthompson@finkelsteinthompson.com