**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,<br><br>Defendants. | No. 1:11-cv-01882-RJL |

**ANSWER OF DEFENDANTS MASTERCARD INCORPORATED AND MASTERCARD INTERNATIONAL INCORPORATED TO PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT**

Defendants Mastercard Incorporated and Mastercard International Incorporated (collectively, "Mastercard"), by their attorneys, hereby serve this Answer to the Second Amended Class Action Complaint ("Complaint") filed by Plaintiff Mary Stoumbos ("Plaintiff").

Mastercard objects to the Complaint's introduction and to all headings in the Complaint as not constituting proper allegations or fit matter for a pleading and therefore denies them. Mastercard answers the numbered Paragraphs 1 through 163 in the Complaint as follows:

1. To the extent that the allegations in Paragraph 1 of the Complaint concern Mastercard, Mastercard denies them; except admits that Plaintiff purports to bring this action on behalf of herself and a putative class under the statutes referenced in Paragraph

1, that Plaintiff purports to seek the remedies described in that paragraph, and that Plaintiff purports to use the term "Indirect Purchaser States." To the extent that the allegations in Paragraph 1 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

2. Mastercard states that the allegations in Paragraph 2 of the Complaint are legal conclusions as to which no responsive pleading is required or appropriate other than to deny them.

3. To the extent that the allegations in Paragraph 3 of the Complaint concern Mastercard, Mastercard denies them, particularly insofar as they concern Defendant Mastercard Incorporated; except states that certain allegations in Paragraph 3 are legal conclusions as to which no responsive pleading is required or appropriate other than to deny them. To the extent that the allegations in Paragraph 3 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

4. Mastercard denies the allegations in Paragraph 4 of the Complaint, particularly insofar as the allegations purport to provide complete or accurate descriptions of the terms used therein; except admits that "ATM" is an acronym for automated teller machine and that an ATM allows customers to complete certain transactions with their banks, such as cash withdrawal, without the aid of a branch representative or teller.

5. Mastercard denies the allegations in Paragraph 5 of the Complaint, particularly insofar as the allegations purport to provide complete or accurate descriptions of the terms used therein; except admits that Plaintiff purports to use the term

"Independent ATM" to refer to an ATM that is not owned by Visa, Mastercard, or any member of Visa or Mastercard.

6. Mastercard denies the allegations in Paragraph 6 of the Complaint, particularly insofar as the allegations purport to provide complete or accurate descriptions of the terms used therein; except admits that a PIN-debit card may be used with a PIN number to effectuate certain transactions at certain ATMs.

7. Mastercard denies the allegations in Paragraph 7 of the Complaint, particularly insofar as the allegations purport to provide complete or accurate descriptions of the terms used therein; except admits that consumers can perform certain transactions, including withdrawing funds, depositing funds, and ascertaining account balances or other information, at some ATMs; and further admits that Plaintiff purports to use the term "ATM Services."

8. Mastercard denies the allegations in Paragraph 8 of the Complaint, particularly insofar as the allegations purport to provide complete or accurate descriptions of the terms used therein; except admits that some ATM owners may charge a fee to ATM customers in connection with certain transactions performed at the ATM, that such fees may be charged against ATM customers' accounts, and that Plaintiff purports to use the term "ATM Access Fee."

9. Mastercard denies the allegations in Paragraph 9 of the Complaint, particularly insofar as the allegations purport to provide complete or accurate descriptions of the terms used therein; except admits that an ATM network provides services concerning the transmission of ATM transaction data by electronic or

telecommunications means for the purpose of facilitating certain transactions at ATMs; and that Plaintiff purports to use the term "ATM Network(s)."

10. To the extent that the allegations in Paragraph 10 of the Complaint concern Mastercard, Mastercard denies them, particularly insofar as the allegations purport to provide complete or accurate descriptions of the terms used therein; except admits that entities that are not members of Mastercard may be sponsored by a member institution of Mastercard in accordance with the Mastercard bylaws, rules, regulations, and policies, to which Mastercard refers the Court for their contents and context, and that ATM transactions may be processed over Mastercard's Cirrus network in accordance with certain agreements between sponsoring financial institutions and ATM owners, to which Mastercard refers the Court for their contents and context; further admits that Plaintiff purports to use the term "ATM Sponsoring Agreement"; and states that certain allegations in Paragraph 10 are legal conclusions as to which no responsive pleading is required or appropriate other than to deny them. To the extent that the allegations in Paragraph 10 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

11. Mastercard denies the allegations in Paragraph 11 of the Complaint; except admits that Plaintiff purports to use the terms "Rival ATM Network(s)" and "Rival Network(s)."

