**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>Defendants. | 1:11-CV-01882-RJL |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please enter the withdrawal of appearance of Andrew C. Finch of Paul, Weiss, Rifkind, Wharton & Garrison LLP as attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mastercard Incorporated and Mastercard International Incorporated in this proceeding.

Dated: New York, New York
April 5, 2017

PAUL, WEISS, RIFKIND, WHARTON & GARRISON

By: /s/ Andrew C. Finch
Andrew C. Finch
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
afinch@paulweiss.com

Mastercard Incorporated &
Mastercard International Incorporated