**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS,<br>Plaintiff,<br>v.<br>VISA INC., et al.,<br>Defendants. | No. 1:11-cv-01882-RJL |

**<u>NOTICE OF APPEARANCE</u>**

The Court will please take notice that Rosemary Szanyi, who is admitted to practice in this Court, hereby enters her appearance in this matter on behalf of Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.

April 17, 2017

Respectfully submitted,

/s/ Rosemary Szanyi
Rosemary Szanyi (D.C. Bar No. 997859)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-6812
Facsimile: (202) 942-5999
rosemary.szanyi@apks.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 17, 2017, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send e-mail notification of that filing to counsel of record.

/s/ Rosemary Szanyi
Rosemary Szanyi (D.C. Bar No. 997859)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-6812
Facsimile: (202) 942-5999
rosemary.szanyi@apks.com