**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS,<br>Plaintiff,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-cv-01882-RJL |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that Douglas G. Thompson Jr. and Michael G. McLellan of the law firm Finkelstein Thompson LLP, counsel for Mary Stoumbos, have changed their address for service and all other communications. The new mailing address and contact information are set forth below:

Douglas G. Thompson Jr.
Michael G. McLellan
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue, NW, Suite 395
Washington, DC 20016
Phone: 202-337-8000
Fax: 1-855-339-1808
mmclellan@finkelsteinthompson.com
dthompson@finkelsteinthompson.com

Dated: October 25, 2017

Respectfully submitted,

/s/ Michael G. McLellan

Michael G. McLellan
Douglas G. Thompson, Jr.
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue, NW, Suite 395
Washington, DC 20016
Phone: 202-337-8000

Fax: 1-855-339-1808
dthompson@finkelsteinthompson.com
mmclellan@finkelsteinthompson.com