**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| ANDREW MACKMIN, *et al.*,<br><br>*Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| MARY STOUMBOS,<br><br>*Plaintiff*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**[PLAINTIFFS' PROPOSED]**
**INITIAL SCHEDULING ORDER**

1. **Case Coordination**. The above-captioned cases are coordinated for case management and discovery purposes.

2. **Deadline for Fact Discovery:** The parties shall substantially complete their initial production of documents no later than 120 days after the entry of a Scheduling

Order. All fact discovery and depositions shall be completed within 260 days after the entry of a Scheduling Order, except for Requests for Admissions, which may be served after the close of fact discovery.

3. **Motions for Class Certification and Class Expert Discovery:** Plaintiffs may serve motions for class certification no later than 180 days after the deadline for defendants' substantial completion of their initial production of documents and data, or 300 days after the entry of a Scheduling Order, whichever is later.

Expert reports or declarations related to motions for class certification shall be served with the motions, at which time the filing plaintiff(s) will promptly make their expert(s) available for deposition. Any oppositions to a motion for class certification shall be jointly filed by the defendants together with any joint or individual expert reports or declarations no later than 60 days after service of the motion, at which time defendants shall make their expert(s) available for deposition. The moving plaintiff(s) shall reply to defendants' opposition, together with any additional expert reports or declarations, no later than 45 days after service of defendants' opposition. Expert depositions related to class certification shall be completed no later than 45 days after the service of the reply of the respective moving plaintiff. Defendants shall have a total of seven hours to depose each plaintiff's expert(s).

4. **Merits Expert Discovery:** Within 30 days of this Court's ruling on any plaintiff's motion for class certification, that plaintiff will meet and confer with Defendants and present either (1) a stipulated schedule governing future pretrial proceedings to this Court or, (2) the parties' respective positions on future pretrial proceedings in this Court.

5. **Summary Judgment Motions:** Deadlines for summary judgment motions should not be set at this time. Instead, within 30 days of this Court's ruling on any plaintiff's motion for class certification, that plaintiff will meet and confer with Defendants and present either (1) a stipulated schedule governing future pretrial proceedings to this Court or, (2) the parties' respective positions on future pretrial proceedings in this Court.[1]

6. **Number of Depositions:** Plaintiffs may schedule up to 6 depositions per Defendant Group[2] without leave of court. Any deposition noticed pursuant to Rule 30(b)(6) shall be counted as one deposition notwithstanding the number of witnesses that are presented. Depositions taken by the ATM Operator Plaintiffs will not be counted towards the Consumer Plaintiffs' total. Plaintiffs' proposal is based on Defendants' representations made to date regarding the size of scope of their ATM businesses and number of personnel involved in that business. Plaintiffs reserve the right to seek additional depositions should Plaintiffs learn additional facts during the course of discovery.

[1] *See, e.g.*, Scheduling Order, Dkt No. 296, *In re Rail Freight Fuel Surcharge Antitrust Litig.*, MDL No. 1869, Misc. No. 07-489 (D.D.C.), ¶¶ 11-12 (reserving ruling on further scheduling "pending the final outcome of the class certification decision").

[2] "Defendant Group" means: (i) Visa Inc., Visa U.S.A. Inc., Visa International Service Association; and Plus System, Inc. ("Visa Defendants"); (ii) MasterCard Incorporated and MasterCard International Incorporated d/b/a MasterCard Worldwide ("MasterCard Defendants"); (iii) Bank of America, National Association; NB Holdings Corporation; and Bank of America Corporation ("BofA Defendants"); (iv) Chase Bank USA, N.A.; JPMorgan Chase & Co.; and JPMorgan Chase Bank, N.A. ("Chase Defendants"); and (v) Wells Fargo & Company and Wells Fargo Bank, N.A. ("Wells Fargo Defendants").

DONE AND ORDERED this ____________ day of __________________, 20___.

________________________________

Richard J. Leon

UNITED STATES DISTRICT JUDGE