**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW MACKMIN, BARBARA INGLIS, AND SAM OSBORN,

Plaintiffs,

v.

VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE; BANK OF AMERICA, NATIONAL ASSOCIATION; NB HOLDINGS CORPORATION; BANK OF AMERICA CORPORATION; CHASE BANK USA, N.A. and JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; and WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.

Defendants.

No. 1:11-cv-01831-RJL

MARY STOUMBOS, on behalf of herself and all others similarly situated,

Plaintiff,

v.

VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,

Defendants.

No. 1:11-cv-01882-RJL

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC.; ATMS OF THE SOUTH, INC.; BUSINESS RESOURCE GROUP, INC.; CABE & CATO, INC.; JUST ATMS, INC.; WASH WATER SOLUTIONS, INC.; ATM BANKCARD SERVICES, INC.; MEINERS DEVELOPMENT COMPANY OF LEE'S SUMMIT, MISSOURI, LLC; MILLS-TEL, CORP. d/b/a FIRST AMERICAN ATM; SELMAN TELECOMMUNICATIONS INVESTMENT GROUP, LLC; SCOT GARDNER d/b/a SJI; TURNKEY ATM SOLUTIONS, LLC; TRINITY HOLDINGS LTD, INC.; T&T COMMUNICATIONS, INC.; and RANDAL N. BRO d/b/a T&B INVESTMENTS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,<br><br>Defendants. | No. 1:11-cv-01803-RJL |

**PROPOSED SCHEDULING ORDER**

1. **Case Coordination**. The above-captioned cases are coordinated for case management and discovery purposes.

2. **Motions for Class Certification**. Plaintiffs in each action shall file any motion for class certification pursuant to Rule 23, along with supporting materials and class expert reports, on the same schedule. The motions should be made as soon as practical but no later than 240 days from the date of this Order. Defendants in each action shall file opposition papers, including opposition expert reports, no later than 90 days after the

service of the class certification motion. Plaintiffs in each action shall file any replies and all supporting materials, including any rebuttal expert reports, no later than 30 days after the service of defendants' opposition papers. The parties shall be free to take any written or deposition discovery reasonably necessary in connection with the class motions. Such discovery shall be completed no later than 30 days after the service of plaintiffs' replies and rebuttal expert reports, if any.

3. **Discovery Deadline**. Fact discovery shall close 335 days after the date of this Order. Notwithstanding this fact discovery deadline, requests for admissions of authentication or admissibility of documents may be served after the close of fact discovery. Parties may schedule up to 25 party depositions per side (for all plaintiffs combined in all three captioned actions and for all defendants combined in all such actions), exclusive of third-party and expert depositions; provided, however, that plaintiffs (collectively) may not notice the deposition of more than 7 fact witnesses from any defendant. (For the purposes of the foregoing proviso, each of the following five corporate families shall count as one defendant: (i) Visa Inc., Visa U.S.A. Inc., Visa International Service Association; and Plus System, Inc.; (ii) MasterCard Incorporated and MasterCard International Incorporated d/b/a MasterCard Worldwide; (iii) Bank of America, National Association; NB Holdings Corporation; and Bank of America Corporation; (iv) Chase Bank USA, N.A.; JPMorgan Chase & Co.; and JPMorgan Chase Bank, N.A.; and (v) Wells Fargo & Company and Wells Fargo Bank, N.A.)

4. **Expert Reports and Depositions**. Plaintiffs may serve expert reports no later than 30 days after the close of fact discovery. Defendants may serve expert reports no later than 60 days after the service of plaintiffs' expert reports. Plaintiffs may serve

rebuttal expert reports no later than 30 days after the service of defendants' expert reports. Expert depositions shall be completed no later than 60 days after the service of rebuttal expert reports.

5. **Summary Judgment Motions**. The parties may file motions pursuant to Rule 56 no later than 30 days after the deadline for completing expert depositions, or (ii) 60 days after this Court's ruling on any plaintiffs' motion for class certification, whichever is later. The parties may file opposition papers no later than 60 days after the service of opening Rule 56 motion papers. The parties may file reply papers no later than 30 days after the service of Rule 56 opposition papers.

6. **Pretrial Conference**. To be scheduled after the Court's resolution of any Rule 56 motion.