**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., VISA U.S.A. INC., VISA<br><br>INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.,; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,<br><br>Defendants. | **No. 1:11-cv-01882-RJL** |

**MOTION FOR ADMISSION OF MERRICK SCOTT RAYLE *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), Movant Michael G. McLellan, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Merrick Scott Rayle *pro hac vice* as counsel for Plaintiff Mary Stoumbos, in the above-captioned matter. As grounds therefor, Movant states:

1. Movant is a member in good standing of the Bar of this Court and licensed to practice in the District of Columbia (D.C. Bar No. 489217).

2. Mr. Rayle is a member in good standing of the Bars of California (CA. Bar No. 139478), Illinois (IL. Reg. No. 2293587), and Indiana (IN. Atty. No. 13248-98).

3. Mr. Rayle is not currently the subject of any disciplinary action by any Bar. He was disciplined in November 2006 by the Illinois Registration & Disciplinary Commission for making personal asset transfers for which he did not receive equivalent value after the entry of two default judgments against him in California in 1998 and 1999, and for improperly liquidating two retirement accounts in connection with an Illinois citation to discover assets in 1999.

4. The Declaration of Merrick Scott Rayle in Support of Motion for Admission *pro hac vice* is being filed herewith in compliance with Local Civil Rule 83.2(d).

WHEREFORE, Movant respectfully requests admission of Merrick Scott Rayle *pro hac vice* as counsel for Mary Stoumbos in this proceeding.

Dated: May 14, 2017

Respectfully submitted,

*/s/ Michael G. McLellan*

Michael McLellan (D.C. Bar No. 489217)
FINKELSTEIN THOMPSON LLP
1077 30th St. Suite 150
Washington, DC, 20007
(202-337-8000
mmclellan@finkelsteinthompson.com