**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., et al,<br><br>Defendants. | **No. 1:11-cv-01882-RJL** |

**DECLARATION OF MERRICK SCOTT RAYLE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Merrick Scott Rayle hereby declares:

1. My full name is Merrick Scott Rayle.

2. I am Of Counsel to the law firm Lovell Stewart Halebian Jacobson LLP. My office address is 61 Broadway, Suite 501, New York, NY. My telephone number is (415)-533-5316.

3. I am a member in good standing of the Bars of California (Cal. Bar No. 139478), Illinois (IL. Regis. No. 2293587), and Indiana (IN. Atty. No. 13248-98).

4. I certify that there are no pending disciplinary proceedings against me before any Bar. I was disciplined in November 2006 by the Illinois Registration & Disciplinary Commission for making personal asset transfers for which I did not receive equivalent value after the entry of two default judgments against me in California in 1998 and 1999, and for improperly liquidating two retirement accounts in connection with an Illinois citation to discover assets in 1999.

5. I have not been admitted *pro hac vice* in this Court within the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not currently a member of the District of Columbia Bar, and I do not have an application for membership pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 14th day of May, 2018, at Fowler, Indiana.

*/s Merrick Scott Rayle*

Merrick Scott Rayle