**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VISA INC., et al,<br><br>Defendants. | Case No. 1:11-cv-01882-RJL |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission of Merrick Scott Rayle *Pro Hac Vice* and the Declaration of Merrick Scott Rayle in support thereof, it is hereby

**ORDERED** that the Motion for Admission of Merrick Scott Rayle *Pro Hac Vice* is **GRANTED**; and it is further

**ORDERED** THAT Merrick Scott Rayle be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED.**

Dated: May __, 2018

_________________________

HON. RICHARD J. LEON
United States Senior District Judge