**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, on behalf of herself and all others similarly situated, 4208 Bardoz Ct., Antioch, CA 94531<br><br>Plaintiff,<br><br>vs.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.<br>595 Market Street<br>San Francisco, CA 94105-2802<br><br>And<br><br>MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a Mastercard Worldwide<br>2000 Purchase Street<br>Purchase, NY 10577<br><br>Defendants. | Case No. 1:11-cv-01882-RJL |

**NOTICE OF APPEARANCE**

Please take notice that, pursuant to LCvR 83.6(a), Merrick Scott Rayle, Of Counsel to the law firm Lovell Stewart Halebian Jacobson LLP, hereby enters an appearance as counsel of record for Mary Stoumbos in the above captioned action.

Dated: June 10, 2018

Respectfully submitted,

/s/ Merrick Scott Rayle
Merrick Scott Rayle (*Pro Hac Vice)*
LOVELL STEWART HALEBIAN JACOBSON LLP
61 Broadway, Suite 501
New York, New York 10006
Tel: (415) 533-5316
Fax: (212) 719-4775
msrayle@sbcglobal.net

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 10, 2018, I caused the foregoing Notice of Appearance to be filed using the Court's CM ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Merrick Scott Rayle