**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, on behalf of herself and all others similarly situated, 4208 Bardoz Ct., Antioch, CA 94531<br><br>Plaintiff,<br><br>vs.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.<br>595 Market Street<br>San Francisco, CA 94105-2802<br><br>And<br><br>MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a Mastercard Worldwide<br>2000 Purchase Street<br>Purchase, NY 10577<br><br>Defendants. | Case No. 1:11-cv-01882-RJL |

**NOTICE OF CHANGE OF EMAIL ADDRESS**

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effective June 25, 2018, Merrick Scott Rayle, Of Counsel to the law firm Lovell Stewart Halebian Jacobson LLP, counsel for Mary Stoumbos in this matter, has changed his email address for service and all other communications. The new email address is set forth in the signature block below.

Dated: June 26, 2018

Respectfully submitted,

/s/ Merrick Scott Rayle
Merrick Scott Rayle (*Pro Hac Vice)*
LOVELL STEWART HALEBIAN JACOBSON LLP
61 Broadway, Suite 501
New York, New York 10006
Tel: (415) 533-5316 Fax: (212) 719-4775
mrayle@lshllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 26, 2018, I caused the foregoing Notice of Change of Email Address to be filed using the Court's CM ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Merrick Scott Rayle