**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,<br><br>Defendants. | No. 1:11-cv-01882-RJL |

# NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of Michelle S. Kallen of Paul, Weiss, Rifkind, Wharton & Garrison LLP as attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mastercard Incorporated and Mastercard International Incorporated in this proceeding.

Dated: Washington, DC
July 9, 2018

PAUL, WEISS, RIFKIND, WHARTON & GARRISON

By: */s/ Michelle S. Kallen*

Michelle S. Kallen
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7466
mkallen@paulweiss.com

Mastercard Incorporated &
Mastercard International Incorporated