**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br>Plaintiffs,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-cv-01803-RJL |
| ANDREW MACKMIN, *et al.*,<br>Plaintiffs,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-cv-01831-RJL |
| MARY STOUMBOS,<br>Plaintiff,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-cv-01882-RJL |

**[PROPOSED] AMENDED SCHEDULING ORDER**

The Court enters this Amended Scheduling Order pursuant to Rule 16 of the Federal Rules of Civil Procedure and LCvR 16.4. This Order supersedes the Scheduling Order dated January 31, 2018, ECF No. 118 (Case No. 11-cv-01803).

1. **Case Coordination**: The above-captioned cases are coordinated for case management and discovery purposes.

2. **Deadline for Fact Discovery**: Fact discovery shall close on July 16, 2019. Notwithstanding this fact discovery deadline, requests for admissions of authentication or admissibility of documents may be served after the close of fact discovery.

3. **Motions for Class Certification and Class Expert Discovery**: Plaintiffs in each action shall file any motion for class certification pursuant to Rule 23, along with supporting materials and class expert reports, on the same schedule. The motions shall be made no later than April 12, 2019. If, by December 31, 2018, plaintiffs believe they have not received necessary data from third parties in response to plaintiffs' subpoenas, then plaintiffs may seek leave of court for additional time to file any motion for class certification. Defendants in each action shall file class certification opposition papers, including opposition expert reports, no later than 90 days after the service of the class certification motion. Because defendants likewise may need additional time to file their opposition papers (and may seek leave of court for the same), the parties shall confer about that issue after any motion for class certification is filed. Plaintiffs in each action shall file any replies and all supporting materials, including any rebuttal expert reports, no later than 30 days after the service of defendants' opposition papers. The parties shall be free to take any written or deposition discovery reasonably necessary in connection with the class motions. Such discovery shall be completed no later than 30 days after the service of plaintiffs' replies and rebuttal expert reports, if any.

4. **Merits Expert Discovery**: Plaintiffs may serve expert reports no later than 30 days after the close of fact discovery. Defendants may serve expert reports no later than 60 days after the service of plaintiffs' expert reports. Plaintiffs may serve rebuttal expert reports no later than 30 days after the service of defendants' expert reports. Expert depositions shall be completed no later than 60 days after the service of rebuttal expert reports.

5. **Summary Judgment Motions**: Deadlines for summary judgment motions shall not be set at this time. Within 30 days of this Court's ruling on any plaintiff's motion for class certification, that plaintiff shall meet and confer with defendants and submit to the Court either (1) a stipulated schedule governing future pretrial proceedings; or (2) the parties' respective positions on future pretrial proceedings in this Court.

6. **Number of Depositions**: Plaintiffs may schedule up to 6 depositions per Defendant Group[1] without leave of court. Any deposition noticed pursuant to Rule 30(b)(6) shall be counted as one deposition notwithstanding the number of witnesses that are presented. Depositions taken by the ATM Operator Plaintiffs will not be counted towards the Consumer Plaintiffs' total. Plaintiffs may seek additional depositions should plaintiffs learn additional facts during the course of discovery. The parties will meet and confer regarding any limits to be imposed on the number of depositions to be taken of plaintiffs.

[1] "Defendant Group" means: (i) Visa Inc., Visa U.S.A. Inc., Visa International Service Association; and Plus System, Inc. ("Visa Defendants"); (ii) Mastercard Incorporated and Mastercard International Incorporated d/b/a Mastercard Worldwide ("Mastercard Defendants"); (iii) Bank of America, National Association; NB Holdings Corporation; and Bank of America Corporation ("BofA Defendants"); (iv) Chase Bank USA, N.A.; JPMorgan Chase & Co.; and JPMorgan Chase Bank, N.A. ("Chase Defendants"); and (v) Wells Fargo & Company and Wells Fargo Bank, N.A. ("Wells Fargo Defendants").

7. **Modification of Scheduling Order**: Any party may seek modification of this Order for good cause. The Court maintains the right to modify this schedule as is necessary to address the issues presented in this case and accommodate its obligation to resolve other time-sensitive legal matters on its docket.

**SO ORDERED.**

____________________________________
Richard J. Leon
UNITED STATES DISTRICT JUDGE

Dated:_________________________