**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiff*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| ANDREW MACKMIN, *et al.*,<br><br>*Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| MARY STOUMBOS,<br><br>*Plaintiff*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

# **JOINT STATUS REPORT**

## I. STATUS OF PRODUCTIONS

### **ATM Operator Plaintiffs' Position**

The ATM Operator plaintiffs are in receipt of data produced by defendant Mastercard and several other sources. The data Mastercard has produced are not sufficient for the purposes

of this litigation and does not reside in the other sources. However, the parties continue to cooperate regarding additional production from Mastercard.

The ATM Operator plaintiffs have subpoenaed documents and data from Citizens Bank, MetaBank, Prosperity Bank and Pueblo Bank, which are the banks that sponsor the class of ATM Operators to conduct financial transactions with the network defendants. Some of those third-parties have produced some materials, but the greater share of the subpoenaed production remains outstanding.

With respect to third-party production that was also subpoenaed by the ATM Operator plaintiffs, the ATM Operators adopt the position of the Consumer Plaintiffs as set forth below.

**Consumer Plaintiffs' Position**

Plaintiffs have subpoenaed 25 third parties for data and other materials. As of the last status conference, Plaintiffs had received data productions from 13 of these third parties and had two motions to compel pending—the first against NYCE (*Mackmin v. NYCE*, 18-cv-11517 (D.N.J.) (Waldor, M.J.)) and a second against AFFN and FIS (*Mackmin v. Visa*, 18-mc-00057 (M.D. Fla.) (Sansone, M.J.)). As of the date of this report, Plaintiffs have received a data production from one additional third party (Allpoint), but do not yet know whether that production is complete. On November 16, 2018, the Court presiding over the motion to compel NYCE indicated its intent to transfer the motion to this Court. Absent objection from NYCE, that transfer should occur shortly. The parties are currently working through issues discussed during the September 27, 2018 oral argument as to the motions filed against AFFN and FIS. Finally, on October 15, 2018, Plaintiffs filed a motion to compel against First Data Card Solutions, Inc. (*Mackmin v. Visa*, 18-cv-5067 (N.D. Ga.) (Brown, J.)). The parties are attempting to resolve their dispute without further court intervention.

Party data productions also are not complete. In particular, while it represented that it would complete its data production by mid-October, Wells Fargo has yet to do so. In addition, Chase has not responded to multiple requests regarding its backend billing data, although it has recently committed to provide Plaintiffs a proposal for the production of that data by November 30. Finally, after representing in August that its document production was substantially complete, on November 16 MasterCard produced a number of documents from its privilege log, custodial documents and centrally collected documents. Plaintiffs are currently reviewing that production and will advise the Court promptly if there are issues to raise arising from it.

Plaintiffs plan to file a status report on December 21, 2018 to advise the Court of the status of third-party data productions, and whether Plaintiffs believe they will require an extension of the April 12, 2019 class certification deadline. *See* Case No. 11-cv-1831, Dkt. No. 148 ¶ 3 ("If, by December 31, 2018, plaintiffs believe they have not received necessary data from third parties in response to plaintiffs' subpoenas, then plaintiffs may seek leave of court for additional time to file any motion for class certification.").

**Defendants' Position**

Defendants believe there are no issues that require the Court's attention at this time.

The ATM Operator plaintiffs' data production remains incomplete. Plaintiffs have made progress toward identifying and producing responsive data for several of the proposed class representatives, but several others remain unaddressed. Defendants are hopeful that this issue can be resolved between the parties without court intervention.

Mastercard produced billing and transaction data in July 2018 based on parameters all parties, including the ATM Operator plaintiffs, agreed upon in advance. In the parties' September 24, 2018 Joint Status Report and at the September 28, 2018 court conference, the ATM Operator plaintiffs stated that they intended to request additional billing data from

Mastercard. They have not made any such request. Mastercard will consider in good faith any request for additional billing data the ATM Operator plaintiffs present in a timely manner. As for Mastercard's production of documents on November 16, that production accounts for approximately 3% of the volume of documents Mastercard has produced in this matter.

