SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

DIRECT DIAL
(212) 735-2427
EMAIL ADDRESS
VINNIE.CHIAPPINI@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

December 21, 2018

**<u>VIA E-MAIL</u>**
Ben Harrington
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
benh@hbsslaw.com

RE: *Mackmin, et al. v. Visa Inc., et al.*, No. 1:11-cv-01831 (D.D.C.)

Dear Ben:

We write in response to the three points raised in your December 13 letter.

First, so that there is no confusion, Chase has not refused to answer data-related questions. Chase has simply made clear our position that inquiries about the meaning of documents or the uses (if any) to which Chase puts any particular data should be conducted through discovery authorized in the Federal Rules of Civil Procedure, and, because Chase did not create the network billing records about which plaintiffs have inquired, that questions about the creation and meaning of those records may also be more appropriately directed to the parties that created them.

Second, Chase can confirm that it intends to produce (a) the corrected JPMC006 data; (b) foreign ATM fee transactional data from October 2007 through December 2017; (c) surcharge refund transactional data from October 2007 through December 2017; and (d) the backend billing data described in Chase's November 30 letter; to wit, (i) Cirrus monthly backend billing data reports from October 2007 through January 2015; (ii) NYCE monthly backend billing data reports created between October 2007 and December 2015; (iii) Star daily backend

billing data reports created since October 2007 which contain month-end totals; and (iv) Pulse backend billing data reports created since October 2007.

Chase can confirm that, on or before December 31, 2018, it will produce monthly aggregate transaction totals for foreign ATM fees and surcharge refunds from October 2007 to December 2017. The remaining data cannot be produced by year's end. As we have explained in prior correspondence, producing the remaining data will require Chase to, among other things, manually extract data and individual reports that are not pulled in the ordinary course of business, search for and load archived data, remove personal identifying information that is intermingled with the data, and search an off-site storage facility for hard copy documents. Chase reserves all rights with respect to these productions, including the right to revisit this agreement to produce data in the event that Chase's collection processes reveal a more significant burden than we anticipated on the basis of currently available information in connection with collecting and producing certain data or data for certain time periods. Similarly, should the cost of collecting any of these materials become unreasonably burdensome, we will contact you to discuss cost-sharing options. That said, Chase intends to produce the data on a rolling basis, and currently estimates that it will be able to substantially complete production of the data by the end of February 2019, with the exception of the JPMC006 data field, which we expect will be remediated by early April.

Lastly, Chase confirms that it does not maintain any other database, beyond the billing spreadsheets that Chase has already produced and the backend billing data reports that Chase has agreed to produce, that separately reflect gross ATM interchange or network fee data for Chase ATMs.

Kind regards,

*/s/ Vinnie Chiappini*

Vinnie Chiappini