# A **Guide** to the **ATM** and **Debit Card** Industry

## 2006 Update

Fumiko Hayashi, Richard J. Sullivan, and Stuart E. Weiner

FEDERAL RESERVE BANK OF KANSAS CITY

# A **Guide** to the **ATM** and **Debit Card** Industry

2006 Update

*Fumiko Hayashi, Richard J. Sullivan, and Stuart E. Weiner*

Payments System Research Department
**FEDERAL RESERVE BANK OF KANSAS CITY**
Kansas City, Missouri, USA

Copyright © 2006 Federal Reserve Bank of Kansas City
All rights reserved. Printed in the United States of America.

No part of this publication may be reproduced in any form or by any means without the prior written permission of the authors, nor be otherwise circulated in any form of binding or cover other than that in which it is published.

ISBN: 0-9744809-3-2

Payments System Research

Federal Reserve Bank of Kansas City

925 Grand Blvd.

Kansas City, MO 64198, USA

This book can be obtained in electronic form from the Federal Reserve Bank of Kansas City's Web site, located at *http://KansasCityFed.org*. The views expressed in this book are those of the authors and do not necessarily reflect those of the Federal Reserve Bank of Kansas City or the Federal Reserve System.

# Contents

1. **Introduction** ..... 1

2. **The ATM and Debit Card Industry: An Essay**
   Developments in the ATM market ..... 3
      *Industry recap* ..... 3
      *Discussion* ..... 6
   Developments in the debit card market ..... 9
      *Industry recap* ..... 9
      *Discussion* ..... 14
   A look ahead ..... 20
      *Recap* ..... 20
      *Data security and fraud* ..... 20
      *The future* ..... 22
      *Policy considerations* ..... 25

3. **The ATM and Debit Card Industry: Statistical Update**
   Charts ..... 28
   Tables ..... 40
   Appendix charts ..... 48

**Endnotes** ..... 51

**References** ..... 57

# Tables

## **Table 1:** *Top 10 ATM Networks by Number of Transactions*

### A: 2002 ranking

| | *(Monthly transactions)* | | | | | |
|---|---|---|---|---|---|---|
| **ATM Networks** | **1985** | **1990** | **1995** | **2000** | **2001** | **2002** |
| Star | 3,781,051 | 61,586,816 | 146,647,389 | 507,192,813 | 630,000,000 | 785,000,000 |
| NYCE | 6,700,000 | 63,759,707 | 115,097,672 | 255,650,000 | 302,553,000 | 317,680,650 |
| Pulse | 11,053,249 | 32,145,344 | 59,355,448 | 156,912,399 | 187,003,492 | 277,477,478 |
| Plus - Visa | n.a. | 8,400,000 | 15,000,000 | 37,525,000 | 51,195,000 | 58,697,000 |
| Jeanie | n.a. | 1,645,000 | 6,966,218 | 23,198,225 | 21,221,542 | 20,822,293 |
| MoneyMaker | 1,567,000 | 4,415,000 | 8,276,077 | 14,803,376 | 28,014,400 | 29,743,000 |
| Co-op Network | n.a. | 1,645,000 | 6,966,218 | 23,198,225 | 21,221,542 | 20,822,293 |
| Presto | 1,870,481 | 4,388,276 | 6,500,000 | 7,600,000 | 8,000,000 | 9,812,000 |
| Shazam | 4,225,000 | 7,379,056 | 11,132,907 | 9,508,084 | 9,723,167 | 9,437,242 |
| ACCEL/Exchange | 4,700,000 | 18,200,000 | 25,000,000 | 47,000,000 | 7,000,000 | 8,585,500 |

Notes: Networks are ranked by monthly transaction volume in 2002. Transaction volume for individual networks includes in-network, bank on-us, and gateway transaction. Data for Cirrus (MasterCard) are unavailable for years listed in this table. It was in the top 10 in 1990 and 1998, the most recent years for which Cirrus data were reported. It would likely rank in the top 10 in 2002.

n.a. = not available or no data

Source: *EFT Network Data Book* (various years).

### B: 2006 ranking

| | *(Monthly transactions)* | | | | |
|---|---|---|---|---|---|
| **ATM Networks** | **2002** | **2003** | **2004** | **2005** | **2006** |
| Star | 78,148,000 | 88,080,500 | 79,543,800 | 68,729,000 | 66,226,600 |
| Plus - Visa | 48,619,507 | 34,018,000 | 38,264,000 | 43,000,000 | 58,000,000 |
| NYCE | 30,025,000 | 35,871,000 | 36,005,500 | 38,508,600 | 36,890,000 |
| Co-op Network | 29,107,486 | 29,085,740 | 31,315,569 | 32,806,446 | 33,915,374 |
| Pulse | 22,057,866 | 23,427,150 | 26,096,729 | 26,596,000 | 27,100,000 |
| Jeanie | 13,158,000 | 14,405,000 | 21,276,275 | 20,638,000 | 20,844,380 |
| AFFN | 5,200,000 | 10,000,000 | 11,000,000 | 6,000,000 | 6,400,000 |
| ACCEL/Exchange | 3,103,000 | 1,978,000 | 3,561,000 | 4,435,000 | 4,596,000 |
| Networks | 3,700,000 | 4,000,000 | 4,120,000 | 4,326,000 | 4,300,000 |
| Shazam | 8,125,082 | 9,036,594 | 9,462,904 | 3,576,379 | 3,554,295 |

Notes: Networks are ranked by monthly in-network transaction volume in 2006.

Data for Cirrus (MasterCard) are unavailable for years listed in this table. It would likely rank in the top 10 in 2006.

Source: *EFT Network Data Book* (various years).