PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K STREET, NW WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A
BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

JUSTIN ANDERSON

TELEPHONE (202) 223-7321
FACSIMILE (202) 204-7393

E-MAIL: janderson@paulweiss.com

January 2, 2019

**BY ECF**

The Honorable Richard J. Leon
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re: *Mackmin* v. *Visa Inc.*, Case No. 1:11-cv-1831 (D.D.C.); *Stoumbos* v. *Visa Inc.*, Case No. 1:11-cv-1882 (D.D.C.)

Dear Judge Leon:

We write to confirm that Mastercard does not oppose Consumer Plaintiffs' December 31, 2018 motion to extend the class certification deadline to June 28, 2019. As Consumer Plaintiffs indicated in their motion, the holidays prevented Mastercard from providing its position on plaintiffs' motion in time for it to be reported to the Court in plaintiffs' moving papers. Mastercard now adopts the same position as Visa and the Bank Defendants and does not oppose plaintiffs' motion. As with the other defendants, Mastercard's non-opposition is conditioned on (a) extending all case deadlines by a commensurate amount of time, (b) fixing the same class certification and case deadlines for all plaintiff groups, and (c) plaintiffs' willingness to discuss a further extension of the case schedule after plaintiffs' class certification motions are filed. The Consumer Plaintiffs have stated that they have no objection to these conditions.

Respectfully,

Justin Anderson

cc: All counsel of record (by ECF)