**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW MACKMIN, *et al.*,<br><br>*Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| MARY STOUMBOS,<br><br>*Plaintiff*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**MASTERCARD'S RESPONSE TO CONSUMER PLAINTIFFS' MOTION TO EXTEND CLASS CERTIFICATION DEADLINE**

Mastercard does not oppose Consumer Plaintiffs' December 31, 2018 motion to extend the class certification deadline to June 28, 2019. As Consumer Plaintiffs indicated in their motion, the holidays prevented Mastercard from providing its position on plaintiffs' motion in time for it to be reported to the Court in plaintiffs' moving papers. Mastercard now adopts the same position as Visa and the Bank Defendants and does not oppose plaintiffs' motion. As with the other defendants, Mastercard's non-opposition is conditioned on (a) extending all case deadlines by a commensurate amount of time, (b) fixing the same class certification and case deadlines for all plaintiff groups, and (c) plaintiffs' willingness to discuss a further extension of

the case schedule after plaintiffs' class certification motions are filed. The Consumer Plaintiffs have stated that they have no objection to these conditions.

Dated: January 4, 2019

Justin A. Anderson
PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP
2001 K Street NW
Washington, DC 20006
Tel.: (202) 223-7300
Fax: (202) 223-7420
janderson@paulweiss.com

*Counsel for Defendants Mastercard Incorporated, and Mastercard International Incorporated*

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Justin A. Anderson
PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP
2001 K Street NW
Washington, DC 20006
Tel.: (202) 223-7300
Fax: (202) 223-7420
janderson@paulweiss.com

*Counsel for Defendants Mastercard Incorporated, and Mastercard International Incorporated*