**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, On Behalf of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE,<br><br>Defendants. | No. 1:11-cv-01882-RJL |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby enters an appearance as counsel of record for Mastercard Incorporated and Mastercard International Incorporated in the above-captioned action.

Dated: February 5, 2019
Washington, D.C.

Respectfully submitted,

/s/ Mitchell D. Webber

Mitchell D. Webber
D.C. Bar No. 1024005
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel.: (202) 223-7300
Fax: (202) 223-7420
mwebber@paulweiss.com

*Attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 5, 2019, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Mitchell D. Webber
Mitchell D. Webber