**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, on behalf of herself and all others similarly situated, 4208 Bardoz Ct., Antioch, CA 94531<br><br>Plaintiff,<br><br>vs.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.<br>595 Market Street<br>San Francisco, CA 94105-2802<br><br>And<br><br>MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a Mastercard Worldwide<br>2000 Purchase Street<br>Purchase, NY 10577<br><br>Defendants. | Case No. 1:11-cv-01882-RJL |

# NOTICE OF CHANGE OF ADDRESS

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effective February 22, 2019, the address of Merrick Scott Rayle, co- counsel *pro hac vice* for Plaintiff Mary Stoumbos in this matter, has changed for service and all other communications. The new address and contact information are set forth below:

Merrick Scott Rayle
LOVELL STEWART HALEBIAN JACOBSON LLP
500 5th Avenue, Suite 2440
New York, New York 10110
(212) 608-1900
mrayle@lshllp.com

Dated: February 22, 2019

Respectfully submitted,

/s/ Merrick Scott Rayle
Merrick Scott Rayle (*Pro Hac Vice)*
LOVELL STEWART HALEBIAN JACOBSON LLP
500 5th Avenue, Suite 2440
New York, New York 10110
Tel: (415) 533-5316 Fax: (212) 719-4775
mrayle@lshllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 22, 2019, I caused the foregoing Notice of Change of Email Address to be filed using the Court's CM ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Merrick Scott Rayle