**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| ANDREW MACKMIN, *et al.*,<br><br>*Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| MARY STOUMBOS,<br><br>*Plaintiff*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**REQUEST FOR CASE MANAGEMENT CONFERENCE**

Plaintiffs respectfully request that the Court schedule a case management conference to address outstanding discovery issues and the case schedule.

As the Court is aware, the Amended Scheduling Order sets an April 12, 2019 deadline for class certification motions. On December 31, 2018, Consumer Plaintiffs moved without opposition to extend the class certification deadline to June 28, 2019, a motion on which the Court has not yet ruled.[1] *See* Dkt. No. 151 (1:11-cv-1831-RJL). In advance of the February 22, 2019 case management conference, Plaintiffs requested that this deadline be further extended to ensure that critical data and document discovery—from both parties and third-parties—will be completed before class certification motions are due. *See* Dkt. No. 157 (1:11-cv-1831-RJL). The Court indicated at the February 22, 2019 conference that it would extend the class certification deadline to June 28, 2019, while deferring its decision on Plaintiffs' request for a further extension until after the Court ruled on the motions to compel discovery from third parties NYCE Payments Network LLC, Armed Forces Financial Network, and Fidelity National Information Services, Inc. that were transferred to it from sister District Courts. *See* Dkt. No. 1 (19-mc-00002 (D.D.C.)); Dkt. No. 1 (19-mc-00018(D.D.C.)). At that time, Plaintiffs also requested a further conference in late April or early May, so that they could update the Court on discovery and further discuss any issues that arose in the intervening period, including whether they still believed that a further extension to the class certification deadline was necessary.

As Plaintiffs feared, despite their diligence, significant data discovery essential to class certification remains outstanding, including data subject to motions to compel pending in this

[1] The Consumers' motion on December 31 was unopposed by Defendants. However, on January 7, 2019, the ATM Operator plaintiffs filed their Opposition to Setting June 28, 2019 as the Class Certification Motion Deadline on the grounds that "setting a date of June 28, 2019 at this time is premature because key relevant data has not yet been produced to plaintiffs and as a result, they cannot prepare class certification motions." Dkt. 134 (1:11-cv-01803-RJL) at 1.

Court and elsewhere. Defendant Chase produced five additional datasets only yesterday, and Defendants have yet to clarify critical ambiguities in their data productions, despite multiple requests from Plaintiffs. Supplemental document productions are also expected from Defendant Chase. Consistent with this Court's practice, Plaintiffs therefore reiterate their request to convene an informal discovery management conference, and believe it would be appropriate to do so in order to address these outstanding issues and a workable schedule for class certification proceedings. Plaintiffs propose that the conference be scheduled for the week of April 22, 2019, but are ready to appear any time at the Court's convenience.

In the meantime, Plaintiffs also respectfully request that the Court suspend the current class certification deadline of April 12, 2019 until the Court and parties are able to discuss the current state of discovery and the reasonable additional time Plaintiffs need given the currently-uncompleted productions from Defendants and third parties. For the Court's convenience, a Proposed Order suspending the current deadline pending the next informal discovery conference with the court is attached hereto as Exhibit A.

Before making this filing, Plaintiffs consulted with Defendants regarding Plaintiffs' intended requests. Defendants stated that they do not oppose the request for an informal discovery management conference, and similarly do not oppose that the Court reflect on the docket that the class certification deadline has been extended to June 28, 2019 on consent. However, Defendants indicated that they oppose a request to "suspend" any case deadlines (including on class certification).

Dated: April 5, 2019

By: *____/s/ Steve W. Berman____________________*

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3034
benh@hbsslaw.com
bens@hbsslaw.com

Stephen R. Neuwirth (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
Viola Trebicka (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Craig L. Briskin
(D.C. Bar No. 980841)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Cbriskin@findjustice.com

*Interim Co-Lead Counsel for Direct Purchaser Consumer Plaintiffs*

Dated: April 5, 2019

By: *_/s/ Douglas G. Thompson_*

Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
Michael G. McLellan (D.C. Bar # 489217)
mmclellan@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue NW, Suite 395
Washington, D.C. 20016
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher Lovell
clovell@lshllp.com
Gary S. Jacobson
gsjacobson@lshllp.com
Merrick Scott Rayle
mrayle@lshllp.com
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

*Interim Class Counsel for the Independent ATM Consumers*

Dated: April 5, 2019

By: ____*/s/ Jonathan L. Rubin*________________

Jonathan L. Rubin (D.C. Bar No. 353391)
MOGINRUBIN LLP
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Daniel J. Mogin (*pro hac vice*)
Jodie M. Williams (*pro hac vice*)
Jennifer M. Oliver (*pro hac vice*)
MOGINRUBIN LLP
600 W. Broadway, Suite 33000
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginrubin.com
jwilliams@moginrubin.com
joliver@moginrubin.com

*Counsel for Plaintiffs the National ATM Council, Inc.; ATMs of the South, Inc.; Business Resource Group, Inc.; Just ATMs USA, Inc.; Wash Water Solutions, Inc.; ATM Bankcard Services, Inc.; Selman Telecommunications Investment Group, LLC; Scot Gardner d/b/a SJI; Turnkey ATM Solutions, LLC; Trinity Holdings Ltd, Inc.; and T&T Communications, Inc. and Randal N. Bro d/b/a T & B Investments*