**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br>*Plaintiffs*,<br>*v.*<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-Cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| ANDREW MACKMIN, *et al.*,<br>*Plaintiffs*,<br>*v.*<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-Cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| MARY STOUMBOS,<br>*Plaintiff,*<br>*v.*<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-Cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**REQUEST FOR CASE MANAGEMENT CONFERENCE**

Plaintiffs' Request for Case Management Conference came before this court on _____, 2019.

Having considered the request and **GOOD CAUSE** appearing therefore; **IT IS HEREBY ORDERED THAT** Plaintiffs' request is **GRANTED.** Accordingly,

1. One attorney from each of the eight Party groups shall attend the discovery management conference on April ___, 2019 at ___ a.m./p.m.;
2. The current class certification deadline of April 12, 2019 is suspended pending the discovery management conference set for April ___, 2019 at ___ a.m./p.m.

**IT IS SO ORDERED.**

**Dated: _________________, 2019**

_____________________________________
**Hon. Richard J. Leon**
**United States District Judge**