**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY STOUMBOS, on behalf of herself and all others similarly situated, 4208 Bardoz Ct., Antioch, CA 94531<br><br>Plaintiff,<br><br>vs.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.<br>595 Market Street<br>San Francisco, CA 94105-2802<br><br>And<br><br>MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a Mastercard Worldwide<br>2000 Purchase Street<br>Purchase, NY 10577<br><br>Defendants. | Case No. 1:11-cv-01882-RJL |

# NOTICE OF CHANGE OF ADDRESS

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that, effective April 16, 2019, the address of Christopher Lovell, co- counsel *pro hac vice* for Plaintiff Mary Stoumbos, has changed for service and all other communications. The new address and contact information are set forth below:

Christopher Lovell
LOVELL STEWART HALEBIAN JACOBSON LLP
500 5th Avenue, Suite 2440
New York, New York 10110
(212) 608-1900
clovell@lshllp.com

Dated: April 16, 2019

Respectfully submitted,

/s/ Christopher Lovell
Christopher Lovell (*Pro Hac Vice)*
LOVELL STEWART HALEBIAN JACOBSON LLP
500 5th Avenue, Suite 2440
New York, New York 10110
Tel: (212) 608-1900 Fax: (646) 398-8392
clovell@lshllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 16, 2019, I caused the foregoing Notice of Change of Address to be filed using the Court's CM ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Christopher Lovell