UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 12 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MARY STOUMBOS,

Plaintiff,

v.

VISA INC., *et al.*,

Defendants.

No. 1:11-cv-01882-RJL

**STIPULATION AND ORDER AUTHORIZING THE**
**INTERVENTION AND SUBSTITUTION OF CLASS REPRESENTATIVES**

WHEREAS, on February 14, 2017, Plaintiffs' counsel filed the operative Third Amended Class Action Complaint (ECF #63) in the captioned case (the "Action") on behalf of Mary Stoumbos and all others similarly situated and on February 24, 2017, Defendants answered that Complaint (ECF #64, 65); and

WHEREAS, Mary Stoumbos no longer wishes to continue as a class representative and Peter Burke, Kent Harrison, Marin P. Heiskell, and Bryan Byrnes ("Proposed Representatives") wish to substitute as the named plaintiffs and proposed class representatives in this Action; and

WHEREAS, each of the Proposed Representatives has agreed to provide discovery promptly, in a manner coordinated with *Mackmin, et al. v. Visa Inc., et al.* and *National ATM Council, Inc., et al. v. Visa Inc., et al.* and consistent with the scope of discovery discussed by the parties; and

WHEREAS, the parties have stipulated and agreed that, pursuant to Fed. R. Civ. P. 24 and 15(a)(2), Proposed Representatives should be permitted to intervene in this matter and

appear on a Fourth Amended Complaint substituting Proposed Representatives for Ms. Stoumbos as named plaintiffs and proposed class representatives (*see* Attachment A); and

WHEREAS, the Fourth Amended Complaint is substantively identical to the Third Amended Complaint other than the allegations specific to Proposed Representatives; and

WHEREAS, to promote economy and efficiency, the parties have stipulated and agreed that Defendants' Answers to the Third Amended Complaint (ECF #64, 65) shall constitute Defendants' Answers to the Fourth Amended Complaint and the Fourth Amended Complaint shall be deemed answered;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties, through their respective counsel and subject to the Court's approval, that:

1. Proposed Representatives are hereby granted leave to intervene in this Action;
2. Proposed Representatives' Fourth Amended Complaint, attached hereto as Attachment A, will be accepted for filing and docketed as the Fourth Amended Complaint in this Action;
3. The Fourth Amended Complaint is deemed answered by Defendants' Answers (ECF #64, 65) to the Third Amended Complaint;
4. All other rulings and deadlines in this matter remain in effect.

Dated: May 17, 2019

Respectfully submitted,

/s Michael G. McLellan
Michael G. McLellan (D.C. Bar # 489217)
FINKELSTEIN THOMPSON LLP
1077 30th Street, NW, Suite 150
Washington, D.C. 20007
Telephone: (202) 337-8000
mmclellan@finkelsteinthompson.com

Christopher Lovell
clovell@lshllp.com
Gary S. Jacobson
gsjacobson@lshllp.com
Merrick Scott Rayle
mrayle@lshllp.com
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

*Interim Class Counsel for the Independent ATM Consumers*

Dated: May 17, 2019

/s Matthew A. Eisenstein
Mark R. Merley (D.C. Bar No. 375866)
Matthew A. Eisenstein (D.C. Bar No. 476577) ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue, NW Washington, DC 20001-3743
Tel.: (202) 942-5000
Fax: (202) 942-5999
mark.merley@arnoldporter.com
matt.eisenstein@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

Dated: May 17, 2019

/s Justin Anderson
Kenneth A. Gallo (D.C. Bar No. 371253) Justin Anderson (D.C. Bar No. 1030572) PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com
janderson@paulweiss.com

Gary R. Carney (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
gcarney@paulweiss.com

*Counsel for Defendants MasterCard Incorporated and MasterCard International Incorporated*

**SO ORDERED:**

Dated: 6/10/19, 2019

Hon. Richard J. Leon
United States District Judge