**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>*v*.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| ANDREW MACKMIN, *et al.*,<br><br>*Plaintiffs*,<br>*v*.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>*v*.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**REQUEST FOR OCTOBER 2019 INFORMAL DISCOVERY MANAGEMENT CONFERENCE**

Echoing a point raised in Defendants' most recent submission to the Court (*see* Dkt. 164, at 11),[1] Plaintiffs and Defendants respectfully request that the Court schedule an informal discovery management conference in October 2019 to address certain issues related to the class certification motion briefing schedule. These issues have continued to percolate since the parties submitted their competing Proposed Scheduling Orders (Dkt. 164, Exs. A & B; Dkt. 167, Exs. A & B).

The parties believe it will be most efficient for the Court and parties to conduct a conference to resolve these issues in person rather than enter one of the Proposed Orders at this time. More specifically, the parties anticipate that they will need to discuss at least the following issues with the Court: (a) Defendants' deadline for any oppositions to the upcoming motions for class certification, which Defendants have suggested at various points may need to be longer than currently-scheduled; (b) Defendants' deadline to file any *Daubert* motions regarding Plaintiffs' class certification experts, as well as the schedule for briefing on any such motion; (c) Plaintiffs' deadline for any replies to the opposition briefs; and (d) the deadline for merits expert reports and whether to defer it until after a decision on class certification.

In discussions between the parties, it has become clear that there may be disputes on some of these items, even if the Court issues one of the Proposed Scheduling Orders currently before it. Accordingly, the parties believe it will be most efficient and beneficial for the parties to appear before the Court to discuss these in person after Plaintiffs file their opening briefs in support of their respective class certification motions.

As with previous conferences, the parties suggest that they jointly file a status report with

[1] "Defendants further request that the Court schedule another status conference for late September 2019, after Plaintiffs have filed their class certification papers, so that the parties and Court can discuss the case schedule at that time."

open agenda items a week before the scheduled conference date. That structure is reflected in the attached Proposed Order.

Separately, the *Mackmin* and *Burke* Plaintiffs report that they have reached agreement with Defendants regarding expanded page numbers for the class certification briefs and will shortly file stipulations to that effect, requesting that the Court so order limits of 55 pages for the opening brief, 55 pages for the opposition brief, and 35 pages for the reply brief. The Operator Plaintiffs are still discussing that issue with Network Defendants, but have not joined in this agreement because they wish to reserve their rights to seek a larger number of pages for their opening brief, up to 60 pages.

For the foregoing reasons, the parties respectfully request that the Court schedule the requested informal discovery management conference.

Dated: August 30, 2019

By: *__/s/ Steve W. Berman__*
Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3034
benh@hbsslaw.com
bens@hbsslaw.com

Stephen R. Neuwirth (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
Viola Trebicka (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Steve A. Skalet
(D.C. Bar No. 359804)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
sskalet@findjustice.com

*Interim Co-Lead Counsel for Direct Purchaser Consumer Plaintiffs*

Dated: August 30, 2019

By: *__/s/ Michael G. McLellan__________*

Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
Michael G. McLellan (D.C. Bar # 489217)
mmclellan@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue NW, Suite 395
Washington, D.C. 20016
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher Lovell
clovell@lshllp.com
Gary S. Jacobson
gsjacobson@lshllp.com
Merrick Scott Rayle
mrayle@lshllp.com
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

*Interim Class Counsel for the Independent ATM Consumers*

Dated: August 30, 2019

By: */s/ Jonathan L. Rubin*

Jonathan L. Rubin (D.C. Bar No. 353391)
MOGINRUBIN LLP
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Daniel J. Mogin (*pro hac vice*)
Jennifer M. Oliver (*pro hac vice*)
MOGINRUBIN LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginrubin.com
joliver@moginrubin.com

*Counsel for Plaintiffs the National ATM Council, Inc.; ATMs of the South, Inc.; Business Resource Group, Inc.; Just ATMs USA, Inc.; Wash Water Solutions, Inc.; ATM Bankcard Services, Inc.; Selman Telecommunications Investment Group, LLC; Scot Gardner d/b/a SJI; Turnkey ATM Solutions, LLC; Trinity Holdings Ltd, Inc.; and T&T Communications, Inc. and Randal N. Bro d/b/a T & B Investments*

Dated: August 30, 2019

By: */s/ Mark R. Merley*

Mark R. Merley (D.C. Bar No. 375866)
Matthew A. Eisenstein (D.C. Bar No. 476577)
Rosemary Szanyi (D.C. Bar No. 997859)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Fax: (202) 942-5999
mark.merley@arnoldporter.com
matt.eisenstein@arnoldporter.com
rosemary.szanyi@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

Dated: August 30, 2019

By: *___/s/ Kenneth A. Gallo________________*

Kenneth A. Gallo (D.C. Bar No. 371253)
Justin Anderson (D.C. Bar No. 1030572)
Mitchell D. Webber (D.C. Bar No. 1024005)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com

Gary R. Carney (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
gcarney@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

Dated: August 30, 2019

By: *___/s/ Michael B. Miller________________*

Michael B. Miller (D.C. Bar No. NY0140)
Mark P. Ladner (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Tel.: (212) 468-8000
Fax: (212) 468-7900
mladner@mofo.com
mbmiller@mofo.com

*Counsel for Defendants Bank of America, National Association; NB Holdings Corporation; and Bank of America Corporation*

Dated: August 30, 2019

By: *\/s/ Boris Bershteyn*

Boris Bershteyn (*pro hac vice*)
Harry P. Koulos (Bar No. NY0235)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Tel.: (212) 735-3000
Fax: (212) 735-2000
boris.bershteyn@skadden.com
harry.koulos@skadden.com

*Counsel for Defendants Chase Bank USA, N.A.; JPMorgan Chase & Co.; and JPMorgan Chase Bank, N.A.*

Dated: August 30, 2019

By: *\/s/ William F. Cavanaugh, Jr.*

William F. Cavanaugh, Jr. (*pro hac vice*)
Daniel S. Ruzumna (D.C. Bar No. 450040)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel.: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pwbt.com
druzumna@pbwt.com

*Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*