**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br>Plaintiffs,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-Cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| ANDREW MACKMIN, *et al.*,<br>Plaintiffs,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-Cv-01831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br>Plaintiff,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-Cv-01882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**[PROPOSED] ORDER GRANTING REQUEST FOR OCTOBER 2019**
**INFORMAL DISCOVERY MANAGEMENT CONFERENCE**

The Parties Request For October 2019 Informal Discovery Management Conference came before this court on ______, 2019.

Having considered the request and **GOOD CAUSE** appearing therefore; **IT IS HEREBY ORDERED THAT** the Parties request is **GRANTED.** Accordingly,

1. One attorney from each of the eight Party groups shall attend the discovery management conference on October ____, 2019 at ___ a.m./p.m.;

2. The Parties shall file an updated joint status report seven (7) days before the discovery management conference.

**IT IS SO ORDERED.**

Dated: __________________, 2019

____________________________________
Hon. Richard J. Leon
United States District Judge