**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiff*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| ANDREW MACKMIN, *et al.*,<br><br>*Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE,<br><br>*Plaintiff*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**JOINT STATUS REPORT**

## I. DEADLINE FOR *DAUBERT* MOTIONS RELATED TO EXPERTS OFFERED IN SUPPORT OF MOTIONS FOR CLASS CERTIFICATION

Plaintiffs asked whether Defendants would agree to file any *Daubert* motions regarding expert testimony related to class certification by the date that Defendants file their briefs in opposition to class certification. Defendants initially did not commit to that deadline, since Plaintiffs' expert(s) will have an opportunity to submit reply report(s) following this deadline.

After further consideration, however, Defendants agree to Plaintiffs' proposal. Defendants will serve any *Daubert* motions regarding class certification expert opinions on or before the date of Defendants' briefs in opposition to class certification. Defendants make this agreement based on the understanding that the Plaintiffs' expert rebuttal report(s) will not include new opinions or methodologies. In the event that Plaintiffs' expert rebuttal report(s) include new opinions or methodologies or other significant changes that would impact the relevant *Daubert* analysis, Defendants reserve their right to depose Plaintiffs' expert(s) a second time regarding, at a minimum, the new opinions or methodologies, and, if necessary, to seek leave to file a supplemental *Daubert* motion.

In return, Plaintiffs reserve all rights available to them under Rule 26 and the case law applying that rule as it relates to reply reports, and note they do not agree, via this joint report, to limit their rights under Rule 26 in any way.

## II. DEADLINE FOR OPPOSITIONS AND REPLIES IN SUPPORT OF MOTIONS FOR CLASS CERTIFICATION

As the parties noted in their Joint Request for October 2019 Informal Discovery Management Conference, they anticipate that each side may seek additional time for class certification opposition and/or reply papers. As the amount of additional time Defendants may seek will depend on the contents of the motions for class certification in the three cases, which Defendants have not seen as of the date of this status report, Defendants will confer with

Plaintiffs about this issue in advance of the upcoming conference and will be prepared to make a proposal at the conference.

Given discussions with Defendants to date—including regarding *Daubert* motions, as referenced in the preceding section—Plaintiffs similarly believe they may need additional time for their reply briefs and expert reply reports. Plaintiffs cannot yet know how much extra time they may need, however, because that will depend, in part, on what Defendants request in connection with their opposition briefs. Plaintiffs will be prepared to discuss this issue at the conference.

## III. DEADLINE FOR MERITS EXPERT REPORTS

The parties also request that the Court consider a modification of the Amended Scheduling Order to tie the deadlines for merits expert reports to the Court's decision on the pending class certification motions. The parties believe it would be efficient and in the interest of all parties to wait for class certification rulings before serving merits expert reports, since the Court's rulings on class certification and any related *Daubert* challenges could substantially focus or entirely remove issues for merits experts to address.

Under the current schedule, Plaintiffs' merits expert reports are due shortly after the completion of class certification briefing, with Defendants' merits expert reports due 60 days later. The parties respectfully propose that the first sentence of Paragraph 4 of the Amended Scheduling Order be modified to read: "Plaintiffs may serve expert reports no later than 60 days after the Court's ruling on plaintiffs' class certification motions."

Dated: September 18, 2019

By: */s/ Steve W. Berman*

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3034
benh@hbsslaw.com
bens@hbsslaw.com

Stephen R. Neuwirth (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
Viola Trebicka (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Steve A. Skalet
(D.C. Bar No. 359804)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Cbriskin@findjustice.com

*Interim Co-Lead Counsel for Direct Purchaser Consumer Plaintiffs*

Dated: September 18, 2019

By: */s/ Michael G. McLellan*

Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
Michael G. McLellan (D.C. Bar # 489217)
mmclellan@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue NW, Suite 395
Washington, D.C. 20016
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher Lovell
clovell@lshllp.com
Gary S. Jacobson
gsjacobson@lshllp.com
Merrick Scott Rayle
mrayle@lshllp.com
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

*Interim Class Counsel for the Independent ATM Consumers*

Dated: September 18, 2019

By: *__/s/ Jonathan L. Rubin__*
Jonathan L. Rubin (D.C. Bar No. 353391)
MOGINRUBIN LLP
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Daniel J. Mogin (*pro hac vice*)
Jennifer M. Oliver (*pro hac vice*)
MOGINRUBIN LLP
607 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginrubin.com
joliver@moginrubin.com

*Counsel for Plaintiffs the National ATM Council, Inc.; ATMs of the South, Inc.; Business Resource Group, Inc.; Just ATMs USA, Inc.; Wash Water Solutions, Inc.; ATM Bankcard Services, Inc.; Selman Telecommunications Investment Group, LLC; Scot Garner d/b/a SJI; Turnkey ATM Solutions, LLC; Trinity Holdings Ltd, Inc.; and T&T Communications, Inc. and Randal N. Bro d/b/a T & B Investments*

Dated: September 18, 2019

By: *__/s/ Mark R. Merley_______________*

Mark R. Merley (D.C. Bar No. 375866)
Matthew A. Eisenstein (D.C. Bar No. 476577)
Rosemary Szanyi (D.C. Bar No. 997859)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Fax: (202) 942-5999
mark.merley@arnoldporter.com
matt.eisenstein@arnoldporter.com
rosemary.szanyi@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

Dated: September 18, 2019

By: *__/s/ Kenneth A. Gallo__*
Kenneth A. Gallo (D.C. Bar No. 371253)
Justin Anderson (D.C. Bar No. 1030572)
Donna Ioffredo (D.C. Bar No. 974427)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com

Gary R. Carney (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
gcarney@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

Dated: September 18, 2019

By: *__/s/ Michael B. Miller__*
Michael B. Miller (D.C. Bar No. NY0140)
Mark P. Ladner (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Tel.: (212) 468-8000
Fax: (212) 468-7900
mladner@mofo.com
mbmiller@mofo.com

*Counsel for Defendants Bank of America, National Association; NB Holdings Corporation; and Bank of America Corporation*

Dated: September 18, 2019

By: *__/s/ Boris Bershteyn_____________*

Boris Bershteyn (*pro hac vice*)
Harry P. Koulos (Bar No. NY0235)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Tel.: (212) 735-3000
Fax: (212) 735-2000
boris.bershteyn@skadden.com
harry.koulos@skadden.com

*Counsel for Defendants Chase Bank USA, N.A.; JPMorgan Chase & Co.; and JPMorgan Chase Bank, N.A.*

Dated: September 18, 2019

By: *__/s/ William F. Cavanaugh, Jr.______*

William F. Cavanaugh, Jr. (*pro hac vice*)
Daniel S. Ruzumna (D.C. Bar No. 450040)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel.: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pwbt.com
druzumna@pbwt.com

*Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*