**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PETER BURKE, *et al.*,

Plaintiff,

v.

VISA INC., *et al.*,

Defendants.

No. 1:11-cv-01882-RJL

**MOTION FOR ADMISSION OF CRAIG ESSENMACHER *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), Movant Michael G. McLellan, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Craig Essenmacher *pro hac vice* as counsel for Plaintiffs in the above-captioned matter.

As grounds, therefore, Movant states:

1. Movant is a member in good standing of the Bar of this Court and licensed to practice in the District of Columbia (D.C. Bar No. 489217).

2. Mr. Essenmacher is a member in good standing of the Bars of the State of Michigan and the Eastern District of Michigan.

3. Mr. Essenmacher is not currently and has never previously been the subject of any disciplinary action by any bar.

4. The Declaration of Craig Essenmacher in Support of Motion for Admission *Pro Hac Vice* is being filed herewith in compliance with Local Civil Rule 83.2(d).

WHEREFORE, Movant requests admission of Craig Essenmacher *pro hac vice* as counsel for Plaintiffs in this proceeding.

Dated: October 8, 2019

Respectfully submitted,

/s Michael G. McLellan
Michael G. McLellan (D.C. Bar # 489217)
Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
1077 30th Street, NW, Suite 150
Washington, D.C. 20007
Telephone: (202) 337-8000
mmclellan@finkelsteinthompson.com