**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>Defendants. | No. 1:11-cv-01882-RJL |

**DECLARATION OF CRAIG ESSENMACHER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Craig Essenmacher, hereby declare under pain and penalty of perjury that:

1. My full name is Craig Essenmacher.

2. I am a partner of the law firm Lovell Stewart Halebian Jacobsen LLP. My office address is 500 Fifth Avenue, STE 2440 New York, NY 10110 and my office telephone number is (212)-608-1900.

3. I am a member in good standing of the Bars of the State of Michigan and the Eastern District of Michigan.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and that I have not been disciplined by any bar in the past.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law firm from an office located in the District of Columbia.

7. I am not currently a member of the District of Columbia Bar, and I do not have an application for membership pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 8th day of October 2019, in Westland, Michigan.

/s *Craig Essenmacher*
Craig Essenmacher