**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br>Plaintiff,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-cv-01882-RJL |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission of Craig Essenmacher *Pro Hac Vice* and the Declaration of Craig Essenmacher in support thereof, it is hereby:

**ORDERED** that the Motion for Admission of Craig Essenmacher *Pro Hac Vice* is **GRANTED**; and it is further

**ORDERED** that Craig Essenmacher be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED.**

HON. RICHARD J. LEON
United States District Judge