**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br>Plaintiffs,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-cv-01882-RJL |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby enters an appearance as counsel of record for MasterCard Incorporated and MasterCard International Incorporated in the above-captioned action.

Dated: October 22, 2019
Washington, D.C.

Respectfully submitted,

/s/ Melissa R. Alpert
Melissa R. Alpert
D.C. Bar No. 241751
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel.: (202) 223-7476
Fax: (202) 204-7389
malpert@paulweiss.com

*Attorney for Defendants MasterCard Incorporated and MasterCard International Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 22, 2019, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Melissa R. Alpert
Melissa R. Alpert