**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br>Plaintiff,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-cv-01882-RJL |

# NOTICE OF APPEARANCE

Please take notice that, Craig M. Essenmacher, of the law firm Lovell Stewart Halebian Jacobson L.L.P. hereby enters an appearance as counsel of record for Peter Burke in the above-captioned action.

Dated: October 25, 2019

Respectfully submitted,

/s Craig M. Essenmacher

Craig M. Essenmacher (*Pro Hac Vice*)
**LOVELL STEWART HALEBIAN JACOBSON LLP**
500 Fifth Avenue, Suite 2440
New York, NY 10110
Telephone: (212) 608-1900
cessenmacher@lshllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 25, 2019, I caused the foregoing Notice of Appearance to be filed using the Court's CM ECF system, which will send electronic notification of such filing to all counsel of record.

/s/Craig M. Essenmacher