**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PETER BURKE, *et al.*,

Plaintiffs,

v.

VISA INC., *et al.*,

Defendants.

No. 1:11-cv-01882-RJL

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby enters an appearance as counsel of record for Mastercard Incorporated and Mastercard International Incorporated in the above-captioned action.

Dated: October 29, 2019
Washington, D.C.

Respectfully submitted,

/s/ Jessica Anne Morton
Jessica Anne Morton
D.C. Bar No. 1032316
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel.: (202) 223-7300
Fax: (202) 223-7420
jmorton@paulweiss.com

*Attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 29, 2019, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Jessica Anne Morton
Jessica Anne Morton