**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>Defendants. | No. 1:11-cv-01882-RJL |

**NOTICE OF APPEARANCE**

The Court will please take notice that Cindy Hong, who is admitted to practice in this Court, hereby enters her appearance in this matter on behalf of Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.

December 4, 2019

Respectfully submitted,

/s/ Cindy Hong
Cindy Hong (D.C. Bar No. 1601547)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5612
Facsimile: (202) 942-5999
cindy.hong@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 4, 2019, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send e-mail notification of that filing to counsel of record.

/s/ Cindy Hong
Cindy Hong (D.C. Bar No. 1601547)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5612
Facsimile: (202) 942-5999
cindy.hong@arnoldporter.com