**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1882 (RJL) |

**NOTICE OF APPEARANCE**

The Court will please take notice that Dylan Young, who is admitted to practice in this Court, hereby enters his appearance in this matter on behalf of Defendants Visa, Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.

December 6, 2019

/s/ Dylan Young

Dylan Young (D.C. Bar No. 1027154)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 942-6740
dylan.young@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 6, 2019, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send e-mail notification of that filing to counsel of record.

/s/ Dylan Young_________________________

Dylan Young (D.C. Bar No. 1027154)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 942-6740
dylan.young@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*