**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01803-RJL |
| LYNNE BARTRON, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01831-RJL |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01882-RJL |

**DEFENDANTS' EXPEDITED MOTION TO FILE A**
**CONSOLIDATED BRIEF OPPOSING CLASS CERTIFICATION**

Defendants Mastercard and Visa respectfully request permission to file a single, consolidated brief opposing the three class certification motions filed on September 20, 2019. In light of the overlapping subject matter and to facilitate efficiency, Defendants seek to file a single brief addressing the arguments in all three cases, not to exceed 90 pages. Under the

scheduling order, Defendants are permitted to file three opposition briefs of 55 pages each, for a total of 165 pages.

On September 3, 2019, Plaintiffs requested permission from the Court to file briefs not to exceed 55 pages in support of their respective motions for class certification. Defendants did not oppose that request, which the Court subsequently granted.[1]

On September 20, 2019, Plaintiffs filed three separate briefs totaling 161 pages. Those briefs contain significant overlap in the relevant facts, applicable legal standard, theory of injury, and causation. Thereafter, the three Bank Defendants in *Mackmin* – Chase, Bank of America, and Wells Fargo – reached an agreement in principle to settle with the *Mackmin* Plaintiffs, and therefore will not be filing an opposition brief with Visa and Mastercard in the *Mackmin* case.

On February 7, 2020, Visa and Mastercard sought Plaintiffs' consent to allow Defendants to file a consolidated opposition brief. Plaintiffs informed Defendants on February 10 that they oppose the request.

Defendants submit that filing a consolidated brief will avoid redundancy, streamline briefing, and conserve judicial resources, without causing any prejudice or undue burden to Plaintiffs. Defendants also would not oppose Plaintiffs filing a consolidated reply brief if they choose to do so. In light of the upcoming February 18 deadline to oppose class certification, Defendants request expedited treatment of this motion, and are available for a telephonic conference, if helpful to the Court.

**CONCLUSION**

For the reasons set forth above, Defendants respectfully request that the Court grant their expedited motion to file a consolidated brief.

---

[1] *See* Stipulation and Order Regarding Motion for Class Certification Briefing Page Limits, No. 11-cv-01831-RJL, ECF No. 173 at 2 (Sep. 11, 2019).

Date: February 11, 2020
Washington, DC

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: *<u>/s/ Justin Anderson</u>*

Kenneth A. Gallo (D.C. Bar No. 371253)
kgallo@paulweiss.com
Justin Anderson (D.C. Bar No. 1030572)
janderson@paulweiss.com
Jessica Anne Morton (D.C. Bar No. 1032316)
jmorton@paulweiss.com
2001 K Street, NW
Washington, DC 20006-1047
Tel. (202) 223-7300
Fax. (202) 223-7420

*Counsel for Defendants*
MASTERCARD INCORPORATED AND MASTERCARD INTERNATIONAL INCORPORATED

ARNOLD & PORTER KAYE SCHOLER LLP

By: *<u>/s/ Matthew A. Eisenstein</u>*

Mark R. Merley (D.C. Bar No. 375866)
mark.merley@arnoldporter.com
Matthew A. Eisenstein (D.C. Bar No. 476577)
matt.eisenstein@arnoldporter.com
Rosemary Szanyi (D.C. Bar No. 997859)
rosemary.szanyi@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel. (202) 942-5000
Fax. (202) 942-5999

*Counsel for Defendants*
VISA, INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

By: */s/ Justin Anderson*
Justin Anderson (D.C. Bar No. 1030572)
janderson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel. (202) 223-7300
Fax. (202) 223-7420

*Counsel for Defendants*
MASTERCARD INCORPORATED AND MASTERCARD INTERNATIONAL INCORPORATED