**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01803-RJL |
| LYNNE BARTRON, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01831-RJL |
| PETER BURKE, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01882-RJL |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE A**
**CONSOLIDATED BRIEF OPPOSING CLASS CERTIFICATION**

Upon consideration of the motion filed by Defendants Mastercard and Visa requesting leave from the Court to file a single, consolidated brief of no more than 90 pages in the captioned cases opposing the three class certification motions filed on September 20, 2019, it is hereby ordered that the motion is granted. The deadline for the brief in opposition to class certification shall remain February 18, 2020.

So ordered.

Dated: ___________________

_____________________________________
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE