**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br>Plaintiffs,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-cv-01882-RJL |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please enter the withdrawal of appearance of Laura E. Cox of Paul, Weiss, Rifkind, Wharton & Garrison LLP as attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mastercard Incorporated and Mastercard International Incorporated in this proceeding.

Dated: Washington, DC
March 5, 2020

PAUL, WEISS, RIFKIND, WHARTON & GARRISON

By: /s/ *Laura E. Cox*
Laura E. Cox (D.C. Bar No. 1618620)
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7313
lcox@paulweiss.com

Jenna Goodfellow
Senior Litigation Counsel
Mastercard Incorporated &
Mastercard International Incorporated