**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>Defendants. | No. 1:11-cv-01882-RJL |

**<u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>**

Please enter the withdrawal of appearance of Cindy Y. Hong of Arnold & Porter Kaye Scholer LLP as attorney for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc. ("Visa") in the above captioned action. Arnold & Porter Kaye Scholer LLP will continue to represent Visa in this proceeding.

March 6, 2020

Respectfully submitted,

/s/ Cindy Y. Hong
Cindy Y. Hong (D.C. Bar No. 1601547)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5612
Facsimile: (202) 942-5999
cindy.hong@arnoldporter.com

Visa Inc., Visa U.S.A. Inc., Visa International
Service Association, and Plus System, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 6, 2020, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send e-mail notification of that filing to counsel of record.

/s/ Cindy Y. Hong
Cindy Y. Hong (D.C. Bar No. 1601547)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5612
Facsimile: (202) 942-5999
cindy.hong@arnoldporter.com