**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br>Plaintiffs,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-cv-01882-RJL |

**NOTICE OF APPEARANCE**

Please take notice that Rosalee B.C. Thomas, of the law firm Finkelstein Thompson LLP, hereby enters an appearance as counsel of record for Plaintiffs in the above-captioned action.

Dated: March 12, 2020

Respectfully submitted,

/s/ Rosalee B.C. Thomas
Rosalee B.C. Thomas (Bar # 492770)
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue, NW, Suite 395
Washington, DC, 20016
(202)-337-8000
rbcthomas@finkelsteinthompson.com