**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PETER BURKE, *et al.*,

Plaintiffs,

v.

VISA INC., *et al.*,

Defendants.

No. 1:11-cv-01882-RJL

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 12, 2020, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send e-mail notification of such filing to counsel of record.

Dated: March 12, 2020

Respectfully submitted,

/s/ Rosalee B.C. Thomas
Rosalee B.C. Thomas (Bar # 492770)
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue, NW, Suite 395
Washington, DC, 20016
(202)-337-8000
rbcthomas@finkelsteinthompson.com