**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PETER BURKE, *et al.*,

Plaintiff,

v.

VISA INC., *et al.*,

Defendants.

No. 1:11-cv-01882-RJL

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of Michael G. McLellan as counsel for Plaintiffs. Plaintiffs will continue to be represented by their other attorneys of record.

Date: March 13, 2020

/s Michael G. McLellan
Michael G. McLellan
**FINKELSTEIN THOMPSON LLP**
3201 New Mexico Avenue
Suite 395
Washington, DC 20016
(202) 337-8000
mmclellan@finkelsteinthompson.com