**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| ANDREW MACKMIN, *et al.*,<br><br>*Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE,<br><br>*Plaintiff*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 17, 2020, I caused the foregoing Joint Stipulation and [Proposed] Order Temporarily Adjourning All Class Certification Deadlines to be filed using the Court's CM/ECF system, which will send e-mail notification of such filing to counsel of record.

Dated: March 17, 2020

Respectfully submitted,

/s/ Rosalee B.C. Thomas
Rosalee B.C. Thomas (Bar # 492770)
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue, NW, Suite 395
Washington, DC, 20016
(202)-337-8000
rbcthomas@finkelsteinthompson.com