Karen L. Dunn (DC SBN 1002520; *Pro Hac Vice*)
kdunn@bsfllp.com
William A. Isaacson (DC SBN 414788; *Pro Hac Vice*)
wisaacson@bsfllp.com
Kyle N. Smith (DC SBN 1029803; *Pro Hac Vice*)
ksmith@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Meredith R. Dearborn (SBN 268312)
mdearborn@bsfllp.com
Gabriel R. Schlabach (SBN 304859)
gschlabach@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Attorneys for Defendants
APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC.,

Defendants.

Case No. 3:16-cv-04067-WHO

Related Case:
*English v. Apple Inc. et al.*
Case No. 3:14-cv-01619-WHO

**DECLARATION OF KAREN L. DUNN IN SUPPORT OF STIPULATION CONTINUING EXPERT DISCOVERY DEADLINES AND DAUBERT/DISPOSITIVE MOTION BRIEFING SCHEDULE AND EXTENDING DEADLINE TO CONDUCT SETTLEMENT CONFERENCE**

Judge: William H. Orrick
Courtroom: 2, 17th Floor

Complaint Filed: July 20, 2016
Trial Date: August 10, 2020

I, Karen L. Dunn, hereby declare as follows:

1. I am a partner in the law firm of Boies Schiller Flexner LLP, counsel of record for Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc. (collectively, “Apple”) in this action. I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2. On November 15, 2019 and January 21, 2020, the Court entered scheduling orders setting the schedule for expert discovery and *Daubert*/dispositive motions.

3. On December 18, 2019, the settlement conference in this matter was set for March 3, 2020 by order of the Court. On January 31, 2020, the parties filed a stipulation to extend the deadline and date for conducting the settlement conference from March 3, 2020 to March 24, 2020. On February 3, 2020, Judge Orrick approved extending the deadline to conduct the settlement conference from March 3, 2020 to March 24, 2020. On February 5, 2020, Judge Spero re-set the settlement conference from March 3, 2020 to March 24, 2020.

4. The parties exchanged opening expert reports on February 11, 2020, and Apple is prepared to exchange rebuttal expert reports on March 13, 2020, consistent with the case schedule. Apple made three opening expert disclosures on the opening expert deadline, and anticipate submitting at least seven rebuttal expert reports on the March 13, 2020 deadline.

5. Apple’s experts reside in cities across the country, including New York, NY; Washington, DC; San Francisco, CA; and Tulsa, OK.

6. Apple’s trial counsel are principally located in Washington, DC and San Francisco, CA.

7. In order to complete expert depositions before the current deadline for the close of expert discovery, counsel for the parties, parties’ in-house counsel, and/or expert witnesses would need to travel to various parts of the country in an extremely brief time period to conduct all of the depositions of the parties’ experts.

8. The parties are working cooperatively together to complete the expert depositions by remote conferencing services using reliable and well-regarded court-reporting services with video deposition capabilities where possible, but have, to date, encountered some technical

difficulties notwithstanding the parties' counsel, court reporting, and IT staffs' best efforts, thus requiring depositions to be pause.

9. On March 12, 2020, I met and conferred with Robert Carey, counsel for Plaintiffs, regarding the impact of the COVID-19 virus to the case schedule, in light of the Centers for Disease Control and Prevention having advised people to take precautions in light of the COVID-19 virus, declarations of states of emergency due to the COVID-19 virus, including Washington, DC, Washington state, and California, and the California Department of Public Health's advisory on March 11, 2020 asking that gatherings be "postponed or canceled across the state of California for at least the remainder of the month of March"[1]. The parties agreed that , in light of the large number of expert depositions to complete in the weeks remaining in expert discovery, combined with evolving guidance and instructions from federal, state, and local governments in response to the COVID-19 virus, and wide-ranging, cross-country travel that would normally be undertaken to complete expert discovery, to request a modest extension of the expert discovery deadlines and the *Daubert*/dispositive motion briefing deadlines.

10. On March 6, 2020, I met and conferred with lead trial counsel for Plaintiffs, Steve Berman, regarding the date for the settlement conference. We discussed moving the settlement conference date to a date after the close of expert discovery, currently anticipated to conclude on March 25, 2020, to facilitate a more productive discussion, and to account for the travel precautions due to the COVID-19 virus.

11. Following my telephone call with Mr. Berman and others, Kyle Smith, a partner with firm, coordinated with Judge Spero's deputy, Karen Hom, and reserved April 22, 2020 for the settlement conference, and the parties agreed to make a request to the Court to extend the deadline to conduct the settlement conference from March 24, 2020 to April 22, 2020. Ms. Hom requested, and the parties have agreed, to also reschedule all related deadlines as set forth in the original order setting the settlement conference, including the submission of a settlement

---

1 https://www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/Gathering_Guidance_03.11.20.pdf

Case 1:13-cv-01888-PAC-WHO Document 195 Filed 03/14/20 Page 4 of 4

conference statement no later than fourteen days prior to the conference.

12. It is my understanding that the Northern District of California has not made any changes to its court operations as a result of the COVID-19 virus. Should that change, the parties will seek additional guidance from the Court.

13. This is the parties' second request for an extension of time to conduct the settlement conference.

14. The requested extension is consistent with the existing trial date, and modifying the schedule will not alter the trial date or any other deadline already fixed by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of March, 2020.

*/s/ Karen L. Dunn*
Karen L. Dunn
BOIES SCHILLER FLEXNER LLP