**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br>Plaintiffs,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-cv-01803-RJL |
| ANDREW MACKMIN, *et al.*,<br>Plaintiffs,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-cv-01831-RJL |
| PETER BURKE, *et al.*,<br>Plaintiff,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-cv-01882-RJL |

**[PROPOSED] ORDER CONTINUING STATUS REPORT DATE**

Plaintiffs and Defendants shall update the Court via a status report regarding their views on when and how to reinstate a revised class certification schedule, or, alternatively, whether to continue to review the news and provide the Court with another status report on May 19, 2020. The Joint Stipulation and Order temporarily adjourning all class certification deadlines entered April 19, 2020, shall remain in effect.

So ordered.

Dated: __________

_________________________________

RICHARD J. LEON
UNITED STATES DISTRICT JUDGE