**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br>*Plaintiff*,<br>*v.*<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-Cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| ANDREW MACKMIN, *et al.*,<br>*Plaintiffs*,<br>*v.*<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-Cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE,<br>*Plaintiff*,<br>*v.*<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-Cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED THAT** the September 5, 2019 Amended Scheduling Order, as modified by the Court's October 7, 2019, January 5, 2020, and March 20, 2020 Orders, is further modified as follows:

1. Defendants shall provide dates between May 25 and June 5, 2020 on which their two

class certification experts, Glenn Hubbard and Tony Hayes, will appear for deposition. For the convenience of all parties, Defendants shall propose dates that are staggered so that one expert is deposed during the week of May 25 and the other during the week of June 1, 2020.

2. If by May 18, 2020 the parties cannot agree unanimously to conduct the two expert depositions in person, the depositions shall be conducted by videoconference or other remote means pursuant to Fed. R. Civ. P. 30(b)(4). In this event, all counsel attending the depositions, including counsel for the witness, must participate remotely from a location separate from the witness.

3. For purposes of Fed. R. Civ. P. 30(b)(5), if the depositions are conducted remotely, they shall be deemed "conducted before an officer appointed or designated under Rule 28" so long as such an officer attends the deposition by the same remote means as the witness and conducts the deposition as required by Rule 30(b)(5).

4. The parties shall conduct any remote depositions according to the same professional, ethical, and legal requirements as would apply for in-person depositions.

5. Provided that both of Defendants' class certification experts are deposed by all parties by June 5, 2020, Plaintiffs' deadline to submit replies and all supporting materials, including any rebuttal expert reports, in support of their Motions for Class Certification shall be extended to July 1, 2020.

Dated: ____________________, 2020

______________________________
Hon. Richard J. Leon
United States District Judge