**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>Defendants. | No. 1:11-cv-01882-RJL |

**MOTION FOR ADMISSION OF ROBERT O. WILSON *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), Movant Douglas G. Thompson Jr., an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Robert O. Wilson pro hac vice as counsel for Plaintiffs Peter Burke, *et. al.,* in the above-captioned matter.

As grounds, therefore, Movant states:

1. Movant is a member in good standing of the Bar of this Court and licensed to practice in the District of Columbia (D.C. Bar No. 172387).

2. Mr. Wilson is a member in good standing of the Bars of Virginia, the District of Columbia, and the United States District Courts for the Eastern and Western Districts of Virginia.

3. Mr. Wilson has never been disciplined by any bar, and there are no disciplinary actions pending against him before any bar.

4. The Declaration of Robert O. Wilson in Support of Motion for Admission Pro Hac Vice is being filed herewith in compliance with Local Civil Rule 83.2(d).

WHEREFORE, Movant requests admission of Robert O. Wilson *pro hac vice* as counsel for Plaintiffs Peter Burke, *et. al.* in this proceeding.

Dated: June 29, 2020

Respectfully submitted,

/s/ Douglas G. Thompson Jr.
(D.C. Bar No. 172387)
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue NW
Washington, DC, 20016
(202)-337-8000
dthompson@finkelsteinthompson.com