**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VISA, INC., *et al.*,<br><br>Defendants. | No. 1:11-cv-01882-RJL |

**DECLARATION OF ROBERT O. WILSON IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Robert O. Wilson, declare as follows, pursuant to LCvR 83.2(d):

1. My full name is Robert Olin Wilson.

2. I am the principal of Wilson Law PLC, and Of Counsel to Finkelstein Thompson LLP. My office address is 2 South Main Street, Suite 409, Harrisonburg, Virginia 22802, and my office phone number is (540) 430-0122.

3. I am a member of the bars of Virginia, the District of Columbia, and the United States District Courts for the Eastern and Western Districts of Virginia.

4. I certify that I have not been disciplined by any bar, and that no disciplinary proceedings are pending against me before any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on June 26, 2020, in Harrisonburg, Virginia.

Robert O. Wilson

Robert O. Wilson