**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>Defendants. | No. 1:11-cv-01882-RJL |

**[PROPOSED] ORDER**
(_______________, 2016)

Upon consideration of the Motion for Admission of Robert O. Wilson *Pro Hac Vice* and the Declaration of Robert O. Wilson in support thereof, it is hereby:

**ORDERED** that the Motion for Admission of Robert O. Wilson *Pro Hac Vice* [Dkt. #___] is **GRANTED**; and it is further

**ORDERED** that Robert O. Wilson be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED.**

______________________
RICHARD J. LEON
United States District Judge