Rosalee B. C. Thomas
**FINKELSTEIN THOMPSON LLP**
3201 New Mexico Ave. NW, Suite 395
Washington, D.C. 20016
Tel.: (202) 337-8000
Fax: (202) 337-8090
rbcthomas@finkelsteinthompson.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Economic Loss Actions* | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider |

# NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Rosalee B.C. Thomas, of the law firm Finkelstein Thompson LLP, hereby withdraws her appearance as counsel in the above-mentioned matters, as she will no longer be associated with Finkelstein Thompson LLP after June 30, 2020, and will no longer be working in the above-captioned matters.

Dated: June 30, 2020

Respectfully submitted,

/s/ Rosalee B.C. Thomas___________
Rosalee B.C. Thomas
rbcthomas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
3201 New Mexico Street, N.W., Suite 395
Washington, DC 20016
Tel: (202) 337-8000
Fax: (202) 337-8090

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2020, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic means if said attorney is a CM/ECF participant as may be appropriate.

Respectfully submitted,

/s/ Rosalee B.C. Thomas
Rosalee B.C. Thomas
rbcthomas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
3201 New Mexico Street, N.W., Suite 395
Washington, DC 20016
Tel: (202) 337-8000
Fax: (202) 337-8090