**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br>Plaintiffs,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-cv-01882-RJL |

**NOTICE OF APPEARANCE**

Please note the appearance of Robert O. Wilson as counsel *pro hac vice* for Plaintiffs in the above-styled matter.

Dated: July 20, 2020

Respectfully submitted,

/s/ *Robert O. Wilson*
Robert O. Wilson, *pro hac vice*
(Va. Bar No. 77791)
Of Counsel
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue NW
Washington, DC, 20016
Phone: (202)-337-8000
Email: rwilson@finkelsteinthompson.com

**CERTIFICATE OF SERVICE**

I certify that on July 20, 2020, I filed the foregoing using the Court's electronic filing system, which sent a notice of electronic filing to all counsel of record.

/s/ *Robert O. Wilson*