**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01803-RJL |
| LYNNE BARTRON, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01831-RJL |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01882-RJL |

**STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEUDLE**

WHEREAS, the above-captioned Plaintiffs moved for class certification on September 20, 2019 (Case No. 1:11-cv-01803-RJL, ECF No. 152; Case No. 1:11-cv-01831-RJL, ECF No. 177; Case No. 1:11-cv-01882-RJL, ECF Nos. 111, 114);

WHEREAS, the above-captioned Defendants filed their opposition to class certification on February 18, 2020 (Case No. 1:11-cv-01803-RJL, ECF No. 173; Case No. 1:11-cv-01831-RJL, ECF. No. 203; Case No. 1:11-cv-01882-RJL, ECF No. 128);

WHEREAS, the Court entered a joint stipulation and order vacating the existing class certification briefing schedule on March 20, 2020 in light of the COVID-19 pandemic (Case No. 1:11-cv-01803-RJL, ECF No. 178; Case No. 1:11-cv-01831-RJL, ECF No. 208; Case No. 1:11-cv-01882-RJL, ECF No. 134);

WHEREAS, the above-captioned Plaintiffs agreed that they would file all relevant reply briefings for class certification 30 days following the completion of plaintiffs' depositions of defendants' experts (Case No. 1:11-cv-1803-RJL, ECF No. 180; Case No. 1:11-cv-01831-RJL, ECF No. 213; Case No. 1:11-cv-01803-RJL, ECF No. 180);

WHEREAS, the parties anticipate completing those depositions on August 4, 2020 (*See* ATM Operator Pls.' Notice of Dep. of Glenn Hubbard (June 16, 2020); *Mackmin* Pls.' Cross Notice of Dep. of Glenn Hubbard (June 17, 2020));

IT IS HEREBY STIPULATED AND AGREED, by and through the parties' counsel, that the above-captioned Plaintiffs will file their class certification reply briefings on or before September 3, 2020.

Dated: July 23, 2020

By: *\/s/ Kenneth A. Gallo*
Kenneth A. Gallo (D.C. Bar No. 371253)
Justin Anderson (D.C. Bar No. 1030572)
Donna Ioffredo (D.C. Bar No. 974427)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com

Gary R. Carney (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
gcarney@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

Dated: July 23, 2020

By: */s/ Mark R. Merley*
Mark R. Merley (D.C. Bar No. 375866)
Matthew A. Eisenstein (D.C. Bar No. 476577)
Rosemary Szanyi (D.C. Bar No. 997859)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Fax: (202) 942-5999
mark.merley@arnoldporter.com
matt.eisenstein@arnoldporter.com
rosemary.szanyi@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

Dated: July 23, 2020

By: *<u>/s/ Jonathan L. Rubin</u>*

Jonathan L. Rubin (D.C. Bar No. 353391)
MOGINRUBIN LLP
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Daniel J. Mogin (*pro hac vice*)
Jennifer M. Oliver (*pro hac vice*)
MOGINRUBIN LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginrubin.com
joliver@moginrubin.com

*Counsel for Plaintiffs the National ATM Council, Inc.; ATMs of the South, Inc.; Business Resource Group, Inc.; Just ATMs USA, Inc.; Wash Water Solutions, Inc.; ATM Bankcard Services, Inc.; Selman Telecommunications Investment Group, LLC; Scot Gardner d/b/a SJI; Turnkey ATM Solutions, LLC; and Trinity Holdings Ltd, Inc.*

Dated: July 23, 2020

By: */s/ Steve W. Berman*

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3034
benh@hbsslaw.com
bens@hbsslaw.com

Stephen R. Neuwirth (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
Viola Trebicka (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Steve A. Skalet
(D.C. Bar No. 359804)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Cbriskin@findjustice.com

*Interim Co-Lead Counsel for Direct Purchaser Consumer Plaintiffs*

Dated: July 23, 2020

By: *__/s/ Douglas G. Thompson______*

Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue NW, Suite 395
Washington, D.C. 20016
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher Lovell
clovell@lshllp.com
Gary S. Jacobson
gsjacobson@lshllp.com
Merrick Scott Rayle
mrayle@lshllp.com
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

*Interim Class Counsel for the Independent ATM Consumers*

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT that Plaintiffs will file their class certification reply briefings on or before September 3, 2020.

Dated: ______________

______________________________________
Hon. Richard J. Leon
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.4, I hereby certify that on this 23rd day of July 2020, I caused the foregoing document to be filed using the Court's CM/ECF system and have insured the accuracy of the official docket entry generated by the CM/ECF software and the automatic notice of filing sent by the CM/ECF software will constitute proof of service of the foregoing on all counsel of record.

*/s/ Kenneth A. Gallo*