**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>Defendants. | No. 1:11-cv-01882-RJL |

**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMIT FOR BURKE PLAINTIFFS' CLASS CERTIFICATION REPLY BRIEF**

WHEREAS, on September 11, 2019, the Court entered an order that, *inter alia*, set a page limit of up to 55 pages collectively for Defendants' opposition brief to each Plaintiff group's brief, and set a page limit of up to 35 pages for each Plaintiff group's reply brief (Case No. 1:11-cv-01882-RJL, ECF No. 128);

WHEREAS, the above-captioned Plaintiffs moved for class certification on September 20, 2019 (Case No. 1:11-cv-01882-RJL, ECF Nos. 111, 114);

WHEREAS, on February 12, 2020, the Court entered a minute order granting Defendants' motion to file a single, consolidated opposition brief to all three Plaintiff Groups' briefs with a page limit of no more than 90 pages;

WHEREAS, Defendants filed their consolidated opposition brief on February 18, 2020, consisting of 85 pages, together with two expert reports and 149 numbered exhibits (Case No. 1:11-cv-01882-RJL, ECF No. 128);

WHEREAS, *Burke* Plaintiff Group's reply brief is due to be filed on September 3, 2020 (Case No. 1:11-cv-01882-RJL, ECF No. 142, Minute Order entered 07/26/2020);

WHEREAS, *Burke* Plaintiffs believe there is good cause to increase the page limit for *Burke* Plaintiffs' reply brief from up to 35 pages to up to 50 pages;

WHEREAS, the *Burke* Plaintiffs have conferred with Defendants, and Defendants have stated they have no objection to the request for an increase in the *Burke* Plaintiffs' reply page limit as long as the *Burke* Plaintiffs agree to meet and confer with Defendants in good faith about the scope and timing of any sur-reply that may be warranted.

IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned parties' counsel, that (1) the above-captioned *Burke* Plaintiffs shall have an increased page limit of up to 50 pages for their class reply brief; (2) the *Burke* Plaintiffs agree to meet and confer with Defendants in good faith, after the *Burke* Plaintiffs' reply is filed, about the scope and timing of any sur-reply that may be warranted, and (3) Defendants will notify the Court by September 10, 2020, whether they intend to seek leave to file a sur-reply and their proposed deadline for doing so.

Dated: August 20, 2020

By: */s/ Douglas G. Thompson*
Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue NW, Suite 395
Washington, D.C. 20016
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher Lovell
clovell@lshllp.com
Gary S. Jacobson
gsjacobson@lshllp.com
Merrick Scott Rayle

mrayle@lshllp.com
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501 New
York, NY 10006 Telephone:
(212) 608-1900
Facsimile: (212) 719-4677

*Interim Class Counsel for the Burke Plaintiffs*

By: *<u>/s/ Matthew A. Eisenstein</u>*

Matthew A. Eisenstein (D.C. Bar No. 476577)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Fax: (202) 942-5999
matthew.eisenstein@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

By: <u>*/s/* Justin Anderson</u>

Justin Anderson (D.C. Bar No. 1030572))
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7300
Fax: (202) 223-7420
janderson@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

# [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

1. The *Burke* Plaintiffs shall have up to 50 pages for their reply brief.
2. The *Burke* Plaintiffs shall meet and confer with Defendants in good faith, after the *Burke* Plaintiffs' reply is filed, about the scope and timing of any sur-reply that may be warranted.
3. Defendants will notify the Court by September 10, 2020, whether they intend to seek leave to file a sur-reply and their proposed deadline for doing so.

Dated: ___________________. 2020

____________________
Hon. Richard J. Leon
United States District Judge