**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PETER BURKE, *et al.*** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **VISA, INC., *et al.*** <br><br> Defendants. | Civil No. 1:11-cv-001882-RJL |

**NOTICE OF APPEARANCE OF STAN M. DOERRER**

PLEASE TAKE NOTICE that Stan M. Doerrer, Esq. hereby enters his appearance as additional counsel of record on behalf of Plaintiff Peter Burke, in the above captioned action. Mr. Doerrer's contact information is:

Stan M. Doerrer
Law Office of Stan M. Doerrer PLLC
950 North Washington Street
Alexandria, VA. 22314
Tel. (703) 348-4646
Fax (703) 348-0048
E-mail: stan@doerrerlaw.com

Please direct all future correspondence and papers in connection with this action to Mr. Doerrer.

Dated: 10/21/2020

Respectfully submitted,

By: /s/ Stan M. Doerrer

Stan M. Doerrer (DC Bar # 502496)
Law Office of Stan M. Doerrer PLLC
950 North Washington Street
Alexandria, VA. 22314
Tel. (703) 348-4646

Fax (703) 348-0048
E-mail: stan@doerrerlaw.com

*Counsel for Plaintiff Peter Burke*

**CERTIFICATE OF SERVICE**

I hereby certify that on 10/21/2020, I caused a copy of the foregoing to be filed and served, via the ecf system of the United States District Court for the District of Columbia on all counsel of record in this action.

By: /s/ Stan M. Doerrer___________