**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01803-RJL |
| LYNNE BARTRON, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01831-RJL |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01882-RJL |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Mark R. Merley in the above-captioned actions as counsel of record for Defendants Visa Inc., Visa U.S.A. Inc., Visa International (f/k/a Visa International Service Association), and Plus System, Inc. The law firm of Arnold & Porter Kaye Scholer LLP will continue to appear on behalf of Defendants Visa Inc., Visa U.S.A. Inc., Visa

International, and Plus System, Inc., and no delay in the progress of this action will result from the withdrawal of Mr. Merley.

Dated: December 30, 2020

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ Matthew A. Eisenstein
Mark R. Merley (D.C. Bar No. 375866)
mark.merley@arnoldporter.com
Matthew A. Eisenstein (D.C. Bar No. 476577)
matthew.eisenstein@arnoldporter.com
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001-3743
Tel. (202) 942-5000
Fax (202) 942-5999

*Attorneys for Defendants*
VISA INC., VISA U.S.A. INC., VISA
INTERNATIONAL, and PLUS SYSTEM, INC.