**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PETER BURKE, *et al.*,

Plaintiff,

v.

VISA INC., *et al.*,

Defendants.

**No. 1:11-cv-01882-RJL**

# NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of Jessica Anne Morton of Paul, Weiss, Rifkind, Wharton & Garrison LLP as attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mastercard Incorporated and Mastercard International Incorporated in this proceeding.

Dated: Washington, DC
January 21, 2021

PAUL, WEISS, RIFKIND, WHARTON & GARRISON

By: /s/ *Jessica Anne Morton*
Jessica Anne Morton (D.C. Bar No. 1032316)
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7462
jmorton@paulweiss.com

Mastercard Incorporated &
Mastercard International Incorporated

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 21, 2021, I caused the foregoing Notice of Withdrawal of Appearance to be filed using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Jessica Anne Morton
Jessica Anne Morton