**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br>Plaintiffs,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-cv-01882-RJL |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please enter the withdrawal of appearance of Melissa R. Alpert of Paul, Weiss, Rifkind, Wharton & Garrison LLP as attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mastercard Incorporated and Mastercard International Incorporated in this proceeding.

Dated: February 3, 2021
Washington, DC

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: *_/s/ Melissa R. Alpert_*
Melissa R. Alpert (D.C. Bar No. 241751)
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7476
malpert@paulweiss.com

____________________
Mastercard Incorporated &
Mastercard International Incorporated