**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NATIONAL ATM COUNCIL, INC. *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**VISA INC. *et al.*,**<br><br>**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Case No. 11-1803 (RJL)** |

---

| | | |
|---|---|---|
| **LYNNE BARTRON, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**VISA INC. *et al.*,**<br><br>**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Case No. 11-1831 (RJL)** |

---

| | | |
|---|---|---|
| **PETER BURKE, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**VISA INC. *et al.*,**<br><br>**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Case No. 11-1882 (RJL)** |

**ORDER**

(August 4, 2021) [Dkts. ## 114, 152, 177]

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiffs' Motions for Class Certification [Dkts. 114, 152, 177] are GRANTED. SO ORDERED.

RICHARD J. LEON
United States District Judge