**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br>*Plaintiff*,<br>*v.*<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| ANDREW MACKMIN, *et al.*,<br>*Plaintiffs*,<br>*v.*<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE,<br>*Plaintiff*,<br>*v.*<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**UNOPPOSED MOTION FOR ENTRY OF AMENDED CLASS CERTIFICATION ORDERS**

Pursuant to Rules 23(c) and 23(g) of the Federal Rules of Civil Procedure, the interim Class representatives in the above captioned cases, through the undersigned interim co-lead counsel, respectfully move to amend this Court's class certification orders dated August 4, 2021, Dkt Nos. 193 (Case No. 1:11-Cv-01803-RJL), 235 (Case No. 1:11-Cv-1831-RJL), and 155 (Case No. 1:11-Cv-1882-RJL) and to enter the attached [Proposed] Amended Class Certification Orders in their stead.

The requested entry of amended orders is advisable to conform the Court's class certification orders with the requirements of Fed. R. Civ. P. 23(c) and 23(g) as fully set forth in the accompanying memorandum of points and authorities.

**Statement Pursuant to L. Civ. R 7(m)**

Counsel for plaintiffs have conferred with counsel for defendants and the relief sought herein is unopposed, subject to defendants' following reservation of rights:

Defendants take no position on the form of the order, but contest the decision to certify classes in these cases as stated in their petition for review to the U.S. Court of Appeals for the District of Columbia Circuit, and reserve all rights in regard to that petition, the grounds raised therein, and the grounds asserted in their briefs opposing class certification.

Dated: August 18, 2021

By: *_/s/ Steve W. Berman_*
Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3034
benh@hbsslaw.com
bens@hbsslaw.com

Stephen R. Neuwirth (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
Viola Trebicka (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Steve A. Skalet
(D.C. Bar No. 359804)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Cbriskin@findjustice.com

*Interim Co-Lead Counsel for Mackmin Consumer Class*

Dated: August 18, 2021

By: *<u>/s/ Douglas G. Thompson</u>*

Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue NW, Suite 395
Washington, D.C. 20016
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher Lovell
clovell@lshllp.com
Gary S. Jacobson
gsjacobson@lshllp.com
Merrick Scott Rayle
mrayle@lshllp.com
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

*Interim Co-lead Counsel for Burke Consumer Class*

Dated: August 18, 2021

By: *__/s/ Jonathan L. Rubin__*
Jonathan L. Rubin (D.C. Bar No. 353391)
MOGINRUBIN LLP
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Daniel J. Mogin (*pro hac vice*)
Jennifer M. Oliver (*pro hac vice*)
MOGINRUBIN LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginrubin.com
joliver@moginrubin.com

*Counsel for Plaintiffs the National ATM Council, Inc.; ATMs of the South, Inc.; Business Resource Group, Inc.; Just ATMs USA, Inc.; Wash Water Solutions, Inc.; ATM Bankcard Services, Inc.; Selman Telecommunications Investment Group, LLC; Scot Gardner d/b/a SJI; Turnkey ATM Solutions, LLC; and Trinity Holdings Ltd, Inc.*