APPEAL,JURY,TYPE−A

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:11−cv−01882−RJL

BURKE v. VISA INC. et al
Assigned to: Judge Richard J. Leon
Cases: 1:11−cv−01803−RJL
1:19−mc−00002−RJL
1:19−mc−00018−RJL
Case in other court: 14−07005
Cause: 15:1 Antitrust Litigation

Date Filed: 10/24/2011
Jury Demand: Plaintiff
Nature of Suit: 410 Anti−Trust
Jurisdiction: Federal Question

**Plaintiff**

**MARY STOUMBOS**
*on behalf of herself and all others similarly situated*
*TERMINATED: 06/12/2019*

represented by

**Douglas Graham Thompson , Jr.**
FINKELSTEIN THOMPSON LLP
2201 Wisconsin Avenue NW
Washington DC, DC 20001
202−337−8000
Fax: 202−337−8090
Email: dthompson@finkelsteinthompson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Lovell**
LOVELL STEWART HALEBIAN JACOBSON LLP
500 5th Avenue
Suite 2440
New York, NY 10110
(212) 608−1900
Fax: (646) 398−8392
Email: clovell@lshllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary S. Jacobson**
LOVELL STEWART HALEBIAN JACOBSON LLP
500 5th Avenue
Suite 2440
New York, NY 10110
(914) 234−7174
Fax: (212) 719−4775
Email: gsjacobson@lshllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Merrick Scott Rayle**
LOVELL STEWART HALEBIAN

JACOBSON LLP
500 5th Avenue
Suite 2440
New York, NY 10110
(415) 533−5316
Fax: (212) 719−4775
Email: mrayle@lshllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Glenn McLellan**
U.S. DEPARTMENT OF JUSTICE
450 5th Street NW
Suite 7616
Washington
Washington, DC 20530
202−271−8638
Fax: 202−271−8638
Email: michael.mclellan@usdoj.gov
*TERMINATED: 03/13/2020*

**Richard M. Volin**
VOLIN EMPLOYMENT LAW, PLLC
313 Park Avenue
Suite 200 A
Falls Church, VA 22046
(703) 988−1460
Email: rich@volinemploymentlaw.com
*TERMINATED: 10/18/2012*

**Plaintiff**

**PETER BURKE** represented by

**Douglas Graham Thompson , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stan M. Doerrer**
THE LAW OFFICE OF STAN M. DOERRER,PLLC
950 N Washington Street
Alexandria
Alexandria, VA 22314
(703) 348−4646
Fax: (703) 348−0048
Email: stan@doerrerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Lovell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Craig Essenmacher**
LOVELL STEWART HALEBIAN
JACOBSON LLP
500 Fifth Avenue, Suite 2440
500 Fifth Avenue,
Suite 2440
New York, NY 10110
212−608−1900
Email: cessenmacher@lshllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary S. Jacobson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Merrick Scott Rayle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Glenn McLellan**
(See above for address)
*TERMINATED: 03/13/2020*

**Robert Olin Wilson**
WILSON LAW PLC
2 South Main Street
Suite 409
Harrisonburg, VA 22802
(540) 430−0122
Email: robert@thewilsonlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rosalee Belinda Connell Thomas**
14438 Old Stage Road
Bowie, MD 20016
240−929−4320
Email: rosaleethomas2014@gmail.com
*TERMINATED: 06/30/2020*

**Plaintiff**

**KENT HARRISON** represented by **Douglas Graham Thompson , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Lovell**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary S. Jacobson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Merrick Scott Rayle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Glenn McLellan**
(See above for address)
*TERMINATED: 03/13/2020*

**Robert Olin Wilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rosalee Belinda Connell Thomas**
(See above for address)
*TERMINATED: 06/30/2020*

**Plaintiff**

**MARIN P. HEISKELL** represented by **Douglas Graham Thompson , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Lovell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary S. Jacobson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Merrick Scott Rayle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Glenn McLellan**
(See above for address)
*TERMINATED: 03/13/2020*

**Robert Olin Wilson**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rosalee Belinda Connell Thomas**
(See above for address)
*TERMINATED: 06/30/2020*

**Plaintiff**

**BRYAN BYRNES** represented by **Douglas Graham Thompson , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Lovell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary S. Jacobson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Merrick Scott Rayle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Glenn McLellan**
(See above for address)
*TERMINATED: 03/13/2020*

**Robert Olin Wilson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rosalee Belinda Connell Thomas**
(See above for address)
*TERMINATED: 06/30/2020*

V.

**Defendant**

**VISA INC.** represented by **Dylan Scot Young**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
202−942−6740

Email: dylan.young@arnoldporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Christine Otto**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
(202) 942−5389
Fax: (202) 942−5999
Email: Karen.Otto@arnoldporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew A. Eisenstein**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
(202) 942−5000
Fax: (202) 942−5999
Email: matthew.eisenstein@apks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosemary Szanyi**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202−942−6812
Email: Rosemary.Szanyi@arnoldporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cindy Y. Hong**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
202−942−5612
Email: Cindy.Hong@arnoldporter.com
*TERMINATED: 03/06/2020*
*PRO HAC VICE*

**Mark R. Merley**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
(202) 942−5000

Fax: (202) 942−5999
Email: mark.merley@arnoldporter.com
*TERMINATED: 12/30/2020*

**Defendant**

**VISA U.S.A. INC.** represented by

**Dylan Scot Young**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Christine Otto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew A. Eisenstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosemary Szanyi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cindy Y. Hong**
(See above for address)
*TERMINATED: 03/06/2020*
*PRO HAC VICE*

**Mark R. Merley**
(See above for address)
*TERMINATED: 12/30/2020*

**Defendant**

**VISA INTERNATIONAL SERVICE ASSOCIATION** represented by

**Dylan Scot Young**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Christine Otto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew A. Eisenstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosemary Szanyi**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cindy Y. Hong**
(See above for address)
*TERMINATED: 03/06/2020*
*PRO HAC VICE*

**Mark R. Merley**
(See above for address)
*TERMINATED: 12/30/2020*

**Defendant**

**PLUS SYSTEM, INC.** represented by **Dylan Scot Young**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Christine Otto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew A. Eisenstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosemary Szanyi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cindy Y. Hong**
(See above for address)
*TERMINATED: 03/06/2020*
*PRO HAC VICE*

**Mark R. Merley**
(See above for address)
*TERMINATED: 12/30/2020*

**Defendant**

**MASTERCARD INCORPORATED** represented by **Donna M. Ioffredo**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
(202) 223−7376
Fax: (202) 223−7420

Email: dioffredo@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric R. Sega**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006
202−223−7300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grace Tiedemann**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006
(202) 419−7143
Fax: (202) 379−4113
Email: gtiedemann@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin A. Anderson**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
(202) 223−7321
Fax: (202) 223−7420
Email: janderson@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Anthony Gallo**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
(202) 223−7356
Fax: (202) 204−7356
Email: kgallo@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha A. Weinberg**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373−3750

Fax: (212) 492−0750
Email: sweinberg@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew C. Finch**
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 353−2780
Email: andrew.finch@usdoj.gov
*TERMINATED: 04/05/2017*
*PRO HAC VICE*

**Gary R. Carney**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373−3051
Fax: (212) 492−0051
Email: gcarney@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Anne Morton**
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 843−1642
Email: jmorton@democracyforward.org
*TERMINATED: 01/21/2021*

**Laura E. Cox**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006
(202) 223−7313
Email: lcox@paulweiss.com
*TERMINATED: 03/05/2020*

**Melissa R. Alpert**
K&L GATES LLP
210 Sixth Avenue
Pittsburgh, PA 15222
412−355−3779
Email: Melissa.Alpert@klgates.com
*TERMINATED: 02/03/2021*

**Michelle S. Kallen**
OFFICE OF THE ATTORNEY GENERAL/VA
202 North 9th Street
Richmond, VA 23219
804−786−7704
Fax: 804−371−0200
Email: mkallen@oag.state.va.us
*TERMINATED: 07/10/2018*

**Mitchell D. Webber**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006
202−223−7300
Email: mwebber@paulweiss.com
*TERMINATED: 09/13/2019*

**Zachary Alan Dietert**
U.S. DEPARTMENT OF JUSTICE
450 5th Street NW
Ste 6400−South
Washington, DC 20001
202−616−9027
Email: zachary.a.dietert@usdoj.gov
*TERMINATED: 11/01/2019*

**Defendant**

**MASTERCARD INTERNATIONAL INCORPORATED**
*doing business as*
MASTERCARD WORLDWIDE

represented by

**Donna M. Ioffredo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric R. Sega**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grace Tiedemann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin A. Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Anthony Gallo**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha A. Weinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew C. Finch**
(See above for address)
*TERMINATED: 04/05/2017*
*PRO HAC VICE*

**Gary R. Carney**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Anne Morton**
(See above for address)
*TERMINATED: 01/21/2021*

