IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants.* | Civil Action No. 1:11-cv-01803-RJL |
| LYNNE BARTRON, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants.* | Civil Action No. 1:11-cv-01831-RJL |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants.* | Civil Action No. 1:11-cv-01882-RJL |

NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of Eric R. Sega of Paul, Weiss, Rifkind, Wharton & Garrison LLP as attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated in the above-captioned actions. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mastercard Incorporated and Mastercard International Incorporated in these proceedings.

Dated: October 25, 2021
Washington, DC

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Eric R. Sega

Eric R. Sega (D.C. Bar No. 1024051)
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7351
esega@paulweiss.com

Mastercard Incorporated &
Mastercard International Incorporated