IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>    *Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:11-cv-01803-RJL |
| LYNNE BARTRON, *et al.*,<br><br>    *Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:11-cv-01831-RJL |
| PETER BURKE, *et al.*,<br><br>    *Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:11-cv-01882-RJL |

NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of Justin Anderson of Paul, Weiss, Rifkind, Wharton & Garrison LLP as attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated in the above-captioned actions. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mastercard Incorporated and Mastercard International Incorporated in these proceedings.

Dated: July 10, 2023
       Washington, DC

                    PAUL, WEISS, RIFKIND, WHARTON &
                    GARRISON LLP

                    By: /s/ Justin Anderson
                        Justin Anderson (D.C. Bar No. 1030572)
                        2001 K Street, NW
                        Washington, DC 20006-1047
                        (202) 223-7300
                        janderson@paulweiss.com

                    Mastercard Incorporated &
                    Mastercard International Incorporated