**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br>Plaintiffs,<br>v.<br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-cv-01882-RJL |

## NOTICE OF APPEARANCE

Please take notice that Mila F. Bartos, of the law firm Finkelstein Thompson LLP, hereby enters an appearance as counsel of record for Plaintiffs in the above-captioned action.

Dated: August 9, 2023

Respectfully submitted,

/s/ Mila F. Bartos
Mila F. Bartos (Bar # 464227)
FINKELSTEIN THOMPSON LLP
2201 Wisconsin Avenue, NW
Suite 200
Washington, DC, 20007
(202)-337-8000
mbartos@finkelsteinthompson.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>VISA INC., *et al.*,<br>Defendants. | No. 1:11-cv-01882-RJL |

## CERTIFICATE OF SERVICE

I hereby certify that, on August 9, 2023, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send e-mail notification of such filing to counsel of record.

Dated: August 9, 2023

Respectfully submitted,

/s/ Mila F. Bartos
Mila F. Bartos (Bar # 464227)
FINKELSTEIN THOMPSON LLP
2201 Wisconsin Avenue, NW
Suite 200
Washington, DC, 20007
(202)-337-8000
mbartos@finkelsteinthompson.com