# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 21-7109** **September Term, 2023**

**1:11-cv-01882-RJL**
**1:11-cv-01803-RJL**
**1:11-cv-01831-RJL**

**Filed On: October 6, 2023** **[2020855]**

National ATM Council, Inc., et al.,

Appellees

v.

Visa Inc., et al.,

Appellants

------------------------------

Consolidated with 21-7110, 21-7111

**MANDATE**

In accordance with the judgment of July 25, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed July 25, 2023