**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., et al.,<br>*Plaintiff,*<br>*v.*<br>VISA INC., et al.,<br>*Defendants.* | Civil Action No. 1:11-cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| ANDREW MACKMIN, *et al.*,<br>*Plaintiffs*,<br>*v.*<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE,<br>*Plaintiff,*<br>*v.*<br>VISA INC., et al.,<br>*Defendants.* | Civil Action No. 1:11-cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**JOINT STATUS REPORT**

The Parties in these coordinated matters respectfully submit this Joint Status Report concerning the case schedule on remand from the D.C. Circuit Court of Appeals.

In a Joint Status Report submitted on November 7, 2023, the Parties informed the Court that they have been conferring on a case schedule for further proceedings and anticipated submitting a proposal (or competing proposals) by November 17, 2023. The Parties are

continuing to meet in confer in good faith and believe that some additional time is needed to determine if agreement can be reached. Thus, the Parties now plan to submit a proposal (or competing proposals) by Tuesday, November 21, 2023.

DATED: November 17, 2023.

Respectfully submitted,

By: /s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3034
benh@hbsslaw.com
bens@hbsslaw.com

Adam B. Wolfson (*pro hac vice*)
Viola Trebicka (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Steven A. Skalet
(D.C. Bar No. 359804)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
sskalet@findjustice.com

*Counsel for Plaintiffs Mackmin Consumer Class*

DATED: November 17, 2023.

By: /s/ Douglas G. Thompson Jr.
Douglas G. Thompson Jr
FINKELSTEIN THOMPSON LLP
2201 Wisconsin Ave, N.W.
Washington, DC 20001
Phone: (202) 337-8000
Email: dthompson@finkelsteinthompson.com

Christopher Lovell
Merrick Scott Rayle
LOVELL STEWART HALEBIAN
JACOBSON LLP
500 Fifth Ave, Suite 2440
New York, NY 10110
Phone: (212) 608-1900
CLovell@lshllp.com

*Counsel for Plaintiffs Burke Consumer Class*

DATED: November 17, 2023.

By: /s/ Jonathan L. Rubin
Jonathan L. Rubin (D.C. Bar No. 353391)
MOGINRUBIN LLP
2101 L Street, N.W.
Suite 300
Washington, D.C. 20037
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Daniel J. Mogin (*pro hac vice*)
MOGINRUBIN LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginrubin.com

*Counsel for Plaintiffs ATM Operator Class*

DATED: November 17, 2023.

By: /s/ Matthew A. Eisenstein
Matthew A. Eisenstein (D.C. Bar No. 476577)
Rosemary Szanyi (D.C. Bar No. 997859)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Fax: (202) 942-5999
matt.eisenstein@arnoldporter.com
rosemary.szanyi@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

DATED: November 17, 2023.

By: /s/ Kenneth A. Gallo
Kenneth A. Gallo (D.C. Bar No. 371253)
Mitchell D. Webber (D.C. Bar No. 486269)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*