**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| LYNNE BARTRON, *et al.*,<br><br>*Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**[PLAINTIFFS' PROPOSED] CASE SCHEDULE**

The Court hereby establishes the following schedule for further pretrial proceedings:

**Defendants' supplemental data productions**: January 8, 2024

**Plaintiffs' expert reports due**: March 8, 2024

**Defendants' expert reports due**: May 7, 2024

**Plaintiffs' rebuttal expert reports**: June 21, 2024

**Expert discovery closes**: August 20, 2024 (experts may be deposed only once, which depositions may be scheduled any time after submission of their report(s))

**Summary Judgment/Daubert motions:** October 4, 2024

**Summary Judgment/Daubert opposition briefs**: 45 days after service of the opening briefs

**Summary Judgment/Daubert reply briefs:** 30 days after service of the opposition briefs

**Decision on any MSJ/Daubert motions**: No sooner than the close of the opt out period for the certified class in the case in which the motion(s) were filed

**Pretrial Statements:** 35 days after resolution of all summary judgment and *Daubert* motions applicable to the case in which the pretrial statement is to be filed

**Pretrial conference:** 14 days after pretrial statement deadline

**SO ORDERED.**

Dated: __________________, 2023

________________________________

Hon. Richard J. Leon
United States District Judge