**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| LYNNE BARTRON, *et al.*,<br><br>*Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**[PROPOSED] AMENDED SCHEDULING ORDER**

Pursuant to the Amended Scheduling Order (*Nat'l ATM Council* Dkt. 147; *Mackmin* Dkt. 172; *Burke* Dkt. 107), the Court's October 7, 2019 minute order modifying the same, and the parties' submissions, the Court hereby establishes the following schedule for summary judgment and any *Daubert* briefing, as well as all other pretrial matters:

**Parties to complete supplemental discovery (including the discrete categories identified by Defendants):** January 8, 2024

**Plaintiffs' expert reports:** March 8, 2024

**Defendants' expert reports:** June 6, 2024

**Plaintiffs' rebuttal expert reports:** July 22, 2024

**Expert discovery period:** July 23, 2024 to September 23, 2024

**MSJ/*Daubert* opening brief deadline:** The later of 60 days after (a) the close of expert discovery or (b) the close of the opt out period in the case for which Defendants intend to file the motion(s)

**MSJ/*Daubert* opposition brief deadline:** 45 days after opening brief deadline

**MSJ/*Daubert* reply brief deadline:** 30 days after MSJ/*Daubert* opposition brief deadline

**Pretrial statements:** 35 days after resolution of all summary judgment and *Daubert* motions applicable to the case in which the pretrial statement is to be filed

**Pretrial conference:** 14 days after pretrial statement deadline

**SO ORDERED.**

Dated: _________________, 2023

___________________________________
Hon. Richard J. Leon
United States District Judge