**COMPARISON OF PLAINTIFFS' AND DEFENDANTS' PROPOSED SCHEDULES FOR MERITS REPORTS AND SUMMARY JUDGMENT**

| EVENT | PLAINTIFFS' PROPOSAL | DEFENDANTS' PROPOSAL |
|---|---|---|
| **Plaintiffs' expert reports** | March 8, 2024 | |
| **Defendants' expert reports** | May 7, 2024 | June 6, 2024 |
| **Plaintiffs' rebuttal reports** | June 21, 2024 | July 22, 2024 |
| **Expert discovery closes** | August 20, 2024 (experts may be deposed only once, which depositions may be scheduled any time after submission of their report(s)) | September 23, 2024 (experts may be deposed between July 23, 2024 and September 23, 2024) |
| **Summary Judgment/Daubert motions** | October 4, 2024 | The later of 60 days after (a) the close of expert discovery or (b) the close of the opt out period in the case for which Defendants intend to file the motion(s) |
| **Summary Judgment/Daubert opposition briefs** | 45 days after service of the opening briefs | 45 days after opening brief deadline |
| **Summary Judgment/Daubert reply briefs** | 30 days after service of the opposition briefs | 30 days after MSJ/*Daubert* opposition brief deadline |
| **Decision on any MSJ/Daubert motions** | No sooner than the close of the opt out period for the certified class in the case in which the motion(s) were filed | |
| **Pretrial Statements** | 35 days after resolution of all summary judgment and *Daubert* motions applicable to the case in which the pretrial statement is to be filed | |
| **Pretrial conference** | 14 days after pretrial statement deadline | |