12. Mastercard denies the allegations in Paragraph 12 of the Complaint, particularly insofar as the allegations purport to provide complete or accurate descriptions of the terms used therein; except admits that some PIN-debit cards have logos on the

back that indicate networks on which an ATM transaction involving that card may be conducted and that Plaintiff purports to use the terms "Bug" and "Network Bug."

13. To the extent that the allegations in Paragraph 13 of the Complaint concern Mastercard, Mastercard denies them, particularly insofar as the allegations purport to be complete or accurate descriptions of the terms used therein; except admits that Mastercard establishes an "interchange" fee to be paid by issuing banks to acquiring banks in connection with certain ATM transactions, and that Plaintiff purports to use the term "ATM Interchange." To the extent that the allegations in Paragraph 13 concern other parties, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

14. To the extent that the allegations in Paragraph 14 of the Complaint concern Mastercard, Mastercard denies them, particularly insofar as the allegations purport to be complete or accurate descriptions of the terms used therein; except admits that Mastercard establishes certain fees to be paid by acquiring banks in connection with the processing of certain ATM transactions over the Cirrus network; and further admits that Plaintiff purports to use the terms "ATM Network Fee" and "Network Fee." To the extent that the allegations in Paragraph 14 concern other parties, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

15. To the extent that the allegations in Paragraph 15 of the Complaint concern Mastercard, Mastercard denies them, particularly insofar as the allegations purport to be complete or accurate descriptions of the terms used therein; except admits that Mastercard establishes interchange to be paid by issuing banks and certain fees to be

paid by acquiring banks in connection with the processing of certain ATM transactions over the Cirrus network; and further admits that Plaintiff purports to use the terms "Net ATM Interchange" and "Net Interchange." To the extent that the allegations in Paragraph 15 concern other parties, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

16. Mastercard denies the allegations in Paragraph 16 of the Complaint; except admits that Plaintiff purports to define and use the term "Class Period."

17. Mastercard denies the allegations in Paragraph 17 of the Complaint; except admits that Plaintiff purports to use the term "Indirect Purchaser States"; and states that certain allegations in Paragraph 17 are legal conclusions as to which no responsive pleading is required or appropriate other than to deny them.

18. Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 of the Complaint and, on that basis, denies them; and further denies the allegations in Paragraph 18 insofar as they purport to be complete or accurate descriptions of the terms used therein.

19. Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 of the Complaint and, on that basis, denies them.

20. Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 of the Complaint and, on that basis, denies them.

21. Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 of the Complaint and, on that basis, denies them.

22. Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 of the Complaint and, on that basis, denies them.

23. Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 of the Complaint and, on that basis, denies them; except admits that Plaintiff purports to use the term "Visa" to refer to Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.

24. Mastercard admits the allegations in Paragraph 24 of the Complaint.

25. Mastercard denies the allegations in Paragraph 25 of the Complaint; except admits that numerous financial institutions are principal or affiliate members of Mastercard International Incorporated; further admits that Mastercard International Incorporated is a Delaware non-stock (membership) corporation with its principal place of business in Purchase, New York and is a wholly-owned subsidiary of Mastercard Incorporated; and further admits that Mastercard International Incorporated operates the Mastercard/Cirrus ATM network.

26. Mastercard admits that Plaintiff purports to use the term "Mastercard" to refer to Mastercard Incorporated and Mastercard International Incorporated in Paragraph 26 of the Complaint.

27. To the extent that the allegations in Paragraph 27 of the Complaint concern Mastercard, Mastercard denies them; except states that to the extent that the

allegations in Paragraph 27 refer to Mastercard's rules, Mastercard respectfully refers the Court to Mastercard's bylaws, rules, regulations, and policies for their contents and context; and states that certain allegations in Paragraph 27 are legal conclusions as to which no responsive pleading is required or appropriate other than to deny them. To the extent that the allegations in Paragraph 27 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

28. To the extent that the allegations in Paragraph 28 of the Complaint concern Mastercard, Mastercard denies them; except admits that prior to its restructuring in May 2006, Mastercard Incorporated's capital stock was privately held by certain financial institutions, that Mastercard Incorporated conducted an initial public offering on May 25, 2006, and that since that initial public offering, Mastercard Incorporated has been a publicly held corporation with its stock traded on the New York Stock Exchange. To the extent that the allegations in Paragraph 28 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