Wells Fargo has produced anonymized data concerning more than one billion foreign ATM transactions and aggregated data concerning the interchange fees it receives for foreign ATM transactions conducted at its ATMs. What remains to be produced is aggregated data concerning the interchange fees that Wells Fargo incurs when its cardholders conduct foreign ATM transactions at non-Wells ATMs. Wells Fargo continues to work diligently to produce this data and expects to do in the near future. But, Wells Fargo has not guaranteed to Plaintiffs that it would do so by a specific date, because collecting this data has required research into how these fees were classified over a ten-year period at both Wells Fargo and its predecessor entities, time-consuming data extraction from archive systems, and careful review of the extracted data.

Dated: November 19, 2018

By: */s/ Steve W. Berman*

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Jennifer Fountain Connolly
(D.C. Bar No. 1019148)
HAGENS BERMAN SOBOL SHAPIRO LLP
1701 Pennsylvania Ave. NW, Suite 200
Washington, D.C. 20006
Telephone: (202) 248-5403
jenniferc@hbsslaw.com

Stephen R. Neuwirth (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
Viola Trebicka (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Craig L. Briskin
(D.C. Bar No. 980841)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Cbriskin@findjustice.com

*Interim Co-Lead Counsel for Direct Purchaser Consumer Plaintiffs*

Dated: November 19, 2018

By: */s/ Douglas G. Thompson*

Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
Michael G. McLellan (D.C. Bar # 489217)
mmclellan@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue NW, Suite 395
Washington, D.C. 20016
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher Lovell
clovell@lshllp.com
Gary S. Jacobson
gsjacobson@lshllp.com
Merrick Scott Rayle
mrayle@lshllp.com
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

*Interim Class Counsel for the Independent ATM Consumers*

Dated: November 19, 2018

By: _/s/ Jonathan L. Rubin_______________

Jonathan L. Rubin (D.C. Bar No. 353391)
MOGINRUBIN LLP
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Daniel J. Mogin (*pro hac vice*)
Jodie M. Williams (*pro hac vice*)
Jennifer M. Oliver (*pro hac vice*)
MOGINRUBIN LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginrubin.com
jwilliams@moginrubin.com
joliver@moginrubin.com

*Counsel for Plaintiffs the National ATM Council, Inc.; ATMs of the South, Inc.; Business Resource Group, Inc.; Just ATMs USA, Inc.; Wash Water Solutions, Inc.; ATM Bankcard Services, Inc.; Selman Telecommunications Investment Group, LLC; Scot Garner d/b/a SJI; Turnkey ATM Solutions, LLC; Trinity Holdings Ltd, Inc.; and T&T Communications, Inc. and Randal N. Bro d/b/a T & B Investments*

Dated: November 19, 2018

By: */s/ Mark R. Merley* ____________________
Mark R. Merley (D.C. Bar No. 375866)
Matthew A. Eisenstein (D.C. Bar No. 476577)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Fax: (202) 942-5999
mark.merley@arnoldporter.com
matt.eisenstein@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

Dated: November 19, 2018

By: */s/ Kenneth A. Gallo*____________________
Kenneth A. Gallo (D.C. Bar No. 371253)
Justin Anderson (D.C. Bar No. 1030572)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com

Gary R. Carney (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
gcarney@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

Dated: November 19, 2018

By: */s/ Michael B. Miller*___________________
Michael B. Miller (D.C. Bar No. NY0140)
Mark P. Ladner (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Tel.: (212) 468-8000
Fax: (212) 468-7900
mladner@mofo.com
mbmiller@mofo.com

*Counsel for Defendants Bank of America, National Association; NB Holdings Corporation; and Bank of America Corporation*

Dated: November 19, 2018

By: */s/ Peter E. Greene*___________________
Peter E. Greene (D.C. Bar No. 305607)
Boris Bershteyn (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Tel.: (212) 735-3620
Fax: (917) 777-3620
peter.greene@skadden.com

*Counsel for Defendants Chase Bank USA, N.A.; JPMorgan Chase & Co.; and JPMorgan Chase Bank, N.A.*

Dated: November 19, 2018

By: */s/ William F. Cavanaugh, Jr.*
William F. Cavanaugh, Jr. (*pro hac vice*)
Daniel S. Ruzumna (D.C. Bar No. 450040)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel.: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pwbt.com
druzumna@pbwt.com

*Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*