**Laura E. Cox**
(See above for address)
*TERMINATED: 03/05/2020*

**Melissa R. Alpert**
(See above for address)
*TERMINATED: 02/03/2021*

**Michelle S. Kallen**
(See above for address)
*TERMINATED: 07/10/2018*

**Mitchell D. Webber**
(See above for address)
*TERMINATED: 09/13/2019*

**Zachary Alan Dietert**
(See above for address)
*TERMINATED: 11/01/2019*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/24/2011 | 1 | | COMPLAINT against MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC. ( Filing fee $ 350, receipt number 4616043269) filed by MARY STOUMBOS. (Attachments: # 1 Civil Cover Sheet)(jf, ) (Entered: 10/27/2011) |
| 10/24/2011 | | | Summons (2) Issued as to MASTERCARD INCORPORATED, VISA INC.. (jf, ) (Entered: 10/27/2011 |
| 10/24/2011 | 2 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF RELATED CASE by MARY STOUMBOS. Case related to Case No. 11−1803. (jf, ) (Entered: 10/27/2011) |
| 11/22/2011 | | | MINUTE ORDER. Four cases filed in this Court, National ATM Council, Inc. v. Visa Inc., No. 11−cv−1803; Barton v. Visa Inc., No. 11−cv−1831; Genese v. Visa Inc., No. 11−cv−1838; Stoumbos v Visa Inc., No. 11−cv−1882, arise from allegations that Visa Inc. and MasterCard Inc., among others, maintain an unlawful horizontal price fixing agreement which has the effect of forcing ATM operators to charge a fee for all ATM transactions that is no less than the fee for a Visa or MasterCard transactio All four cases allege that this agreement violates Section 1 of the Sherman Act, 15 U.S.C. § 1. In light o the common questions of law and fact in these four cases, the Court intends to consolidate them under Fed. R. Civ. Proc. 42(a). The Court directs any party who is of the view that consolidation would be improper to inform the Court of the grounds for its objection by December 2, 2011 at 5:00 pm. Signed by Judge Amy Berman Jackson on 11/22/11. (lcabj1) (Entered: 11/22/2011) |
| 11/29/2011 | | | Set/Reset Deadlines: The Court directs any party who is of the view that consolidation of case Nos. 11−1803, 11−1831, 11−1838, and 11−1882 would be improper to inform the Court of the grounds for i objection by 12/2/2011 at 5:00 PM. (jth) (Entered: 11/29/2011) |
| 12/01/2011 | 3 | | AMENDED CLASS ACTION COMPLAINT against MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC. filed by MARY STOUMBOS.(znmw, ) (Entered: 12/02/2011) |
| 12/02/2011 | 4 | | RESPONSE TO ORDER OF THE COURT re Order,,, filed by MARY STOUMBOS. (Attachments: # Text of Proposed Order, # 2 Certificate of Service)(McLellan, Michael) (Entered: 12/02/2011) |
| 12/07/2011 | 5 | | NOTICE of Appearance by Matthew A. Eisenstein on behalf of PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC. (Eisenstein, Matthew) (Entered: 12/07/2011) |
| 12/07/2011 | 6 | | NOTICE of Appearance by Mark R. Merley on behalf of PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC. (Merley, Mark) (Entered: 12/07/2011) |
| 12/07/2011 | 7 | | Unopposed MOTION for Extension of Time to *Respond to Complaint* by PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC. (Attachments: # 1 Text of Proposed Order)(Eisenstein, Matthew) (Entered: 12/07/2011) |
| 12/07/2011 | 8 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by VIS INC. (Eisenstein, Matthew) (Entered: 12/07/2011) |
| 12/07/2011 | 9 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by VIS U.S.A. INC. (Eisenstein, Matthew) (Entered: 12/07/2011) |
| 12/07/2011 | 10 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by VIS INTERNATIONAL SERVICE ASSOCIATION (Eisenstein, Matthew) (Entered: 12/07/2011) |
| 12/07/2011 | 11 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by PLU SYSTEM, INC. (Eisenstein, Matthew) (Entered: 12/07/2011) |
| 12/08/2011 | 12 | | NOTICE of Appearance by Kenneth Anthony Gallo on behalf of MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Gallo, Kenneth) (Entered: 12/08/2011) |
| 12/08/2011 | 13 | | Corporate Disclosure Statement by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED. (Gallo, Kenneth) (Entered: 12/08/2011) |
| 12/08/2011 | 14 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Gary R. Carney, :Firm− Paul, Weiss, Rifkind, Wharton & Garrison LLP, :Address− 1285 Avenue of the Americas, New York, NY 10019−6040. Phone No. − 212−373−3000. by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Attachments: # 1 Declaration of Gary R. Carney, # 2 Text of Proposed Order)(Gallo, Kenneth) (Entered: 12/08/2011) |
| 12/09/2011 | | | MINUTE ORDER granting 7 Motion for Extension of Time to Respond to Complaint. The answer/response will be due 1/11/2012 or 20 days after the filing of an amended complaint. Signed by Judge Amy Berman Jackson on 12/9/2011. (MT) (Entered: 12/09/2011) |
| 12/09/2011 | | | Set/Reset Deadlines: Answer/Response will be due either on 1/11/2012 or 20 days after the filing of an amended complaint. (jth) (Entered: 12/09/2011) |
| 12/13/2011 | | | MINUTE ORDER granting 14 Motion for Leave of Gary R. Carney to Appear Pro Hac Vice only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer. Signed by Judge Amy Berman Jackson on 12/13/2011. (MT) (Entered: 12/13/2011) |
| 01/13/2012 | 15 | | Unopposed MOTION for Extension of Time to *Move For Class Certification Pursuant to Local Rule 23.1(b)* by MARY STOUMBOS (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(McLellan, Michael) (Entered: 01/13/2012) |
| 01/18/2012 | | | MINUTE ORDER granting 15 Unopposed Motion for Extension of Time to Move for Class Certification. Plaintiff's obligation, pursuant to Local Civil Rule 23.1(b), to file a class certification motion within 90 days of the filing of their complaints, is suspended until further order of the Court. Signed by Judge Amy Berman Jackson on 1/18/2012. (MT) (Entered: 01/18/2012) |
| 01/23/2012 | 16 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Andrew C. Finch, :Firm− Paul, Weiss, Rifkind, Wharton & Garrison, LLP, :Address− 1285 Avenue of the Americas, New York, NY 10019−6040. Phone No. − 212−373−3000. by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Attachments: # 1 Declaration of Andrew C. Finch, # 2 Text of Proposed Order)(Gallo, Kenneth) (Entered: 01/23/2012) |
| 01/24/2012 | | | MINUTE ORDER granting 16 Motion for Leave of Andrew C. Finch to Appear Pro Hac Vice only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer. Signed by Judge Amy Berman Jackson on 1/24/2012. (MT) (Entered: 01/24/2012) |
| 01/25/2012 | | | MINUTE ORDER. Plaintiff is ORDERED to inform the Court by February 3, 2012 whether he intends to voluntarily dismiss this action in light of the representations made on December 7, 2011 [Dkt. # 7] and the fact that an amended complaint has now been filed in case number 11−1831. Signed by Judge Amy Berman Jackson on 1/25/12. (lcabj1) (Entered: 01/25/2012) |
| 01/26/2012 | | | Set/Reset Deadlines: Plaintiff to inform the Court whether he intends to voluntarily dismiss this action light of the representations made to the Court (ECF #7 on 12/7/11). Plaintiff's notification is due by 2/3/2012. (jth) (Entered: 01/26/2012) |
| 01/27/2012 | | | NOTICE of Hearing: A Status Conference is scheduled for 4/4/2012 at 10:00 AM in Courtroom 3 befo Judge Amy Berman Jackson. (jth) (Entered: 01/27/2012) |
| 01/30/2012 | 17 | | MOTION to Dismiss *Corrected Class Action Complaint* by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC. (Attachments: # 1 Text of Proposed Order)(Merley, Mark) (Entered: 01/30/2012) |

| | | | |
|---|---|---|---|
| 01/31/2012 | 18 | | RESPONSE TO ORDER TO SHOW CAUSE by MARY STOUMBOS re Order,. (Attachments: # 1 Certificate of Service)(McLellan, Michael) (Entered: 01/31/2012) |
| 02/01/2012 | | | MINUTE ORDER that the Status Conference scheduled for 4/4/2012 at 10:00 AM is cancelled. Signed by Judge Amy Berman Jackson on 2/1/2012. (jth) (Entered: 02/01/2012) |
| 02/07/2012 | 19 | | Joint MOTION for Briefing Schedule *Regarding the Motions to Dismiss* by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Attachments: # 1 Text Proposed Order)(Gallo, Kenneth) (Entered: 02/07/2012) |
| 02/08/2012 | | | MINUTE ORDER granting 19 Joint Motion for Briefing Schedule re 17 Motion to Dismiss. The opposition to the motion to dismiss will be due 2/29/2012 and the reply will be due 3/21/2012. Signed by Judge Amy Berman Jackson on 2/8/2012. (MT) (Entered: 02/08/2012) |
| 02/08/2012 | | | Set/Reset Deadlines: Opposition to the motion to dismiss is due by 2/29/2012; Reply is due by 3/21/2012. (jth) (Entered: 02/08/2012) |
| 02/29/2012 | 20 | | Memorandum in opposition to re 17 MOTION to Dismiss *Corrected Class Action Complaint Independent ATM Customers' Opposition to Visa and MasterCard Defendants' Motion to Dismiss* filed by MARY STOUMBOS. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(McLellan, Michael) (Entered: 02/29/2012) |
| 03/21/2012 | 21 | | REPLY to opposition to motion re 17 MOTION to Dismiss *Corrected Class Action Complaint* filed by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. (Eisenstein, Matthew) (Entered: 03/21/2012) |
| 03/21/2012 | 22 | | REPLY to opposition to motion re 17 MOTION to Dismiss *Corrected Class Action Complaint (CORRECTED)* filed by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. (Eisenstein, Matthew) (Entered: 03/21/2012) |
| 04/30/2012 | | | NOTICE of Hearing on Motion: 17 MOTION to Dismiss *Corrected Class Action Complaint*. Motions Hearing set for 9/5/2012 at 10:00 AM in Courtroom 3 before Judge Amy Berman Jackson. (jth) (Entered: 04/30/2012) |
| 08/29/2012 | | | MINUTE ORDER The parties are directed to submit supplemental briefs, which may not exceed 8 pages each, setting forth the controlling authorities on the following issues: what must plaintiffs in a private antitrust action allege to establish standing to bring the action? In particular, is there a requirement that the plaintiff allege sufficient facts that would support a finding that the plaintiff has suffered an injury in fact? Even if a complaint properly alleges anticompetitive conduct that restrains competition in violation of the antitrust laws, is there also a requirement that the plaintiff must have suffered an actual, economic injury? Or is an allegation that consumer choice has been restricted enough? In other words, what is the test for the sufficiency of the standing/injury−in−fact allegations, and how do these particular complaints satisfy or fall short of that test? Given the upcoming holiday, th submissions will be due on September 11. But if it is possible, the Court would greatly appreciate receiving them prior to the oral argument scheduled on September 5. In any event, the parties should be prepared to address the issue at the hearing. No replies will be permitted, and the submissions should n reargue matters already addressed in previous filings, including: the sufficiency of the allegations of horizontal or hub and spoke conspiracies; whether the practice challenged in this case is actually procompetitive (i.e., that it prevents higher prices, and not lower prices) and therefore could not give ri to an antitrust injury; and/or whether the practice is a most favored nations clause which does not give rise to an antitrust injury. Signed by Judge Amy Berman Jackson on 8/29/12. (DMK) (Entered: 08/29/2012) |

| | | | |
|---|---|---|---|
| 08/29/2012 | | | Set/Reset Deadlines: Supplemental Briefs are due by 9/11/2012. (jth) (Entered: 08/29/2012) |
| 09/04/2012 | 23 | | SUPPLEMENTAL MEMORANDUM to re 17 MOTION to Dismiss *Corrected Class Action Complain* filed by PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. (Merley, Mark) (Entered: 09/04/2012) |
| 09/04/2012 | 24 | | RESPONSE TO ORDER OF THE COURT re Order,,,,,, filed by MARY STOUMBOS. (McLellan, Michael) (Entered: 09/04/2012) |
| 09/05/2012 | | | Minute Entry for Proceedings held before Judge Amy Berman Jackson: Motion Hearing held on 9/5/2012 re: Defendants' 17 MOTION to Dismiss *Corrected Class Action Complaint*. The 17 Motion was Heard and Taken Under Advisement. (Court Reporter Kellie Humiston) (jth) (Entered: 09/05/2012 |
| 10/18/2012 | 25 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to MARY STOUMBOS. Attorney Richard M. Volin terminated. (McLellan, Michael) (Entered: 10/18/2012) |
| 02/13/2013 | 26 | | ORDER granting (24) Motion to Dismiss in case 1:11−cv−01803−ABJ; granting (39) Motion to Dismiss; granting (40) Motion to Dismiss in case 1:11−cv−01831−ABJ; granting (17) Motion to Dismiss in case 1:11−cv−01882−ABJ. Signed by Judge Amy Berman Jackson on 2/13/13. (DMK) (Entered: 02/13/2013) |
| 02/13/2013 | 27 | | MEMORANDUM OPINION. Signed by Judge Amy Berman Jackson on 2/13/13. (DMK) (Entered: 02/13/2013) |
| 03/12/2013 | 28 | | ENTERED IN ERROR.....MOTION to Alter Judgment as to 26 Order on Motion to Dismiss,,,,,,, by MARY STOUMBOS (Attachments: # 1 Text of Proposed Order)(McLellan, Michael) Modified on 3/13/2013 (jf, ). (Entered: 03/12/2013) |
| 03/12/2013 | | | NOTICE OF ERROR re 28 Motion to Alter Judgment; emailed to mmclellan@finkelsteinthompson.com, cc'd 10 associated attorneys −− The PDF file you docketed contained errors: 1. Invalid attorney signature (jf, ) (Entered: 03/12/2013) |
| 03/12/2013 | 29 | | MOTION to Alter Judgment as to 26 Order on Motion to Dismiss,,,,,,, *Corrected* by MARY STOUMBOS (Attachments: # 1 Text of Proposed Order)(McLellan, Michael) (Entered: 03/12/2013) |
| 03/13/2013 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 28 MOTION to Alter Judgment as t 26 Order on Motion to Dismiss,,,,,,, was entered in error and refiled by counsel. (See Docket Entry 29 t view document)(jf, ) (Entered: 03/13/2013) |
| 03/22/2013 | 30 | | Memorandum in opposition to re 29 MOTION to Alter Judgment as to 26 Order on Motion to Dismiss,,,,,,, *Corrected* filed by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONA SERVICE ASSOCIATION, VISA U.S.A. INC.. (Attachments: # 1 Text of Proposed Order)(Merley, Mark) (Entered: 03/22/2013) |
| 04/01/2013 | 31 | | REPLY to opposition to motion re 29 MOTION to Alter Judgment as to 26 Order on Motion to Dismiss,,,,,,, *Corrected* filed by MARY STOUMBOS. (McLellan, Michael) (Entered: 04/01/2013) |
| 04/15/2013 | 32 | | MOTION for Leave to File *Second Amended Class Action Complaint* by MARY STOUMBOS (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit)(McLellan, Michael) (Entered: 04/15/2013) |
| 04/17/2013 | 33 | | SUPPLEMENTAL MEMORANDUM to re 30 Memorandum in Opposition, filed by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. (Merley, Marl (Entered: 04/17/2013) |