29. To the extent that the allegations in Paragraph 29 of the Complaint concern Mastercard, Mastercard denies them; except admits that prior to its restructuring in May 2006, members of Mastercard elected a Board of Directors; and states that to the extent that the allegations in Paragraph 29 refer to Mastercard's rules, Mastercard respectfully refers the Court to Mastercard's bylaws, rules, regulations, and policies for their contents and context. To the extent that the allegations in Paragraph 29 concern

parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

30. To the extent that the allegations in Paragraph 30 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 30 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

31. To the extent that the allegations in Paragraph 31 of the Complaint concern Mastercard, Mastercard denies them; except states that to the extent that the allegations in Paragraph 31 refer to *United States* v. *Visa U.S.A.*, 163 F. Supp. 2d 322 (S.D.N.Y. 2001), *aff'd*, 344 F.3d 229 (2d Cir. 2003), Mastercard respectfully refers the Court to that opinion and the associated pleadings and record for their contents and context. To the extent that the allegations in Paragraph 31 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

32. To the extent that the allegations in Paragraph 32 of the Complaint concern Mastercard, Mastercard denies them; except states that to the extent that the allegations in Paragraph 32 refer to *United States* v. *Visa U.S.A.*, 163 F. Supp. 2d 322 (S.D.N.Y. 2001), *aff'd*, 344 F.3d 229 (2d Cir. 2003), Mastercard respectfully refers the Court to that opinion and the associated pleadings and record for their contents and context. To the extent that the allegations in Paragraph 32 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

33. To the extent that the allegations in Paragraph 33 of the Complaint concern Mastercard, Mastercard denies them; except states that to the extent that the allegations in Paragraph 33 refer to *United States* v. *Visa U.S.A.*, 344 F.3d 229 (2d Cir. 2003), Mastercard respectfully refers the Court to that decision and the associated pleadings and record for their contents and context. To the extent that the allegations in Paragraph 33 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

34. To the extent that the allegations in Paragraph 34 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 34 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

35. To the extent that the allegations in Paragraph 35 of the Complaint concern Mastercard, Mastercard denies them; except states that to the extent that the allegations in Paragraph 35 concern proceedings in the United States or other jurisdictions, Mastercard respectfully refers the Court to those proceedings for contents and context. To the extent that the allegations in Paragraph 35 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

36. To the extent that the allegations in Paragraph 36 of the Complaint concern Mastercard, Mastercard denies them; except states that to the extent that the allegations in Paragraph 36 refer to and purport to quote a May 2005 presentation by

Robert Selander, Mastercard respectfully refers the Court to that presentation for its contents and context. To the extent that the allegations in Paragraph 36 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

37. Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 of the Complaint and, on that basis, denies them.

38. Mastercard denies the allegations in Paragraph 38 of the Complaint; except admits that Mastercard Incorporated conducted an initial public offering on May 25, 2006 in which stock was sold to public investors; further admits that since that initial public offering, Mastercard Incorporated has been a publicly held corporation with its stock traded on the New York Stock Exchange; and states that to the extent that the allegations in Paragraph 38 concern the restructuring of rights and obligations of owners and members of Mastercard, Mastercard respectfully refers the Court to the restructuring and IPO agreements and disclosures for their content and context.

39. Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 of the Complaint and, on that basis, denies them.

40. To the extent that the allegations in Paragraph 40 of the Complaint concern Mastercard, Mastercard denies them, except admits that Mastercard has principal and affiliate members; and states that to the extent that the allegations in Paragraph 40 refer to Mastercard's rules, Mastercard respectfully refers the Court to Mastercard's bylaws, rules, regulations, and policies for their contents and context. To

the extent that the allegations in Paragraph 40 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

41. To the extent that the allegations in Paragraph 41 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 41 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

42. To the extent that the allegations in Paragraph 42 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 42 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

43. To the extent that the allegations in Paragraph 43 of the Complaint concern Mastercard, Mastercard denies them; except admits that it has adopted rules that apply to ATM transactions processed over Mastercard's Cirrus network; admits that the rules include a provision that prohibits ATM operators from charging a cardholder a higher fee for processing the consumer's transaction over the Cirrus ATM network than over a different ATM network; further admits that ATMs must be owned by a Mastercard member or by an ATM operator with an agreement with a Mastercard member in order to process transactions over Mastercard's Cirrus network; and otherwise refers the Court to Mastercard's bylaws, rules, regulations, and policies for their contents and context. To the extent that the allegations in Paragraph 43 concern

parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

44. To the extent that the allegations in Paragraph 44 of the Complaint concern Mastercard, Mastercard denies them; except states that certain allegations in Paragraph 44 are legal conclusions as to which no responsive pleading is necessary or appropriate other than to deny them. To the extent that the allegations in Paragraph 44 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