| | | | |
|---|---|---|---|
| 04/24/2013 | | | MINUTE ORDER. In light of plaintiffs' motion for leave to amend their complaint and defendants' response, the Court orders defendants to respond in detail to plaintiffs' motion, addressing futility in particular, by May 17, 2013. Plaintiffs' reply is due by May 28, 2013. Signed by Judge Amy Berman Jackson on 4/24/13. (DMK) (Entered: 04/24/2013) |
| 04/26/2013 | | | Set/Reset Deadlines: Defendants Response to Plaintiffs' motion for leave to amend their complaint, directing them to address in particular futility, is due by 5/17/2013. Plaintiffs' reply is due by 5/28/2013 (jth) (Entered: 04/26/2013) |
| 05/17/2013 | 34 | | Memorandum in opposition to re 32 MOTION for Leave to File *Second Amended Class Action Complaint* filed by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. (Attachments: # 1 Text of Proposed Order)(Gallo, Kenneth) (Entered: 05/17/2013) |
| 05/28/2013 | 35 | | REPLY to opposition to motion re 32 MOTION for Leave to File *Second Amended Class Action Complaint* filed by MARY STOUMBOS. (McLellan, Michael) (Entered: 05/28/2013) |
| 12/19/2013 | 36 | | ORDER finding as moot (36) Motion to Alter Judgment; denying (39) Motion to Amend/Correct in cas 1:11−cv−01803−ABJ; finding as moot (59) Motion to Alter Judgment; denying (65) Motion for Leave to File in case 1:11−cv−01831−ABJ; finding as moot (29) Motion to Alter Judgment; denying (32) Motion for Leave to File in case 1:11−cv−01882−ABJ. Signed by Judge Amy Berman Jackson on 12/19/13. (DMK) (Entered: 12/19/2013) |
| 12/19/2013 | 37 | | MEMORANDUM OPINION. Signed by Judge Amy Berman Jackson on 12/19/13. (DMK) (Entered: 12/19/2013) |
| 01/10/2014 | 38 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 27 Memorandum & Opinion, 36 Order on Motion to Alter Judgment,, Order on Motion to Amend/Correct, Order on Motion for Leave to File,,,,,, 37 Memorandum & Opinion, 26 Order on Motion to Dismiss,,,,,,, by MARY STOUMBOS. Filing fee $ 505, receipt number 0090−3588483. Fee Status: Fee Paid. Parties have been notified. (Attachments: # 1 Certificate of Service)(McLellan, Michael) (Entered: 01/10/2014) |
| 01/12/2014 | 39 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 38 Notice of Appeal to DC Circuit Court,. (jf, ) (Entered: 01/12/2014) |
| 01/24/2014 | | | USCA Case Number 14−7005 for 38 Notice of Appeal to DC Circuit Court, filed by MARY STOUMBOS. (jf, ) (Entered: 01/24/2014) |
| 08/04/2015 | 40 | | Case directly reassigned to Judge Richard J. Leon as related to 11−cv−1831(RJL) and 11−cv−1803(RJL). Judge Amy Berman Jackson no longer assigned to the case. (ztnr) (Entered: 08/04/2015) |
| 09/28/2015 | 41 | | NOTICE of Change of Address by Mark R. Merley (Merley, Mark) (Entered: 09/28/2015) |
| 10/23/2015 | 42 | | MANDATE of USCA (certified copy) vacating the district courts December 19th order denying plaintiffs' motion to amend the judgment and remanding for further proceedings as to (47 in 1:11−cv−01803−RJL) Notice of Appeal to DC Circuit Court, filed by ATMS OF THE SOUTH, INC., TURNKEY ATM SOLUTIONS, LLC, BUSINESS RESOURCE GROUP, INC., ATM BANKCARD SERVICES, INC., JUST ATMS, INC., NATIONAL ATM COUNCIL, INC., WASH WATER SOLUTIONS, INC., CABE & CATO, INC., TRINITY HOLDINGS LTD, INC., MILLS−TEL, CORP MEINERS DEVELOPMENT COMPANY OF LEE'S SUMMIT, MISSOURI, LLC, T&T COMMUNICATIONS, INC., SELMAN TELECOMMUNICATIONS INVESTMENT GROUP, LLC, SCOT GARDNER, RANDAL N. BRO, (73 in 1:11−cv−01831−RJL) Notice of Appeal to DC Circuit Court, filed by ANDREW MACKMIN, JOHN EPSELAND, SAM OSBORN, BARBARA INGLIS, an |

| | | | |
|---|---|---|---|
| | | | (38 in 1:11−cv−01882−RJL) Notice of Appeal to DC Circuit Court, filed by MARY STOUMBOS. USCA Case Number 14−7004 (consolidated with 14−7005 and 14−7006). (vt) (Entered: 10/28/2015) |
| 10/30/2015 | 43 | | STIPULATION / *Joint Stipulation and Proposed Order* by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. (Gallo, Kenneth) (Entered: 10/30/2015) |
| 11/23/2015 | | | MINUTE ORDER. Upon consideration of the parties' 43 Stipulation, it is hereby ORDERED that plaintiffs' Second Amended Class Action Complaint [32−3] is deemed filed, and each defendant shall file an answer to the Second Amended Class Action Complaint on or before December 10, 2015. Signe by Judge Richard J. Leon on 11/23/15. (lcrjl1, ) (Entered: 11/23/2015) |
| 11/23/2015 | 44 | | SECOND AMENDED COMPLAINT against MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONA SERVICE ASSOCIATION, VISA U.S.A. INC. with Jury Demand filed by MARY STOUMBOS.(jf) (Entered: 11/23/2015) |
| 12/10/2015 | 45 | | ANSWER to 44 Amended Complaint by PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONA SERVICE ASSOCIATION, VISA U.S.A. INC.. Related document: 44 Amended Complaint filed by MARY STOUMBOS.(Eisenstein, Matthew) (Entered: 12/10/2015) |
| 12/10/2015 | 46 | | ANSWER to 44 Amended Complaint by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED. Related document: 44 Amended Complaint filed by MARY STOUMBOS.(Gallo, Kenneth) (Entered: 12/10/2015) |
| 03/18/2016 | 47 | | MEET AND CONFER STATEMENT. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Berman, Steve) (Entered: 03/18/2016) |
| 03/18/2016 | 48 | | Unopposed MOTION to Appoint Counsel *for appointment of Finkelstein Thompson LLP and Lovell Stewart Halebian Jacobson LLP as Co−Lead Counsel for Independent ATM Consumers* by MARY STOUMBOS (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order)(McLellan, Michael) (Entered: 03/18/2016) |
| 03/22/2016 | 49 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Christopher Lovell, :Firm− Lovell Stewart Halebian Jacobsen LLP, :Address− 61 Broadway, STE 501 New York, NY 10006. Phone No. (212)−608−1900. Fax No. − (212) 719−4775 Filing fee $ 100, receipt number 0090−4455128. Fee Status: Fee Paid. by MARY STOUMBOS (Attachments: # 1 Declaration of Christopher Lovell in Support of Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order)(McLellan, Michael) (Entered: 03/22/2016) |
| 04/19/2016 | 50 | | NOTICE of Appearance by Donna M. Ioffredo on behalf of MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Ioffredo, Donna) (Entered: 04/19/2016) |
| 04/19/2016 | 51 | | NOTICE of Appearance by Zachary Alan Dietert on behalf of MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Dietert, Zachary) (Entered: 04/19/2016) |
| 06/30/2016 | 52 | | NOTICE *Regarding Petitions for Certiorari* by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONA SERVICE ASSOCIATION, VISA U.S.A. INC. (Merley, Mark) (Entered: 06/30/2016) |
| 07/21/2016 | | | MINUTE ORDER STAYING CASE. Upon consideration of 52 Notice Regarding Petitions for Certiorari, it is hereby ORDERED that the above−captioned case is STAYED pending review by the Supreme Court of the decision of the Court of Appeals for the District of Columbia, Osborn v. Visa Inc 797 F.3d 1057 (D.C. Cir. 2015), in this case and the two related consolidated cases. Signed by Judge Richard J. Leon on 07/21/2016. (lcrjl1, ) (Entered: 07/21/2016) |