45. To the extent that the allegations in Paragraph 45 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 45 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

46. To the extent that the allegations in Paragraph 46 of the Complaint concern Mastercard, Mastercard denies them; except admits the first sentence of that paragraph. To the extent that the allegations in Paragraph 46 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

47. To the extent that the allegations in Paragraph 47 of the Complaint concern Mastercard, Mastercard denies them; except states that certain allegations in Paragraph 47 are legal conclusions as to which no responsive pleading is necessary or appropriate other than to deny them. To the extent that the allegations in Paragraph 47

concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

48. To the extent that the allegations in Paragraph 48 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 48 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

49. To the extent that the allegations in Paragraph 49 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 49 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

50. To the extent that the allegations in Paragraph 50 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 50 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

51. To the extent that the allegations in Paragraph 51 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 51 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

52. To the extent that the allegations in Paragraph 52 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 52 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

53. To the extent that the allegations in Paragraph 53 of the Complaint concern Mastercard, Mastercard denies them; except states that certain allegations in Paragraph 53 are legal conclusions as to which no responsive pleading is required or appropriate other than to deny them. To the extent that the allegations in Paragraph 53 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

54. To the extent that the allegations in Paragraph 54 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 54 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

55. To the extent that the allegations in Paragraph 55 of the Complaint concern Mastercard, Mastercard denies them; except admits that entities that are not members of Mastercard may be sponsored by a member institution of Mastercard in accordance with the Mastercard bylaws, rules, regulations, and policies, to which Mastercard refers the Court for their contents and context; and states that to the extent that the allegations in Paragraph 55 refer to publications by The Nilson Report, Forbes, and/or the Federal Reserve Bank of Kansas City, Mastercard respectfully refers the

Court to those publications for their contents and contexts. To the extent that the allegations in Paragraph 55 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

56. Mastercard denies the allegations in Paragraph 56 of the Complaint; except admits that Plaintiff purports to bring this action under the rules of civil procedure referenced in that paragraph, that Plaintiff purports to bring this action on behalf of herself and a putative class as defined therein, and that Plaintiff purports to exclude certain individuals and entities identified therein from a putative class.

57. Mastercard states that the allegations in Paragraph 57 of the Complaint are legal conclusions as to which no responsive pleading is required or appropriate other than to deny them.

58. To the extent that the allegations in Paragraph 58 of the Complaint concern Mastercard, Mastercard denies them; except admits that Plaintiff purports to bring this action under the rules of civil procedure referenced in that paragraph and that Plaintiff purports to bring this action on behalf of herself and a putative class as defined therein; and states that certain allegations in Paragraph 58 are legal conclusions as to which no responsive pleading is required or appropriate other than to deny them. To the extent that the allegations in Paragraph 58 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

59. To the extent that the allegations in Paragraph 59 of the Complaint concern Mastercard, Mastercard denies them; except admits that Mastercard-branded debit cards are used in ATM transactions throughout the United States; and states that

certain allegations in Paragraph 59 are legal conclusions as to which no responsive pleading is required or appropriate other than to deny the allegations. To the extent that the allegations in Paragraph 59 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

60. Mastercard denies the allegations in Paragraph 60 of the Complaint; except admits that it provides certain services relating to cards branded with Mastercard, Maestro, or Cirrus logos that cardholders utilize to access cash.

61. Mastercard denies the allegations in Paragraph 61 of the Complaint, particularly insofar as the allegations purport to provide complete or accurate descriptions of the terms used therein; except admits the first two sentences of that paragraph; admits that some ATM owners may charge a fee to ATM customers in connection with certain transactions performed at the ATM and that such fees may be charged against ATM customers' accounts; and further admits that certain issuing banks may charge a fee to their account-holding customers in connection with a transaction at an ATM not owned or operated by the issuing bank.

62. To the extent that the allegations in Paragraph 62 of the Complaint concern Mastercard, Mastercard denies them; except admits that it has adopted rules that apply to ATM transactions processed over Mastercard's Cirrus network; admits that the rules include a provision that prohibits ATM operators from charging a cardholder a higher fee for processing the consumer's transaction over the Cirrus ATM network than over a different ATM network; and otherwise refers the Court to Mastercard's bylaws, rules, regulations, and policies for their contents and context. To the extent that the

allegations in Paragraph 62 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

63. To the extent that the allegations in Paragraph 63 of the Complaint concern Mastercard, Mastercard denies them; except states that to the extent that the allegations in Paragraph 63 refer to and purport to quote a Form 10-K filed by Visa, Mastercard respectfully refers the Court to that document for its contents and context. To the extent that the allegations in Paragraph 63 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