| | | | |
|---|---|---|---|
| 12/27/2016 | | | MINUTE ORDER: In light of the United States Supreme Court's 11/17/16 dismissal of defendants' petitions for certiorari, it is hereby ORDERED that a status conference for this case and the two related consolidated cases (11−1803 and 11−1831) is set for 01/12/17 at 3:00PM in Courtroom 18 in front of Judge Richard J. Leon. Signed by Judge Richard J. Leon on 12/27/16. (lcrjl1) (Entered: 12/27/2016) |
| 12/28/2016 | | | Set/Reset Hearings: Status Conference set for 1/12/2017 at 3:00 PM in Courtroom 18 before Judge Richard J. Leon. (jth) (Entered: 12/28/2016) |
| 12/29/2016 | 53 | | Unopposed MOTION to Reschedule Status Conference by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Gallo, Kenneth) (Entered: 12/29/2016) |
| 01/03/2017 | 54 | | MOTION to Lift Stay *Consumer Plaintiffs' Motion to Lift Stay and For Entry of Plaintiffs' Corrected Initial Scheduling Order* by MARY STOUMBOS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Berman, Steve). Added MOTION for Scheduling Order on 1/4/2017 (znmw). (Entered: 01/03/2017) |
| 01/05/2017 | 55 | | NOTICE of Change of Address by Mark R. Merley (Merley, Mark) (Entered: 01/05/2017) |
| 01/06/2017 | 56 | | RESPONSE re 54 MOTION to Lift Stay *Consumer Plaintiffs' Motion to Lift Stay and For Entry of Plaintiffs' Corrected Initial Scheduling Order* MOTION for Scheduling Order filed by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. (Attachments: # 1 Exhibit)(Merley, Mark) (Entered: 01/06/2017) |
| 01/09/2017 | | | MINUTE ORDER: Upon consideration of defendants' Motion to Reschedule Status Conference 53 , it hereby ORDERED that the Motion is DENIED. Signed by Judge Richard J. Leon on 01/09/17. (lcrjl1) (Entered: 01/09/2017) |
| 01/10/2017 | 57 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Gary S. Jacobson, :Firm− Lovell Stewart Halebian Jacobson LLP, :Address− 61 Broadway, STE 501 New York, NY 10006. Phone No. − (212) 608−1900. Fax No. − (212) 719−4775 Filing fee $ 100, receipt number 0090−4801307. Fee Status: Fee Paid. by MARY STOUMBOS (Attachments: # 1 Declaration, # 2 Supplement)(McLellan, Michael) (Entered: 01/10/2017) |
| 01/11/2017 | 58 | | NOTICE of Appearance by Douglas Graham Thompson, Jr on behalf of MARY STOUMBOS (Thompson, Douglas) (Entered: 01/11/2017) |
| 01/12/2017 | | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 1/12/2017. Plaintiffs' renewed Motion for Preliminary Injunction is due within 30 days, the Opposition is due 30 days thereafter, any Reply is due within 15 days of the Opposition. (Court Reporter: William Zaremba) (jth) (Entered: 01/12/2017) |
| 01/20/2017 | 59 | | STIPULATION *Proposed Protective Order* by VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. (Merley, Mark) (Entered: 01/20/2017) |
| 01/26/2017 | | | MINUTE ORDER: Upon consideration of plaintiff's Motion for Admission of Christopher Lovell Pro Hac Vice 49 and plaintiff's Motion for Admission of Gary S. Jacobson Pro Hac Vice 57 , it is hereby ORDERED that the Motions are GRANTED and that Christopher Lovell and Gary S. Jacobson are admitted pro hac vice in this case. Signed by Judge Richard J. Leon on 01/26/17. (lcrjl1) (Entered: 01/26/2017) |
| 01/27/2017 | 60 | | ORDER that the 48 Unopposed Motion for the Appointment of Finkelstein Thompson LLP and Lovell Stewart Halebian Jacobson LLP as Co_Lead Counsel for the Independent ATM Consumer Class is GRANTED. (see order for details). IT IS SO ORDERED. Signed by Judge Richard J. Leon on 01/18/2017. (jth) (Entered: 01/27/2017) |

| | | | |
|---|---|---|---|
| 01/30/2017 | 61 | | STIPULATED PROTECTIVE ORDER. Signed by Judge Richard J. Leon on 1/29/2017. (jth) (Entered: 01/30/2017) |
| 01/31/2017 | | | MINUTE ORDER: In this matter, Plaintiff brings a class action on behalf of herself and an alleged class of all "persons in the United States who were charged an ATM Access Fee at an Independent ATM during the relevant Class Period." Second Am. Compl., Dkt. # 44 at Paragraph 56. Unlike the operative complaint in the related case, *Mackmin et al. v. Bank of America et al.*, plaintiff's complaint does not include a provision excluding the judge, his family, and his judicial staff from the alleged class. See Second Am. Compl., *Mackmin et al. v. Bank of America et al.* , Civ. No. 11−1831, Dkt. # 84 at Paragraphs 131, 140. In light of this ambiguity, it is hereby ORDERED that the plaintiff, within 14 days of the issuance of this Order, shall file an amended complaint excluding the judge, his family, and judicial staff from any alleged class or shall brief the Court on whether it must recuse itself under 28 U.S.C. § 455(b), if the judge, one of his family members, and/or his entire judicial staff falls within the alleged class. It is further ORDERED that, if necessary, the defendants will be permitted to file a response within 10 days of receiving plaintiff's brief. SO ORDERED. Signed by Judge Richard J. Leon on 01/31/17. (lcrjl1) (Entered: 01/31/2017) |
| 02/06/2017 | 62 | | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Richard J. Leon held on January 12, 2017; Page Numbers: 1−51. Date of Issuance: February 6, 2017. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/27/2017. Redacted Transcript Deadline set for 3/9/2017. Release of Transcript Restriction set for 5/7/2017.(wz) (Main Document 62 replaced to correct case numbers on 2/8/2017) (znmw). (Entered: 02/06/2017) |
| 02/14/2017 | 63 | | AMENDED COMPLAINT *Third* against All Defendants with Jury Demand filed by MARY STOUMBOS.(McLellan, Michael) (Entered: 02/14/2017) |
| 02/24/2017 | 64 | | ANSWER to 63 Amended Complaint by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED. Related document: 63 Amended Complaint filed by MARY STOUMBOS.(Gallo, Kenneth) (Entered: 02/24/2017) |
| 02/24/2017 | 65 | | ANSWER to 63 Amended Complaint by PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. Related document: 63 Amended Complaint filed by MARY STOUMBOS.(Eisenstein, Matthew) (Entered: 02/24/2017) |
| 03/15/2017 | 66 | | NOTICE of Appearance by Michelle S. Kallen on behalf of MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Kallen, Michelle) (Entered: 03/15/2017) |
| 04/05/2017 | 67 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED. Attorney Andrew C. Finch terminated. (Gallo, Kenneth) (Entered: 04/05/2017) |

| | | | |
|---|---|---|---|
| 04/10/2017 | 68 | | NOTICE of Appearance by Justin A. Anderson on behalf of MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Anderson, Justin) (Entered: 04/10/2017) |
| 04/17/2017 | 69 | | NOTICE of Appearance by Rosemary Szanyi on behalf of PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC. (Szanyi, Rosemary) (Entered: 04/17/2017) |
| 05/18/2017 | 70 | | STIPULATION *and [Proposed] Order Regarding the Production of Discovery Material* by MARY STOUMBOS. (Berman, Steve) (Entered: 05/18/2017) |
| 05/24/2017 | 71 | | STIPULATION AND ORDER REGARDING THE PRODUCTION OF DISCOVERY MATERIAL. (see the document for complete details). Signed by Judge Richard J. Leon on 5/21/2017.(jth) (Entered: 05/24/2017) |
| 10/18/2017 | 72 | | STIPULATION *and [Proposed] Order Regarding Expert Disclosure Protocol* by MARY STOUMBO (Berman, Steve) (Entered: 10/18/2017) |
| 10/25/2017 | 73 | | NOTICE of Change of Address by Michael Glenn McLellan (McLellan, Michael) (Entered: 10/25/201 |
| 11/08/2017 | 74 | | STIPULATION AND ORDER REGARDING EXPERT DISCLOSURE PROTOCOL. (see document for complete details). Signed by Judge Richard J. Leon on 11/8/2017. (jth) (Entered: 11/09/2017) |
| 11/09/2017 | | | MINUTE ORDER. It is ORDERED that a Status Conference be set for November 20, 2017 at 3:00 PM in Courtroom 18 before Judge Richard J. Leon. Signed by Judge Richard J. Leon on 11/9/2017. (lcrjl1) (Entered: 11/09/2017) |
| 11/20/2017 | | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 11/20/201 The parties are directed to file a Joint Status Report regarding issues discussed at the Status Conference by 12/4/2017. (Court Reporter: Barbara DeVico) (jth) (Entered: 11/20/2017) |
| 11/26/2017 | | | MINUTE ORDER. It is hereby ORDERED, that this Court's Order issued on 7/21/2016, that stayed these cases is Lifted. SO ORDERED. By Judge Richard J. Leon on 11/26/2017. (jth) (Entered: 11/26/2017) |
| 12/04/2017 | 75 | | Joint STATUS REPORT by PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Merley, Mark) (Entered: 12/04/2017) |
| 02/01/2018 | 76 | | SCHEDULING ORDER. This Court having considered the motions of the parties for entry of their proposed scheduling order (Dkt. #107 in 11−cv−1831) (Dkt. #54 in 11−cv−1882), enters this Schedulin Order pursuant to Rule 16 of the Federal Rule of Civil Procedure and LCvR 16.4. (see the order for complete details). SO ORDERED. Signed by Judge Richard J. Leon on 1/31/2018. (jth) (Entered: 02/01/2018) |
| 02/22/2018 | 77 | | STIPULATION *and [Proposed] Order Regarding Court−Ordered Discovery Management Conferenc* by MARY STOUMBOS. (Berman, Steve) (Entered: 02/22/2018) |
| 03/21/2018 | | | MINUTE ORDER. Upon consideration of the parties' Stipulation and Proposed Order Regarding Court−Ordered Discovery Management Conferences (see ECF No. 119 in 11−cv−1803; ECF No. 136 i 11−cv−1831; ECF No. 77 in 11−cv−1882), it is hereby ORDERED that an informal discovery management conference be set for May 18, 2018 at 12:00 PM in the Court's conference room. As specified in the stipulation, attendance at the informal conference will be limited to no more than one lawyer per each of the eight party groups. The party representatives are instructed to appear in Courtroom 18 at the time of the conference, after which they will be directed to the Court's conference room. SO ORDERED. Signed by Judge Richard J. Leon on 3/21/2018. (lcrjl1) (Entered: 03/21/2018) |
| 05/14/2018 | 78 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Merrick Scott Rayle, :Firm− Lovell Stewart Halebian Jacobson LLP, :Address− 61 Broadway, Suite 501, New York, NY 10006. Phone No − (415)−533−5316. Fax No. − (212) 719−4775 Filing fee $ 100, receipt number 0090−5479031. Fee Status: Fee Paid. by MARY STOUMBOS (Attachments: # 1 Declaration Declaration of Merrick Scott Rayle in Support of Motion for Admission pro hac vice, # 2 Text of Proposed Order)(McLellan, Michael) (Entered: 05/14/2018) |
| 05/16/2018 | 79 | | Joint STATUS REPORT *in Stoumbos (1:11−cv−1882) and Mackmin (1:11−cv−1831) Cases* by MARY STOUMBOS. (Bonanno, Michael) (Entered: 05/16/2018) |
| 05/17/2018 | | | MINUTE ORDER granting 78 Motion for Admission of Merrick Scott Rayle Pro Hac Vice. It is hereby ORDERED that the motion is GRANTED and that Merrick Scott Rayle be, and hereby is, admitted pro hac vice in this case. SO ORDERED. Signed by Judge Richard J. Leon on 5/17/2018. (lcrjl1) (Entered: 05/17/2018) |
| 06/10/2018 | 80 | | NOTICE of Appearance by Merrick Scott Rayle on behalf of MARY STOUMBOS (Rayle, Merrick) (Entered: 06/10/2018) |
| 06/22/2018 | | | MINUTE ORDER. It is hereby ORDERED that an informal discovery management conference be set for July 16, 2018 at 3:00 PM in the Court's conference room. Attendance at the informal conference will be limited to no more than one lawyer per each of the eight party groups. The party representatives are instructed to appear in Courtroom 18 at the time of the conference, after which they will be directed to the Court's conference room. SO ORDERED. Signed by Judge Richard J. Leon on 6/22/2018. (lcrjl1) (Entered: 06/22/2018) |
| 06/26/2018 | 81 | | NOTICE of Change of Address by Merrick Scott Rayle (Rayle, Merrick) (Entered: 06/26/2018) |
| 07/10/2018 | 82 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED. Attorney Michelle S. Kallen terminated. (Kallen, Michelle) (Entered: 07/10/2018) |
| 07/13/2018 | 83 | | Joint STATUS REPORT by PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. (Merley, Mark) (Entered: 07/13/2018) |
| 07/17/2018 | | | MINUTE ORDER. It is hereby ORDERED that an informal discovery management conference be set for August 9, 2018 at 3:00 PM in the Court's conference room. Attendance at the informal conference will be limited to no more than one lawyer per each of the eight party groups. The party representatives are instructed to appear in Courtroom 18 at the time of the conference, after which they will be directed to the Court's conference room. It is further ORDERED that the parties shall file a joint status report on or before August 6, 2018. SO ORDERED. Signed by Judge Richard J. Leon on 7/17/2018. (lcrjl1) (Entered: 07/17/2018) |
| 08/06/2018 | 84 | | Joint STATUS REPORT by MARY STOUMBOS. (McLellan, Michael) (Entered: 08/06/2018) |
| 08/13/2018 | | | ENTERED IN ERROR.....MINUTE ORDER. It is hereby ORDERED that an informal discovery management conference be set for September 28, 2018 at 3:00 PM in Courtroom 18. Attendance at the informal conference will be limited to no more than one lawyer per each of the eight party groups. It is further ORDERED that the parties shall file a joint status report on or before September 24, 2018. SO ORDERED. Signed by Judge Richard J. Leon on 8/13/18. (lcrjl1) Modified on 8/23/2018 (zth). (Entered: 08/13/2018) |
| 08/15/2018 | | | Set/Reset Hearings: Discovery Hearing set for 9/28/2018 at 03:00 PM in Courtroom 18 before Judge Richard J. Leon. (tb) (Entered: 08/15/2018) |
| 08/23/2018 | | | NOTICE OF CORRECTED DOCKET ENTRY: The Court's Minute Order issued 8/13/2018 was entered in error and will be refiled by the Court. (jth) (Entered: 08/23/2018) |