64. To the extent that the allegations in Paragraph 64 of the Complaint concern Mastercard, Mastercard denies that they contain complete or accurate descriptions of the terms used therein and, on that, basis denies them. To the extent that the allegations in Paragraph 64 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

65. To the extent that the allegations in Paragraph 65 of the Complaint concern Mastercard, Mastercard denies them; except admits that entities that are not members of Mastercard may be sponsored by a member institution of Mastercard in accordance with the Mastercard bylaws, rules, regulations, and policies, to which Mastercard refers the Court for their contents and context, and that such agreements can facilitate the processing of ATM transactions over Mastercard's Cirrus network. To the extent that the allegations in Paragraph 65 concern parties other than Mastercard,

Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

66. To the extent that the allegations in Paragraph 66 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 66 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

67. To the extent that the allegations in Paragraph 67 of the Complaint concern Mastercard, Mastercard denies them, particularly insofar as the allegations purport to provide complete or accurate descriptions of the terms used therein; except admits that Mastercard operates an ATM network and that ATM transactions are generally processed over ATM networks; and states that to the extent that the allegations in Paragraph 67 refer to Mastercard's rules, Mastercard respectfully refers the Court to Mastercard's bylaws, rules, regulations, and policies for their contents and context. To the extent that the allegations in Paragraph 67 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

68. To the extent that the allegations in Paragraph 68 of the Complaint concern Mastercard, Mastercard denies them; except admits that Mastercard does not own or operate the networks identified in the first sentence of that paragraph and that some ATM transactions involving Mastercard-branded cards may be conducted over ATM networks not owned or operated by Mastercard; and states that to the extent that the allegations in Paragraph 68 refer to Mastercard's rules, Mastercard respectfully

refers the Court to Mastercard's bylaws, rules, regulations, and policies for their contents and context. To the extent that the allegations in Paragraph 68 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

69. To the extent that the allegations in Paragraph 69 of the Complaint concern Mastercard, Mastercard denies them; except admits that some PIN-debit cards have logos on the back that indicate networks on which an ATM transaction involving that card may be conducted. To the extent that the allegations in Paragraph 69 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

70. To the extent that the allegations in Paragraph 70 of the Complaint concern Mastercard, Mastercard denies them; except admits that some ATM transactions involving Mastercard-branded cards may be conducted over ATM networks not owned or operated by Mastercard and that some PIN-debit cards have logos on the back that indicate networks on which an ATM transaction involving that card may be conducted. To the extent that the allegations in Paragraph 70 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

71. To the extent that the allegations in Paragraph 71 of the Complaint concern Mastercard, Mastercard denies them; except admits that Mastercard establishes an "interchange" fee to be paid by issuing banks to acquiring banks in connection with certain ATM transactions; and further admits that Mastercard establishes certain fees to be paid by acquiring banks in connection with the processing of certain ATM

transactions over the Cirrus network. To the extent that the allegations in Paragraph 71 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

72. To the extent that the allegations in Paragraph 72 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 72 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

73. Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73 of the Complaint and, on that basis, denies them.

74. To the extent that the allegations in Paragraph 74 of the Complaint concern Mastercard, Mastercard denies them, except admits that fees and interchange will vary among ATM networks. To the extent that the allegations in Paragraph 74 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

75. To the extent that the allegations in Paragraph 75 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 75 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

76. To the extent that the allegations in Paragraph 76 of the Complaint concern Mastercard, Mastercard denies them; except states that to the extent that the

allegations in Paragraph 76 refer to Mastercard's rules, Mastercard respectfully refers the Court to Mastercard's bylaws, rules, regulations, and policies for their contents and context; admits that issuing banks that are members of Mastercard may access Mastercard's Cirrus network; and further admits that entities that are not members of Mastercard may be sponsored by a member institution of Mastercard in accordance with the Mastercard bylaws, rules, regulations, and policies, to which Mastercard refers the Court for their contents and context, and that such agreements can facilitate the processing of ATM transactions over Mastercard's Cirrus network. To the extent that the allegations in Paragraph 76 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

77. To the extent that the allegations in Paragraph 77 of the Complaint concern Mastercard, Mastercard denies them; except admits that it has adopted rules that apply to ATM transactions processed over Mastercard's Cirrus network; admits that the rules include a provision that prohibits ATM operators from charging a cardholder a higher fee for processing the consumer's transaction over the Cirrus ATM network than over a different ATM network; and otherwise refers the Court to Mastercard's bylaws, rules, regulations, and policies for their contents and context. To the extent that the allegations in Paragraph 77 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

78. Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 of the Complaint and, on that basis, denies them.