| | | | |
|---|---|---|---|
| 08/23/2018 | | | MINUTE ORDER. It is hereby ORDERED that an informal discovery management conference be set for September 28, 2018 at 3:00 PM in Courtroom 18. Attendance at the informal conference will be limited to no more than one lawyer per each of the eight party groups. It is further ORDERED that the parties shall file a joint status report on or before September 24, 2018. SO ORDERED. Signed by Judg Richard J. Leon on 8/23/18. (lcrjl1) (Entered: 08/23/2018) |
| 09/24/2018 | 85 | | Joint STATUS REPORT by PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. (Merley, Mark) (Entered: 09/24/2018) |
| 09/25/2018 | | | MINUTE ORDER. It is hereby ORDERED that the informal discovery management conference set for September 28, 2018 shall be rescheduled from 3:00 pm to 3:30 pm in Courtroom 18. Attendance at the informal conference will be limited to no more than one lawyer per each of the eight party groups. SO ORDERED. Signed by Judge Richard J. Leon on 9/25/18. (lcrjl1) (Entered: 09/25/2018) |
| 09/25/2018 | | | Set/Reset Hearings: The informal discovery management conference set for 9/28/2018 is rescheduled to 3:30 PM from 3:00 PM in Courtroom 18. (jth) (Entered: 09/25/2018) |
| 10/01/2018 | | | MINUTE ORDER. It is hereby ORDERED that an informal discovery management conference be set for November 21, 2018 at 3:00 PM in Courtroom 18. Attendance at the informal conference will be limited to no more than one lawyer per each of the eight party groups. It is further ORDERED that the parties shall file a joint status report on or before November 19, 2018. SO ORDERED. Signed by Judge Richard J. Leon on 10/1/18. (lcrjl1) (Entered: 10/01/2018) |
| 10/01/2018 | | | Set/Reset Deadlines: The parties shall file a Joint Status Report by 11/19/2018. (jth) (Entered: 10/01/2018) |
| 10/25/2018 | 86 | | NOTICE of Proposed Order *of Amended Scheduling* by PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC. (Attachments: # 1 Text of Proposed Order Proposed Amended Scheduling Order)(Merley, Mark) (Entered: 10/25/2018) |
| 11/08/2018 | 87 | | AMENDED SCHEDULING ORDER: Fact Discovery shall close on July 16, 2019. Plaintiffs in each action shall file any motion for class certification, along with supporting materials and class expert reports, on the same schedule. The motions shall be made no later than April 12, 2019. (see the order fo complete details). SO ORDERED. Signed by Judge Richard J. Leon on 11/6/2018.by Judge Richard J. Leon on 11/6/2018. (jth) (Entered: 11/08/2018) |
| 11/08/2018 | | | MINUTE ORDER. It is hereby ORDERED that the informal discovery conference scheduled for November 21, 2018, at 3:00 PM be continued to a date and time to be determined in the new year. It is further ORDERED that the parties shall file a Joint Status Report on or before November 19, 2018, as scheduled. SO ORDERED. By Judge Richard J. Leon on 11/8/2018. (jth) (Entered: 11/08/2018) |
| 11/19/2018 | 88 | | Joint STATUS REPORT by MARY STOUMBOS. (McLellan, Michael) (Entered: 11/19/2018) |
| 12/21/2018 | 89 | | Joint STATUS REPORT by MARY STOUMBOS. (McLellan, Michael) (Entered: 12/21/2018) |
| 12/31/2018 | 90 | | MOTION for Extension of Time to *Submit Class Certification Motions* by MARY STOUMBOS (Attachments: # 1 Text of Proposed Order Proposed Second Amended Scheduling Order, # 2 Declaration, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D)(McLellan, Michael) (Entered: 12/31/2018) |
| 01/02/2019 | 91 | | ENTERED IN ERROR.....NOTICE */ Letter re Plaintiffs' December 31, 2018, Motion* by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED re 90 MOTION for Extension of Time to *Submit Class Certification Motions* (Anderson, Justin) Modified on 1/4/2019 (zjf). (Entered: 01/02/2019) |
| 01/04/2019 | | | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 91 Notice (Other), was entered in error and counsel was instructed to refile said pleading as a proper pleading. (See LCvR 5.1 (a) CORRESPONDENCE WITH THE COURT) (jf) (Entered: 01/04/2019) |
| 01/04/2019 | 92 | | RESPONSE re 90 MOTION for Extension of Time to *Submit Class Certification Motions* filed by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED. (Anderson, Justin) (Entered: 01/04/2019) |
| 02/05/2019 | 93 | | NOTICE of Appearance by Mitchell D. Webber on behalf of MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Webber, Mitchell) (Entered: 02/05/2019) |
| 02/08/2019 | | | MINUTE ORDER. It is hereby ORDERED that an informal discovery management conference be set for February 22, 2019 at 4:00 PM in Courtroom 18. Attendance at the informal conference will be limited to no more than one lawyer per each of the eight party groups. It is further ORDERED that the parties shall file an updated joint status report on or before February 20, 2019. SO ORDERED. Signed by Judge Richard J. Leon on 2/8/19. (lcrjl1) (Entered: 02/08/2019) |
| 02/10/2019 | | | Set/Reset Deadlines: The parties shall file an update Joint Status Report by 2/20/2019. (jth) (Entered: 02/10/2019) |
| 02/20/2019 | 94 | | Joint STATUS REPORT by MARY STOUMBOS. (McLellan, Michael) (Entered: 02/20/2019) |
| 02/22/2019 | 95 | | NOTICE of Change of Address by Merrick Scott Rayle (Rayle, Merrick) (Entered: 02/22/2019) |
| 04/05/2019 | 96 | | MOTION for Case Management Conference by MARY STOUMBOS (Attachments: # 1 Text of Proposed Order)(McLellan, Michael) Modified on 4/10/2019 to correct docket text (jf). (Entered: 04/05/2019) |
| 04/10/2019 | | | NOTICE OF ERROR re 96 Motion for Hearing; emailed to mmclellan@finkelsteinthompson.com, cc'd 32 associated attorneys −− The PDF file you docketed contained errors: 1. Invalid attorney signature, 2. DO NOT REFILE (FYI) − Signature on pleading(s) must match login/password (zjf, ) (Entered: 04/10/2019) |
| 04/16/2019 | 97 | | NOTICE of Change of Address by Christopher Lovell (Lovell, Christopher) (Entered: 04/16/2019) |
| 05/02/2019 | | | MINUTE ORDER. It is hereby ORDERED that an informal discovery management conference be set for May 24, 2019 at 3:00 PM in Courtroom 18. Attendance at the informal conference will be limited to no more than one lawyer per each of the eight party groups. It is further ORDERED that the April 12, 2019 class certification deadline shall, on consent of the parties, be amended nunc pro tunc and set for June 28, 2019. It is further ORDERED that the parties shall file an updated joint status report on or before May 20, 2019 that briefly describes the disputed discovery issues to be addressed in the informal conference. SO ORDERED. Signed by Judge Richard J. Leon on 5/2/19. (lcrjl1) (Entered: 05/02/2019) |
| 05/02/2019 | | | Set/Reset Deadlines/Hearings: Informal Discovery Management Conference is set for 5/24/2019 at 3:00 PM in Courtroom 18. Attendance at the informal conference will be limited to no more than one lawyer per each of the eight party groups. It is further ORDERED that the 4/12/2019 class certification deadline shall, on consent of the parties, be amended nunc pro tunc and set for 6/28/2019. It is further ORDERED that the parties shall file an updated joint status report on or before 5/20/2019 that briefly describes the disputed discovery issues to be addressed in the informal conference. (jth) (Entered: 05/02/2019) |
| 05/14/2019 | 98 | | NOTICE of Appearance by Samantha A. Weinberg on behalf of MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Weinberg, Samantha) (Entered: 05/14/2019) |
| 05/17/2019 | 99 | | MOTION for Intervention and to Substitute Class Representatives by MARY STOUMBOS. (Attachments: # 1 Exhibit Complaint in Intervention)(McLellan, Michael) Modified on 5/20/2019 event/text (jf). (Entered: 05/17/2019) |