79. To the extent that the allegations in Paragraph 79 of the Complaint concern Mastercard, Mastercard denies them; except states that to the extent that the allegations in Paragraph 79 refer to and purport to quote from Mastercard's rules, Mastercard respectfully refers the Court to its bylaws, rules, regulations, and policies for their contents and context. To the extent that the allegations in Paragraph 79 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

80. To the extent that the allegations in Paragraph 80 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 80 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

81. To the extent that the allegations in Paragraph 81 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 81 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

82. To the extent that the allegations in Paragraph 82 of the Complaint concern Mastercard, Mastercard denies them; except states that certain allegations in Paragraph 82 are legal conclusions as to which no responsive pleading is required or

appropriate other than to deny them. To the extent that the allegations in Paragraph 82 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

83. To the extent that the allegations in Paragraph 83 of the Complaint concern Mastercard, Mastercard denies them; except states that to the extent that the allegations in Paragraph 83 refer to Mastercard's rules, Mastercard respectfully refers the Court to its bylaws, rules, regulations, and policies for their contents and context. To the extent that the allegations in Paragraph 83 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

84. To the extent that the allegations in Paragraph 84 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 84 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

85. Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 of the Complaint and, on that basis, denies them.

86. To the extent that the allegations in Paragraph 86 of the Complaint concern Mastercard, Mastercard denies them; except admits that some PIN-debit cards have multiple logos on the back that indicate networks on which an ATM transaction involving that card may be conducted. To the extent that the allegations in Paragraph 86

concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

87. To the extent that the allegations in Paragraph 87 of the Complaint concern Mastercard, Mastercard denies them; except states that to the extent that the allegations in Paragraph 87 refer to Mastercard's rules, Mastercard respectfully refers the Court to its bylaws, rules, regulations, and policies for their contents and context. To the extent that the allegations in Paragraph 87 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

88. To the extent that the allegations in Paragraph 88 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 88 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

89. To the extent that the allegations in Paragraph 89 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 89 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

90. To the extent that the allegations in Paragraph 90 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 90 concern parties other than Mastercard, Mastercard is without knowledge

or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

91. To the extent that the allegations in Paragraph 91 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 91 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

92. To the extent that the allegations in Paragraph 92 of the Complaint concern Mastercard, Mastercard denies them; except states that certain allegations in Paragraph 92 are legal conclusions as to which no responsive pleading is required or appropriate other than to deny them. To the extent that the allegations in Paragraph 92 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

93. To the extent that the allegations in Paragraph 93 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 93 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

94. To the extent that the allegations in Paragraph 94 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 94 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

95. To the extent that the allegations in Paragraph 95 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 95 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

96. To the extent that the allegations in Paragraph 96 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 96 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

97. To the extent that the allegations in Paragraph 97 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 97 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

98. To the extent that the allegations in Paragraph 98 of the Complaint concern Mastercard, Mastercard denies them; except states that to the extent that the allegations in Paragraph 98 refer to Mastercard's rules, Mastercard respectfully refers the Court to its bylaws, rules, regulations, and policies for their contents and context. To the extent that the allegations in Paragraph 98 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

99. To the extent that the allegations in Paragraph 99 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 99 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

100. To the extent that the allegations in Paragraph 100 of the Complaint concern Mastercard, Mastercard denies them; except states that certain allegations in Paragraph 100 are legal conclusions as to which no responsive pleading is required or appropriate other than to deny them. To the extent that the allegations in Paragraph 100 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

101. Mastercard states that the allegations in Paragraph 101 of the Complaint are legal conclusions as to which no responsive pleading is required or appropriate other than to deny them.

102. To the extent that the allegations in Paragraph 102 of the Complaint concern Mastercard, Mastercard denies them; except states that certain allegations in Paragraph 102 are legal conclusions as to which no responsive pleading is required or appropriate other than to deny them. To the extent that the allegations in Paragraph 102 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

103. To the extent that the allegations in Paragraph 103 of the Complaint concern Mastercard, Mastercard denies them; except states that certain allegations in Paragraph 103 are legal conclusions as to which no responsive pleading is required or

appropriate other than to deny them. To the extent that the allegations in Paragraph 103 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

104. Mastercard states that the allegation in Paragraph 104 of the Complaint is a legal conclusion as to which no responsive pleading is required or appropriate other than to deny it.