| | | | |
|---|---|---|---|
| 05/20/2019 | 100 | | Joint STATUS REPORT by MARY STOUMBOS. (McLellan, Michael) (Entered: 05/20/2019) |
| 06/12/2019 | 101 | | STIPULATION AND ORDER AUTHORIZING THE INTERVENTION AND SUBSTITUTION OF CLASS REPRESENTATIVES. (see the order for complete details). Signed by Judge Richard J. Leon o 6/10/2019. (jth) (Entered: 06/12/2019) |
| 06/12/2019 | 102 | | FOURTH AMENDED COMPLAINT against MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONA SERVICE ASSOCIATION, VISA U.S.A. INC. with Jury Demand filed by KENT HARRISON, MARIN P. HEISKELL, BRYAN BYRNES, PETER BURKE.(jf) (Entered: 06/18/2019) |
| 06/28/2019 | 103 | | STATUS REPORT by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(McLellan, Michael) (Entered: 06/28/2019) |
| 08/21/2019 | 104 | | NOTICE of Proposed Order by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL (Attachments: # 1 Text of Proposed Order Plaintiffs' Proposed Amended Scheduling Order # 2 Text of Proposed Order Defendants' Proposed Amended Scheduling Order)(McLellan, Michael) (Entered: 08/21/2019) |
| 08/30/2019 | 105 | | Joint MOTION for October 2019 Informal Discovery Management Conference by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL (Attachments: # 1 Text of Proposed Order)(McLellan, Michael) Modified event on 9/5/2019 (znmw). (Entered: 08/30/2019) |
| 09/03/2019 | 106 | | STIPULATION *and [Proposed] Order Regarding Motion for Class Certification Briefing Page Limits* by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. (McLellan, Michael) (Entered: 09/03/2019) |
| 09/05/2019 | 107 | | AMENDED SCHEDULING ORDER entered pursuant to Rule 16 of the Federal Rules of Civil Procedure and LCvR 16.4. This Order supersedes the Order dated November 6, 2018. It is FURTHER ORDERED that he parties shall appear at a Status Conference on September 25, 2019, at 4:00 PM in Courtroom 18 before Judge Richard J. Leon. Signed by Judge Richard J. Leon on 8/29/2019. (tg) (Entered: 09/05/2019) |
| 09/11/2019 | 108 | | STIPULATION AND ORDER Regarding Motion for Class Certification Briefing Page Limits. Signed by Judge Richard J. Leon on 9/9/2019. (tg) (Entered: 09/11/2019) |
| 09/13/2019 | 109 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED. Attorney Mitchell D. Webber terminated. (Webber, Mitchell) (Entered: 09/13/2019) |
| 09/17/2019 | | | MINUTE ORDER. It is hereby ORDERED that 151 Motion for Extension of Time to Submit Class Certification Motions in No. 11−cv−1831 and 90 Motion for Extension of Time to Submit Class Certification Motions in No. 11−cv−1882 are DENIED AS MOOT. SO ORDERED. Signed by Judge Richard J. Leon on 9/17/2019. (lcrjl1) (Entered: 09/17/2019) |
| 09/18/2019 | 110 | | Joint STATUS REPORT by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. (McLellan, Michael) (Entered: 09/18/2019) |
| 09/20/2019 | 111 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Supplement, # 2 Memorandum in Support, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, |

| | | | |
|---|---|---|---|
| | | | # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit, # 39 Exhibit, # 40 Exhibit, # 41 Exhibit, # 42 Exhibit, # 43 Exhibit, # 44 Exhibit, # 45 Exhibit, # 46 Exhibit, # 47 Exhibit, # 48 Exhibit, # 49 Exhibit, # 50 Exhibit, # 51 Exhibit, # 52 Exhibit, # 53 Exhibit, # 54 Exhibit, # 55 Exhibit, # 56 Exhibit, # 57 Exhibit, # 58 Exhibit, # 59 Exhibit, # 60 Exhibit, # 61 Exhibit Expert Report of Dr. William Lehr)(McLellan, Michael) (Entered: 09/20/2019) |
| 09/25/2019 | | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 9/25/2019 (Court Reporter: Nancy Meyer). (jth) (Entered: 09/25/2019) |
| 09/30/2019 | 112 | | TRANSCRIPT OF PROCEEDINGS before Judge Richard J. Leon held on 09/25/2019; Page Numbers 1−26. Date of Issuance:09/30/2019. Court Reporter: Nancy J. Meyer, Telephone Number: (202) 354−3118, Tape Number: N/A. Transcripts may be ordered by submitting the <a href="http://www.dcd.uscourts.gov/node/110">Transcript Order Form</a><P></P><P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<P></P> Redaction Request due 10/21/2019. Redacted Transcript Deadline set for 10/31/2019. Release of Transcript Restriction set for 12/29/2019.(Meyer, Nancy) (Entered: 09/30/2019) |
| 10/07/2019 | | | MINUTE ORDER. It is hereby ORDERED that the September 5, 2019 Amended Scheduling Order is modified as follows: Defendants shall have an additional 45 days to oppose plaintiffs' motions for class certification; plaintiffs shall have an additional 30 days to file replies in support of their motions for class certification; plaintiffs may serve expert reports no later than 60 days after the Courts ruling on plaintiffs' class certification motions. It is further ORDERED that Plaintiffs request to extend fact discovery past December 24, 2019 is DENIED. SO ORDERED. Signed by Judge Richard J. Leon on 10/7/2019. (lcrjl1) (Entered: 10/07/2019) |
| 10/07/2019 | | | MINUTE ORDER granting 111 Sealed Motion for Leave to File Document Under Seal. It is further ORDERED that the Clerk is directed to FILE UNDER SEAL [111−1] Plaintiffs' Motion for Class Certification and [111−2] Memorandum in Support thereof. It is further ORDERED that the Clerk is directed to MAINTAIN UNDER SEAL [111−3] through [111−61] the exhibits thereto. Signed by Judge Richard J. Leon on 10/7/2019. (lcrjl1) (Entered: 10/07/2019) |
| 10/07/2019 | | | MINUTE ORDER. It is hereby ORDERED that 137 , 158 , and 96 Motions for Case Management Conference filed on April 5, 2019 are DENIED AS MOOT. It is further ORDERED that 144 , 168 , and 105 Joint Motions for October 2019 Informal Discovery Management Conference filed on August 30, 2019 are DENIED AS MOOT. SO ORDERED. Signed by Judge Richard J. Leon on 10/7/2019. (lcrjl1) (Entered: 10/07/2019) |
| 10/07/2019 | 114 | | SEALED MOTION for Class Certification filed by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. (This document is SEALED and only available to authorized persons.) (See Docket Entry 111 to view exhibits)(zjf) (Entered: 10/09/2019) |
| 10/08/2019 | 113 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Craig Essenmacher, :Firm− Lovell Stewart Halebian Jacobsen LLP, :Address− 61 Broadway, STE 501 New York, NY 10006. Phone No. (212)−608−1900. Fax No. − (212) 719−4677 Filing fee $ 100, receipt number ADCDC−6432938. Fee Status: Fee Paid. by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(McLellan, Michael) (Entered: 10/08/2019) |
| 10/14/2019 | | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ORDER granting 113 Motion for Leave to Appear Pro Hac Vice. It is hereby ORDERED tha the motion is GRANTED and that Craig Essenmacher be, and hereby is, admitted pro hac vice in this case. SO ORDERED. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).For instructions visit: https://www.dcd.uscourts.gov/sites/dcd/files/NextGEN_Tutorial_for_Registering_for_E−filing.pd** Signed by Judge Richard J. Leon on 10/14/2019. (lcrjl1) (Entered: 10/14/2019) |
| 10/22/2019 | 115 | | NOTICE of Appearance by Melissa R. Alpert on behalf of MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Alpert, Melissa) (Entered: 10/22/2019) |
| 10/22/2019 | 116 | | NOTICE of Appearance by Eric R. Sega on behalf of MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Sega, Eric) (Entered: 10/22/2019) |
| 10/25/2019 | 117 | | NOTICE of Appearance by Craig Essenmacher on behalf of PETER BURKE (Essenmacher, Craig) (Entered: 10/25/2019) |
| 10/29/2019 | 118 | | NOTICE of Appearance by Jessica Anne Morton on behalf of MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Morton, Jessica) (Entered: 10/29/2019) |
| 11/01/2019 | 119 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED. Attorney Zachary Alan Dietert terminated. (Dietert, Zachary) (Entered: 11/01/2019) |
| 11/15/2019 | 120 | | NOTICE of Appearance by Grace Tiedemann on behalf of MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Tiedemann, Grace) (Entered: 11/15/2019) |
| 11/19/2019 | 121 | | NOTICE of Appearance by Laura E. Cox on behalf of MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Cox, Laura) (Entered: 11/19/2019) |
| 12/04/2019 | 122 | | NOTICE of Appearance by Cindy Y. Hong on behalf of PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC. (Hong, Cindy) (Entered: 12/04/2019) |
| 12/06/2019 | 123 | | NOTICE of Appearance by Dylan Scot Young on behalf of PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC. (Young, Dylan) (Entered: 12/06/2019) |
| 12/09/2019 | 124 | | NOTICE of Appearance by Karen Christine Otto on behalf of PLUS SYSTEM, INC., VISA INC., VIS INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC. (Otto, Karen) (Entered: 12/09/2019) |
| 01/02/2020 | 125 | | STIPULATION *and [Proposed] Order Extending Deadline for Defendants to File Opposition to Plaintiffs' Motion for Class Certification* by PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. (Merley, Mark) (Entered: 01/02/2020) |
| 01/05/2020 | | | MINUTE ORDER. Upon consideration of the parties' Stipulation and Proposed Order Extending Deadline for Defendants to File Oppositions to Plaintiffs' Motions for Class Certification, it is hereby ORDERED that the September 5, 2019 Amended Scheduling Order, as modified by the Court's Minute Order of October 7, 2019, is further modified as follows: Defendants' deadline to file oppositions pape including opposition expert reports, to Plaintiffs' Motions for Class Certification is extended to Februar 18, 2020; Plaintiffs' deadline to file replies and all supporting materials, including any rebuttal expert reports, in support of their Motions for Class Certification is extended to April 20, 2020. SO ORDERED. Signed by Judge Richard J. Leon on 1/5/2020. (lcrjl1) (Entered: 01/05/2020) |
| 01/06/2020 | | | |