105. To the extent that the allegations in Paragraph 105 of the Complaint concern Mastercard, Mastercard denies them; except states that to the extent that the allegations in Paragraph 105 refer to Mastercard's rules, Mastercard respectfully refers the Court to its bylaws, rules, regulations, and policies for their contents and context; and states that certain allegations in Paragraph 105 are legal conclusions as to which no responsive pleading is required or appropriate other than to deny them. To the extent that the allegations in Paragraph 105 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

106. To the extent that the allegations in Paragraph 106 of the Complaint concern Mastercard, Mastercard denies them; except states that to the extent that the allegations in Paragraph 106 refer to Mastercard's rules, Mastercard respectfully refers the Court to its bylaws, rules, regulations, and policies for their contents and context. To the extent that the allegations in Paragraph 106 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

107. To the extent that the allegations in Paragraph 107 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 107 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

108. To the extent that the allegations in Paragraph 108 of the Complaint refer to and incorporate allegations in other paragraphs, Mastercard responds to those allegations as it did when they were made separately.

109. To the extent that the allegations in Paragraph 109 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 109 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

110. To the extent that the allegations in Paragraph 110 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 110 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

111. To the extent that the allegations in Paragraph 111 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 111 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

112. To the extent that the allegations in Paragraph 112 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 112 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

113. To the extent that the allegations in Paragraph 113 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 113 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

114. To the extent that the allegations in Paragraph 114 of the Complaint refer to and incorporate allegations in other paragraphs, Mastercard responds to those allegations as it did when they were made separately.

115. To the extent that the allegations in Paragraph 115 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 115 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

116. To the extent that the allegations in Paragraph 116 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 116 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

117. To the extent that the allegations in Paragraph 117 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 117 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

118. To the extent that the allegations in Paragraph 118 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 118 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

119. To the extent that the allegations in Paragraph 119 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 119 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

120. To the extent that the allegations in Paragraph 120 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 120 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

121. To the extent that the allegations in Paragraph 121 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 121 concern parties other than Mastercard, Mastercard is without knowledge

or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

122. To the extent that the allegations in Paragraph 122 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 122 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

123. To the extent that the allegations in Paragraph 123 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 123 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

124. To the extent that the allegations in Paragraph 124 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 124 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

125. To the extent that the allegations in Paragraph 125 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 125 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

126. To the extent that the allegations in Paragraph 126 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 126 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

127. To the extent that the allegations in Paragraph 127 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 127 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

128. To the extent that the allegations in Paragraph 128 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 128 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

129. To the extent that the allegations in Paragraph 129 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 129 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

130. To the extent that the allegations in Paragraph 130 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 130 concern parties other than Mastercard, Mastercard is without knowledge

or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

131. To the extent that the allegations in Paragraph 131 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 131 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

132. To the extent that the allegations in Paragraph 132 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 132 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

133. To the extent that the allegations in Paragraph 133 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 133 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

134. To the extent that the allegations in Paragraph 134 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 134 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

135. To the extent that the allegations in Paragraph 135 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 135 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

136. To the extent that the allegations in Paragraph 136 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 136 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

137. To the extent that the allegations in Paragraph 137 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 137 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

138. To the extent that the allegations in Paragraph 138 of the Complaint refer to and incorporate allegations in other paragraphs, Mastercard responds to those allegations as it did when they were made separately.

139. To the extent that the allegations in Paragraph 139 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 139 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

140. To the extent that the allegations in Paragraph 140 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 140 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

141. To the extent that the allegations in Paragraph 141 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 141 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

142. To the extent that the allegations in Paragraph 142 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 142 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

143. To the extent that the allegations in Paragraph 143 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 143 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

144. To the extent that the allegations in Paragraph 144 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 144 concern parties other than Mastercard, Mastercard is without knowledge

or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

145. To the extent that the allegations in Paragraph 145 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 145 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

146. To the extent that the allegations in Paragraph 146 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 146 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

147. To the extent that the allegations in Paragraph 147 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 147 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

148. To the extent that the allegations in Paragraph 148 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 148 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

149. To the extent that the allegations in Paragraph 149 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 149 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

150. To the extent that the allegations in Paragraph 150 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 150 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

151. To the extent that the allegations in Paragraph 151 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 151 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

152. To the extent that the allegations in Paragraph 152 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 152 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

153. To the extent that the allegations in Paragraph 153 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 153 concern parties other than Mastercard, Mastercard is without knowledge

or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

154. To the extent that the allegations in Paragraph 154 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 154 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

155. To the extent that the allegations in Paragraph 155 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 155 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