| | | | |
|---|---|---|---|
| | | | Set/Reset Deadlines: Defendants' deadline to file oppositions papers, including opposition expert reports, to Plaintiffs' Motions for Class Certification is extended to 2/18/2020; Plaintiffs' deadline to fil replies and all supporting materials, including any rebuttal expert reports, in support of their Motions fo Class Certification is extended to 4/20/2020. (jth) (Entered: 01/06/2020) |
| 02/11/2020 | 126 | | MOTION for Leave to File *a Consolidated Opposition to Motion for Class Certification (EXPEDITED MOTION)* by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED (Attachments: # 1 Text of Proposed Order)(Anderson, Justin) (Entered: 02/11/202 |
| 02/12/2020 | 127 | | Memorandum in opposition to re 126 MOTION for Leave to File *a Consolidated Opposition to Motion for Class Certification (EXPEDITED MOTION)* filed by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. (McLellan, Michael) (Entered: 02/12/2020) |
| 02/12/2020 | | | MINUTE ORDER. Upon consideration of Defendants' Expedited Motion to File a Consolidated Brief Opposing Class Certification, it is hereby ORDERED that the motion is GRANTED. Defendants are required, however, to address all three pending motions for class certification in their consolidated opposition, including any unique arguments made or evidence relied upon by each of the three putative classes. SO ORDERED. Signed by Judge Richard J. Leon on 2/12/20. (lcrjl1) (Entered: 02/12/2020) |
| 02/18/2020 | 128 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 [Proposed] Order Granting Visa and Mastercard Defendants' Unopposed Motion for Leave to File Documents Under Sea # 2 Visa and Mastercard Defendants Memorandum of Law in Opposition to Plaintiffs Motions for Clas Certification and Appointment of Class Representatives and Class Counsel, # 3 [Proposed] Order Denying Plaintiffs Motions for Class Certification and Appointment of Class Representatives and Class Counsel, # 4 Declaration of Rosemary Szanyi In Support of Visa and Mastercard Defendants Oppositio to Plaintiffs Motions for Class Certification and Appointment of Class Representatives and Class Counsel with Exhibit Nos. 1 to 149, # 5 Ex. No. 1 to Szanyi Decl. (Part 1), # 6 Ex. No. 1 to Szanyi Dec (Part 2), # 7 Ex. Nos. 2 to 9 to Szanyi Decl., # 8 Ex. Nos. 10 to 19 to Szanyi Decl., # 9 Ex. No. 20 to Szanyi Decl. (Part 1), # 10 Ex. No. 20 to Szanyi Decl. (Part 2), # 11 Ex. Nos. 21 to 37 to Szanyi Decl., 12 Ex. Nos. 38 to 50 to Szanyi Decl., # 13 Ex. Nos. 51 to 54 to Szanyi Decl., # 14 Ex. Nos. 55 to 58 to Szanyi Decl., # 15 Ex. Nos. 59 to 65 to Szanyi Decl., # 16 Ex. No. 66 to Szanyi Decl., # 17 Ex. No. 67 to Szanyi Decl., # 18 Ex. Nos. 68 to 81 to Szanyi Decl., # 19 Ex. Nos. 82 to 90 to Szanyi Decl., # 20 E Nos. 91 to 106 to Szanyi Decl., # 21 Ex. Nos. 107 to 108 to Szanyi Decl., # 22 Ex. No. 109 to Szanyi Decl., # 23 Ex. Nos. 110 to 112 to Szanyi Decl., # 24 Ex. Nos. 113 to 131 to Szanyi Decl., # 25 Ex. No 132 to 136 to Szanyi Decl., # 26 Ex. No. 137 to Szanyi Decl. (Part 1), # 27 Ex. No. 137 to Szanyi Decl (Part 2), # 28 Ex. Nos. 138 to 147 to Szanyi Decl., # 29 Ex. Nos. 148 to 149 to Szanyi Decl., # 30 Expe Report of Tony Hayes, # 31 Expert Report of Glenn Hubbard, # 32 Declaration of Clinton Cheng, # 33 Certificate of Service)(Eisenstein, Matthew) (Entered: 02/18/2020) |
| 03/05/2020 | 129 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED. Attorney Laura E. Cox terminated. (Cox, Laura) (Entered: 03/05/2020) |
| 03/06/2020 | 130 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. Attorney Cindy Y. Hong terminated. (Hong, Cindy) (Entered: 03/06/2020) |
| 03/12/2020 | 131 | | NOTICE of Appearance by Rosalee Belinda Connell Thomas on behalf of All Plaintiffs (Attachments: 1 Certificate of Service)(Thomas, Rosalee) (Entered: 03/12/2020) |
| 03/13/2020 | 132 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. Attorney Michael Glenn McLellan terminated. (McLellan, Michael) (Entered: 03/13/2020) |

| | | | |
|---|---|---|---|
| 03/17/2020 | 133 | | STIPULATION *TEMPORARILY ADJOURNING ALL CLASS CERTIFICATION DEADLINES* by PETER BURKE. (Attachments: # 1 Certificate of Service)(Thomas, Rosalee) (Entered: 03/17/2020) |
| 03/20/2020 | 134 | | JOINT STIPULATION AND ORDER TEMPORARILY ADJOURNING ALL CLASS CERTIFICATION DEADLINES. It is hereby ORDERED that, for the reasons stated in the order, the Court hereby adjourns all class certification−related deadlines in the action (as set forth in the Court's September 5, 2019 Amended Scheduling Order, as modified by the Court's October 7, 2019, and January 5, 2020 minute orders). Plaintiffs and Defendants shall update the Court via a status report within thirty (30) days of this Order regarding their views on when and how to reinstate a revised class certification schedule, or, alternatively, whether to continue to review the news and provide the Court with another status report at a later date. Signed by Judge Richard J. Leon on 3/19/2020. (jth) (Entered: 03/20/2020) |
| 04/20/2020 | 135 | | Joint STATUS REPORT by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. (Attachments: # 1 Declaration, # 2 Text of Proposed Order, # 3 Text of Proposed Order, # 4 Certificate of Service)(Thomas, Rosalee) (Entered: 04/20/2020) |
| 04/28/2020 | | | MINUTE ORDER. Plaintiffs and Defendants shall update the Court via a status report regarding their views on when and how to reinstate a revised class certification schedule, or, alternatively, whether to continue to review the news and provide the Court with another status report on May 19, 2020. The Joi Stipulation and Order temporarily adjourning all class certification deadlines entered March 20, 2020, shall remain in effect. SO ORDERED. Signed by Judge Richard J. Leon on 4/28/20. (lcrjl1) Modified o 4/28/2020 reflect that the correct date of the Joint Stipulation and Order was March 20, 2020 not April 19, 2020 (jth). (Entered: 04/28/2020) |
| 04/28/2020 | | | Set/Reset Deadlines: Joint Status Report due by 5/19/2020. (jth) (Entered: 04/28/2020) |
| 05/19/2020 | 136 | | Joint STATUS REPORT by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. (Attachments: # 1 Certificate of Service)(Thomas, Rosalee) (Entered: 05/19/2020) |
| 05/28/2020 | | | MINUTE ORDER. Upon consideration of 128 Defendants' Sealed Motion for Leave to File Document Under Seal, it is hereby ORDERED that the motion is GRANTED. The Clerk is directed to MAINTAI UNDER SEAL Dkt. # 128−2 through 128−33. It is further ORDERED that defendants shall file on the public docket by June 29, 2020 a redacted version of 128−2 Defendants' Memorandum of Law in Opposition to Plaintiffs Motions for Class Certification and Appointment of Class Representatives and Class Counsel. SO ORDERED. By Judge Richard J. Leon on 5/28/2020. (jth) (Entered: 05/28/2020) |
| 06/08/2020 | 137 | | NOTICE OF SUPPLEMENTAL AUTHORITY by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC. (Anderson, Justin) (Entered: 06/08/2020) |
| 06/29/2020 | 138 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Robert O. Wilson, Filing fee $ 100, receipt number BDCDC−7279177. Fee Status: Fee Paid. by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Thompson, Douglas) (Entered: 06/29/2020) |
| 06/29/2020 | 139 | | Memorandum in opposition to re 114 SEALED MOTION filed by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. (This document is SEALED and only availabl to authorized persons.) *Visa and Mastercard Defendants Memorandum of Law in Opposition to Plaintiffs' Motions for Class Certification and Appointment of Class Representatives and Class Counse (Public Redacted Version)* filed by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONA SERVICE ASSOCIATION, VISA U.S.A. INC.. (Eisenstein, Matthew) (Entered: 06/29/2020) |

| | | | |
|---|---|---|---|
| 06/30/2020 | 140 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. Attorney Rosalee Belinda Connell Thomas terminated. (Thomas Rosalee) (Entered: 06/30/2020) |
| 07/13/2020 | | | MINUTE ORDER granting 138 Motion for Leave to Appear Pro Hac Vice of Robert O. Wilson. It is hereby ORDERED that the motion is GRANTED and that Robert O. Wilson be, and hereby is, admitte pro hac vice in this case. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** **Click for instructions**. Signed by Judge Richard J. Leon on 7/13/20. (lcrjl1) (Entered: 07/13/2020) |
| 07/20/2020 | 141 | | NOTICE of Appearance by Robert Olin Wilson on behalf of All Plaintiffs (Wilson, Robert) (Entered: 07/20/2020) |
| 07/23/2020 | 142 | | STIPULATION *and [Proposed] Order Regarding Class Certification Briefing Schedule* by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED. (Gall Kenneth) (Entered: 07/23/2020) |
| 07/26/2020 | | | MINUTE ORDER. An on the record Telephone Conference Call is set for Wednesday, July 29, 2020, a 4:30 PM before Judge Richard J. Leon. The Court's Deputy Clerk, in a separate email, will provide counsel for the parties with the dial in telephone number and pass code to allow them access to the Call SO ORDERED. By Judge Richard J. Leon on 7/26/2020. (jth) (Entered: 07/26/2020) |
| 07/27/2020 | | | MINUTE ORDER. It is hereby ORDERED that plaintiffs shall file their class certification reply briefings on or before September 3, 2020. SO ORDERED. Signed by Judge Richard J. Leon on 07/27/2020. (lcrjl3) (Entered: 07/27/2020) |
| 07/29/2020 | | | Minute Entry for proceedings held before Judge Richard J. Leon: Telephone Conference Call held on 7/29/2020. (Court Reporter: William P. Zaremba) (jth) (Entered: 07/29/2020) |
| 08/20/2020 | 143 | | ENTERED IN ERROR.....STIPULATION *AND [PROPOSED] ORDER REGARDING PAGE LIMIT FOR BURKE PLAINTIFFS' CLASS CERTIFICATION REPLY BRIEF* by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. (Thompson, Douglas) Modified on 8/21/2020 (zjf). (Entered: 08/20/2020) |
| 08/20/2020 | 144 | | STIPULATION *AND [PROPOSED] ORDER REGARDING PAGE LIMIT FOR BURKE PLAINTIFFS CLASS CERTIFICATION REPLY BRIEF−CORRECTED PAGINATION* by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. (Thompson, Douglas) (Entered: 08/20/2020) |
| 08/21/2020 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 143 Stipulation, was entered in erro and refiled by counsel. (See Docket Entry 144 to view document)(zjf) (Entered: 08/21/2020) |
| 08/27/2020 | | | MINUTE ORDER. Upon consideration of 144 the parties' Stipulation and Proposed Order Regarding Page Limit for Burke Plaintiffs' Class Certification Reply Brief, it is hereby ORDERED that the Burke plaintiffs shall have up to 50 pages for their reply brief. It is further ORDERED that the Burke plaintiff shall meet and confer with defendants in good faith, after the Burke plaintiffs' reply is filed, about the scope and timing of any sur−reply that may be warranted. It is further ORDERED that defendants shall notify the Court by September 10, 2020, whether they intend to seek leave to file a sur−reply and their proposed deadline for doing so. SO ORDERED. Signed by Judge Richard J. Leon on 8/27/20. (lcrjl1) (Entered: 08/27/2020) |
| 09/03/2020 | 145 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL (This document is SEALED and only available to authorized persons.), SEALED REPLY TO OPPOSITION filed by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL re 111 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL (This document is SEALED and only available to authorized |