156. To the extent that the allegations in Paragraph 156 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 156 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

157. To the extent that the allegations in Paragraph 157 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 157 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

158. To the extent that the allegations in Paragraph 158 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 158 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

159. To the extent that the allegations in Paragraph 159 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 159 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

160. To the extent that the allegations in Paragraph 160 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 160 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

161. To the extent that the allegations in Paragraph 161 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 161 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

162. To the extent that the allegations in Paragraph 162 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 162 concern parties other than Mastercard, Mastercard is without knowledge

or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

163. To the extent that the allegations in Paragraph 163 of the Complaint concern Mastercard, Mastercard denies them. To the extent that the allegations in Paragraph 163 concern parties other than Mastercard, Mastercard is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

## AFFIRMATIVE OR OTHER DEFENSES

Without assuming any burden of proof it would not otherwise bear, Mastercard asserts the following affirmative or other defenses. Mastercard reserves the right to assert further defenses as the case proceeds.

### FIRST DEFENSE

Plaintiff's claims are barred for failure to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's claims are barred in whole or in part by the applicable statutes of limitation.

### THIRD DEFENSE

Plaintiff's claims are barred in whole or in part by Plaintiff's lack of standing.

### FOURTH DEFENSE

Plaintiff's claims are barred in whole or in part by the doctrine of laches.

### FIFTH DEFENSE

Plaintiff's claims are barred in whole or in part by the doctrine of estoppel.

**SIXTH DEFENSE**

Plaintiff's claims are barred in whole or in part by the doctrine of waiver.

**SEVENTH DEFENSE**

Some or all of Plaintiff's claims are barred because Plaintiff has failed to allege and has not suffered any cognizable antitrust injury.

**EIGHTH DEFENSE**

Plaintiff's claims are barred because Plaintiff has failed to join indispensable parties.

**NINTH DEFENSE**

Any and all of Mastercard's actions challenged by Plaintiff were lawful, necessary, justified, pro-competitive, constituted bona fide business competition, and were carried out in furtherance of Mastercard's legitimate business interests.

**TENTH DEFENSE**

Injuries alleged by Plaintiff were caused in whole or in part by the conduct of third parties for whom Mastercard was not responsible, through forces in the marketplace over which Mastercard had no control, or through acts or omissions on the part of the Plaintiff, including failure to mitigate damages.

**ELEVENTH DEFENSE**

Plaintiff's claims are barred by the decision in *Illinois Brick Co.* v. *Illinois*, 431 U.S. 720 (1977), and related cases.

**TWELFTH DEFENSE**

Plaintiff's claims are barred in whole or in part by the doctrine of res judicata.

**THIRTEENTH DEFENSE**

Plaintiff's claims are barred in whole or in part by the doctrine of collateral estoppel.

**FOURTEENTH DEFENSE**

Plaintiff's claims are barred because of ratification, agreement, acquiescence, or consent to Mastercard's alleged conduct.

**FIFTEENTH DEFENSE**

Plaintiff's claims are barred in whole or in part to the extent that they are subject to mandatory arbitration agreements and may not properly be before this Court.

**SIXTEENTH DEFENSE**

Some or all of Plaintiff's claims are barred by Mastercard's 2006 corporate restructuring and initial public offering, which, *inter alia*, reflected Mastercard's withdrawal from any alleged contract, combination or conspiracy relating to its organizational structure, governance or rule-making.

**SEVENTEENTH DEFENSE**

Plaintiff's claims are barred in whole or in part to the extent that they seek to require Mastercard to act inconsistently with federal and state laws regarding ATM surcharging.

**EIGHTEENTH DEFENSE**

Plaintiff's claims are barred in whole or in part to the extent that Plaintiff seeks damages, restitution or other monetary relief that are duplicative.

**NINETEENTH DEFENSE**

Mastercard incorporates by reference, as if fully set forth herein, all other affirmative and other defenses asserted by other defendants to this action.

* * *

WHEREFORE, Mastercard respectfully requests that the Court dismiss the Complaint with prejudice, with costs and disbursements to Mastercard, and seeks such other legal and equitable relief, including an award of attorneys' fees, as the Court may deem just and proper.

Dated: December 10, 2015

Respectfully submitted,

/s/ Kenneth A. Gallo

Kenneth A. Gallo (D.C. Bar No. 371253)
Justin Anderson (D.C. Bar No. 1030572)
Michelle S. Kallen (D.C. Bar No. 1030497)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel.: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com
janderson@paulweiss.com
mkallen@paulweiss.com

Gary R. Carney (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
gcarney@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*