| | | | |
|---|---|---|---|
| | | | persons.), 114 SEALED MOTION filed by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. (This document is SEALED and only available to authorized persons.) (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order Proposed Order (Seal), # 2 Memorandum in Support Reply Memorandum in Support of Class Certification, # 3 Appendix Appendix of Exhibits to Reply Memorandum, # 4 Exhibit Ex. 62, # 5 Exhibit Ex. 63, # 6 Exhibit Ex. 64, # 7 Exhibit Ex. 65, # 8 Exhibit Ex. 66, # 9 Exhibit Ex. 67, # 10 Exhibit Ex. 68, # 11 Exhibit Ex. 69, # 12 Exhibit Ex. 70, # 13 Exhibit Ex. 71, # 14 Exhibit Expert Rebuttal Report of Dr. William Lehr, # 15 Exhibit− Part II of Expert Rebuttal Report of Dr. William Lehr (Thompson, Douglas) (Split exhibit 14 into 2 documents− exhibit 14 and 15.) (ztnr). (Entered: 09/03/2020) |
| 09/10/2020 | 146 | | NOTICE *of Intent to File Motion for Leave to File Sur−Reply* by PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC. (Eisenstein, Matthew) (Entered: 09/10/2020) |
| 09/24/2020 | 147 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC. (This documen is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit [Proposed] Order Granting Visa and Mastercard Defendants' Unopposed Motion for Leave to File Under Seal, # 2 Exhibi Certificate of Service, # 3 Exhibit Visa and Mastercard Defendants' Motion for Leave to File Sur−Repl Brief Opposing Class Certification and Accompanying Sur−Rebuttal Expert Report of Professor Glenn Hubbard, # 4 Exhibit [Proposed] Order Granting Visa and Mastercard Defendants' Motion for Leave to File Sur−Reply Brief Opposing Class Certification and Accompanying Sur−Rebuttal Expert Report of Professor Glenn Hubbard, # 5 Exhibit Visa and Mastercard Defendants' Sur−Reply in Opposition to Plaintiffs' Motions for Class Certification and Appointment of Class Representatives and Class Counse # 6 Exhibit Declaration of Rosemary Szanyi in Support of Visa and Mastercard Defendants' Sur−Reply in Opposition to Plaintiffs' Motions for Class Certification and Appointment of Class Representatives and Class Counsel, # 7 Exhibit Expert Sur−Rebuttal Report of Glenn Hubbard)(Eisenstein, Matthew) (Entered: 09/24/2020) |
| 10/06/2020 | 148 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Plaintiffs Opposition to Visa and Mastercar Defendants Motion for Leave to File Sur−Reply Brief Opposing Class Certification and Accompanyin Sur−Rebuttal Expert Report of Professor Glenn Hubbard, # 2 Exhibit [PROPOSED] ORDER GRANTING BURKE PLAINTIFFS UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL, # 3 Exhibit [PROPOSED] ORDER DENYING VISA AND MASTERCARD DEFENDANTS MOTION FOR LEAVE TO FILE SUR−REPLY BRIEF OPPOSING CLASS CERTIFICATION AND ACCOMPANYING SUR−REBUTTAL EXPERT REPORT OF PROFESSO GLENN HUBBARD, # 4 Exhibit [PROPOSED] ORDER GRANTING BURKE PLAINTIFFS REQUEST TO FILE SURREPLY AND SUR−REBUTTAL EXPERT REPORT TO VISA AND MASTERCARD DEFENDANTS SUR−REPLY BRIEF OPPOSING CLASS CERTIFICATION AND ACCOMPANYING SUR−REBUTTAL EXPERT REPORT OF PROFESSOR GLENN HUBBARD)(Thompson, Douglas) (Entered: 10/06/2020) |
| 10/08/2020 | 149 | | REPLY to opposition to motion re 147 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC. (This document is SEALED and only availab filed by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED. (Anderson, Justin) (Entered: 10/08/2020) |

| | | | |
|---|---|---|---|
| 10/21/2020 | 150 | | NOTICE of Appearance by Stan Mr. Doerrer on behalf of PETER BURKE (Doerrer, Stan) (Entered: 10/21/2020) |
| 12/30/2020 | 151 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. Attorney Mark R. Merley terminated. (Eisenstein, Matthew) (Entered: 12/30/2020) |
| 01/21/2021 | 152 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED. Attorney Jessica Anne Morton terminated. (Morton, Jessica) (Entered: 01/21/2021) |
| 02/03/2021 | 153 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED. Attorney Melissa R. Alpert terminated. (Alpert, Melissa) (Entered: 02/03/2021) |
| 08/04/2021 | 154 | | Memorandum Opinion GRANTING 114 plaintiffs' motion for class certification. See attached Memorandum Opinion for full details. Signed by Judge Richard J. Leon on 8/4/2021. (lcrjl2) (Entered: 08/04/2021) |
| 08/04/2021 | 155 | | ORDER GRANTING 114 plaintiffs' motion for class certification. See attached Order for full details. Signed by Judge Richard J. Leon on 8/4/2021. (lcrjl2) (Entered: 08/04/2021) |
| 08/18/2021 | 156 | | Unopposed MOTION to Amend/Correct 155 Order *Unopposed Motion for Entry of Amended Class Certification Orders* by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Thompson, Douglas) (Entered: 08/18/2021) |
| 09/04/2021 | 157 | | Joint STATUS REPORT *Joint Submission Regarding Proposed Case Schedule* by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. (Thompson, Douglas) (Entered: 09/04/2021) |
| 09/07/2021 | 158 | | AMENDED ORDER superseding 155 nunc pro tunc and granting 114 plaintiffs' motion for class certification. See attached Order for full details. Signed by Judge Richard J. Leon on 8/25/2021. (lcrjl2) (Entered: 09/07/2021) |
| 09/16/2021 | 159 | | ORDER GRANTING 145 147 148 motions to file under seal. See attached Order for full details. Signed by Judge Richard J. Leon on 9/15/2021. (lcrjl2) (Entered: 09/16/2021) |
| 09/16/2021 | 160 | | SEALED REPLY TO OPPOSITION re 114 SEALED MOTION for Class Certification filed by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. (This document is SEALED and only available to authorized persons.) (This document is SEALED and only available to authorized persons.) (See Docket Entry 145 to view Exhibits(zjf) (Entered: 09/20/2021) |
| 09/16/2021 | 161 | | SEALED SURREPLY filed by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. re 114 SEALED MOTION for Class Certification filed by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL. (This document is SEALED and only available to authorized persons.) filed by BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL, PETER BURKE. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration of Rosemary Szanyi, # 2 Expert Sur−Rebuttal Report of Glenn Hubbard)(zjf) (Entered: 09/20/2021) |
| 09/16/2021 | 162 | | SEALED OPPOSITION filed by PETER BURKE, BRYAN BYRNES, KENT HARRISON, MARIN P. HEISKELL re 147 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. |

| | | | |
|---|---|---|---|
| | | | INC. (This document is SEALED and only availab (zjf) (Entered: 09/20/2021) |
| 09/16/2021 | 163 | | SEALED SURREPLY filed by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONA SERVICE ASSOCIATION, VISA U.S.A. INC. re 173 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONA SERVICE ASSOCIATION, VISA U.S.A. INC. (This document is SEALED and only availab (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration of Rosemary Szanyi)(zjf) (Entered: 09/22/2021) |
| 09/27/2021 | 164 | | REDACTED DOCUMENT− Sur−Reply in Opposition to Plaintiffs' Motions for Class Certification an Appointment of Class Representatives and Class Counsel to 163 Sealed Reply,, by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. (Anderson, Justin) (Entered: 09/27/2021) |
| 10/01/2021 | 165 | | PER CURIAM ORDER of USCA as to (1:11−cv−01803−RJL) filed by ATMS OF THE SOUTH, INC TURNKEY ATM SOLUTIONS, LLC, BUSINESS RESOURCE GROUP, INC., ATM BANKCARD SERVICES, INC., JUST ATMS, INC., NATIONAL ATM COUNCIL, INC., WASH WATER SOLUTIONS, INC., CABE & CATO, INC., TRINITY HOLDINGS LTD, INC., MILLS−TEL, CORP MEINERS DEVELOPMENT COMPANY OF LEE'S SUMMIT, MISSOURI, LLC, T&T COMMUNICATIONS, INC., SELMAN TELECOMMUNICATIONS INVESTMENT GROUP, LLC, SCOT GARDNER, RANDAL N. BRO, (1:11−cv−01831−RJL) filed by ANDREW MACKMIN, JOH EPSELAND, SAM OSBORN, BARBARA INGLIS, (1:11−cv−01882−RJL), filed by MARY STOUMBOS; USCA Case Number 21−8005 consolidated with USCA 21−8009. (zjf) (Entered: 10/05/2021) |
| 10/01/2021 | 166 | | NOTICE OF APPEAL as to (155 in 1:11−cv−01882−RJL) Order, (158 in 1:11−cv−01882−RJL) Order on Motion to Amend/Correct, (197 in 1:11−cv−01803−RJL) Order on Motion to Amend/Correct, (154 in 1:11−cv−01882−RJL) Order on Sealed Motion, (234 in 1:11−cv−01831−RJL) Order on Sealed Motion, (193 in 1:11−cv−01803−RJL) Order, (235 in 1:11−cv−01831−RJL) Order, (238 in 1:11−cv−01831−RJL) Order on Motion to Amend/Correct, (192 in 1:11−cv−01803−RJL) Order on Motion to Certify Class by MASTERCARD INCORPORATED, MASTERCARD INTERNATIONAL INCORPORATED, PLUS SYSTEM, INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. INC.. Fee Status: No Fee Paid. Parties have been notified. (zjf) (Entere 10/05/2021) |
| 10/05/2021 | 167 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee ha been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 166 Notice of Appeal. (zjf) (Entered: 10/05/2021) |
| 10/05/2021 | | | Payment for 166 Notice of Appeal,,. ($505; Receipt number ADCDC−8782898). (Anderson, Justin) (Entered: 10/05/2021) |

Message−Id:7371849@dcd.uscourts.gov
Subject:Activity in Case 1:11−cv−01882−RJL BURKE v. VISA INC. et al Payment of Fee − Notice of Appeal
Content−Type: text/html

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered by Anderson, Justin on 10/5/2021 at 5:05 PM and filed on 10/5/2021

| | |
|---|---|
| **Case Name:** | BURKE v. VISA INC. et al |
| **Case Number:** | 1:11−cv−01882−RJL |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Payment for [166] Notice of Appeal,,. ($505; Receipt number ADCDC−8782898). (Anderson, Justin)**

**1:11−cv−01882−RJL Notice has been electronically mailed to:**

Christopher Lovell     clovell@lshllp.com, lshscanner@lshllp.com

Craig Essenmacher     cessenmacher@lshllp.com

Donna M. Ioffredo     dioffredo@paulweiss.com, mao_fednational@paulweiss.com

Douglas Graham Thompson , Jr     dthompson@finkelsteinthompson.com

Dylan Scot Young     dylan.young@arnoldporter.com, edocketscalendaring@arnoldporter.com, maodcdc@arnoldporter.com

Eric R. Sega     mao_fednational@paulweiss.com

Gary R. Carney     gcarney@paulweiss.com, mao_fednational@paulweiss.com

Gary S. Jacobson     gsjacobson@lshllp.com

Grace Tiedemann     gtiedemann@paulweiss.com, mao_fednational@paulweiss.com

Justin A. Anderson     janderson@paulweiss.com, mao_fednational@paulweiss.com

Karen Christine Otto     Karen.Otto@arnoldporter.com, edocketscalendaring@arnoldporter.com, maodcdc@arnoldporter.com

Kenneth Anthony Gallo     kgallo@paulweiss.com, ahyman@paulweiss.com, esega@paulweiss.com, mao_fednational@paulweiss.com, mlaramie@paulweiss.com

Matthew A. Eisenstein     matthew.eisenstein@apks.com, ecf−29b5a044e1fc@ecf.pacerpro.com, edocketscalendaring@arnoldporter.com, emily_clark@aporter.com, karen.otto@aporter.com, maodcdc@arnoldporter.com, robert_mason@aporter.com, stanton_jones@aporter.com

Merrick Scott Rayle     mrayle@lshllp.com

Robert Olin Wilson     robert@thewilsonlaw.com

Rosemary Szanyi     Rosemary.Szanyi@arnoldporter.com

Samantha A. Weinberg     sweinberg@paulweiss.com, mao_fednational@paulweiss.com

Stan M. Doerrer     stan@doerrerlaw.com

**1:11−cv−01882−RJL Notice will be delivered by other means to::**