# Exhibit 1

**From:** Szanyi, Rosemary
**To:** Eisenstein, Matthew A.; Ben Siegel; Webber, Mitchell; Ben Harrington; Jonathan Rubin
**Cc:** zzz.External.BTannenbaum@paulweiss.com; zzz.External.GCarney@PAULWEISS.COM; Steve Berman; Adam Wolfson; Doug Thompson; Merrick Rayle
**Bcc:** VISA USA Incorporated ATM Access Fee Litigation 0004612 00140 RFS Correspondence
**Subject:** RE: ATMs
**Date:** Tuesday, November 7, 2023 6:45:33 PM
**Attachments:** image001.png

---

Ben,

Defendants currently estimate that they will need 45 days to provide data -- we've put in the requests and we're working on it. We are hoping to be able to produce the data in this time frame and will let you know if we need more time. Defendants are willing to make supplemental data productions on a rolling basis.

I have also listed below the categories of materials, and sources, that Defendants believe are appropriate for supplemental discovery. Please let us know when plaintiffs are available to discuss this and the case schedule.

Thanks,

Rosie

Supplemental Discovery Materials

Consumer plaintiffs

Any agreements with depository institutions/ATM issuers

Bank statements showing fees (or reimbursements) relating to ATM usage

Receipts from ATM usage

Operator plaintiffs

Any agreements with processors, acquirers, merchants, networks

Documents sufficient to show net interchange for each ATM terminal over time

Documents sufficient to show routing instructions for each ATM terminal over time

Documents sufficient to show surcharge amounts for each ATM terminal over time

Third-party networks

Updated rules

Updated data on interchange and network fees

Settling bank defendants

Updated data

Updated contracts with ATM networks

Visa/Mastercard

Transaction data

Network fee data

Contracts with key issuers

Contracts with key operators and acquirers

Published fee schedules

Updated rules

---

**From:** Eisenstein, Matthew A. <Matthew.Eisenstein@arnoldporter.com>
**Sent:** Monday, November 6, 2023 8:41 PM
**To:** Ben Siegel <bens@hbsslaw.com>; Webber, Mitchell <mwebber@paulweiss.com>; Ben Harrington <benh@hbsslaw.com>; Jonathan Rubin <jrubin@moginrubin.com>
**Cc:** zzz.External.BTannenbaum@paulweiss.com <BTannenbaum@paulweiss.com>; zzz.External.GCarney@PAULWEISS.COM <GCarney@PAULWEISS.COM>; Steve Berman <Steve@hbsslaw.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Doug Thompson <dthompson@finkelsteinthompson.com>; Merrick Rayle <mrayle@lshllp.com>; Szanyi, Rosemary <Rosemary.Szanyi@arnoldporter.com>
**Subject:** RE: ATMs

Ben – thanks. We'll respond soon. Please include Rosie Szanyi (cc'd now) on communications like this going forward. Thanks.

---

**From:** Ben Siegel <bens@hbsslaw.com>
**Sent:** Monday, November 6, 2023 5:16 PM
**To:** Webber, Mitchell <mwebber@paulweiss.com>; Ben Harrington <benh@hbsslaw.com>; Jonathan Rubin <jrubin@moginrubin.com>
**Cc:** Eisenstein, Matthew A. <Matthew.Eisenstein@arnoldporter.com>; zzz.External.BTannenbaum@paulweiss.com <BTannenbaum@paulweiss.com>; zzz.External.GCarney@PAULWEISS.COM <GCarney@PAULWEISS.COM>; Steve Berman <Steve@hbsslaw.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Doug Thompson

<dthompson@finkelsteinthompson.com>; Merrick Rayle <mrayle@lshllp.com>
**Subject:** RE: ATMs

External E-mail

The Mackmin plaintiffs are ok with pushing the deadline to submit a scheduling proposal back a week, to Nov. 17. Can you please, as soon as possible though, provide us with an update on the turnaround time for supplementing the data (as the parties discussed), as that will bear on the schedule? Additionally, I believe that defendants were going to provide a list of where you want supplemental discovery. Where are you on that?

With all that in mind, if all of the other plaintiffs groups are good with the deadline change we can file it with the Court. Operators and Burke folks, let us know that and let us know if the attached draft status report, which has the updated date in it, has the right sig block. Then, we can get it on file.

Thank, Ben

--
**Ben Siegel** | **Hagens Berman Sobol Shapiro LLP** | **(510) 725-3036**

---

**From:** Webber, Mitchell <mwebber@paulweiss.com>
**Sent:** Monday, November 6, 2023 12:31 PM
**To:** Ben Siegel <bens@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Jonathan Rubin <jrubin@moginrubin.com>
**Cc:** Eisenstein, Matthew A. <Matthew.Eisenstein@arnoldporter.com>; Tannenbaum, Brette <btannenbaum@paulweiss.com>; Carney, Gary R <gcarney@paulweiss.com>; Steve Berman <Steve@hbsslaw.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Doug Thompson <dthompson@finkelsteinthompson.com>; Merrick Rayle <mrayle@lshllp.com>
**Subject:** RE: ATMs

Ben, thank you for the reminder. The draft looks fine to us, but we wondered if you would consider pushing the deadline to submit a scheduling proposal back a week, to Nov. 17. That would give us a little additional time to confer about the limited document/data discovery we discussed and see if we can reach agreement on a joint proposed schedule.

Best,

Mitch

**Mitchell D Webber** | Counsel

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7359 (Direct Phone) | +1 202 403 3462 (Direct Fax)
mwebber@paulweiss.com | www.paulweiss.com

---

**From:** Ben Siegel <bens@hbsslaw.com>
**Sent:** Monday, November 6, 2023 3:25 PM
**To:** Ben Harrington <benh@hbsslaw.com>; Jonathan Rubin <jrubin@moginrubin.com>
**Cc:** Webber, Mitchell <mwebber@paulweiss.com>; Eisenstein, Matthew A. <Matthew.Eisenstein@arnoldporter.com>; Tannenbaum, Brette <btannenbaum@paulweiss.com>; Carney, Gary R <gcarney@paulweiss.com>; Steve Berman <Steve@hbsslaw.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Doug Thompson <dthompson@finkelsteinthompson.com>; Merrick Rayle <mrayle@lshllp.com>
**Subject:** RE: ATMs

Defendants, I hope you all had a nice weekend. I am following up on the short status report for the judge that was circulated at the beginning of last week. I've attached it again for your convenience. We believe this is along the lines of what the parties discussed and should be non-controversial, so we'd like to get it on file to update the Court on where we are.

As mentioned below, you'll notice that it proposes a Nov 10 date for the parties to submit a scheduling proposal (or proposals). So, if you have comments on that specifically, please let us know. We'd like to get these dates ironed out.

Ben

--
**Ben Siegel** | Hagens Berman Sobol Shapiro LLP | (510) 725-3036

---

**From:** Ben Harrington <benh@hbsslaw.com>
**Sent:** Tuesday, October 31, 2023 11:09 AM
**To:** Jonathan Rubin <jrubin@moginrubin.com>
**Cc:** Webber, Mitchell <mwebber@paulweiss.com>; Eisenstein, Matthew A. <Matthew.Eisenstein@arnoldporter.com>; Tannenbaum, Brette <btannenbaum@paulweiss.com>; Carney, Gary R <gcarney@paulweiss.com>; Steve Berman <Steve@hbsslaw.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Ben Siegel <bens@hbsslaw.com>; Doug Thompson <dthompson@finkelsteinthompson.com>; Merrick Rayle <mrayle@lshllp.com>
**Subject:** RE: ATMs

Matt, Mitch, et al.:

Thanks for the call last week. Attached is a short status report along the lines discussed. Please let us know if this looks ok to defendants, or if you have any edits to suggest. All plaintiffs are signed off. You'll see this proposes a Nov. 10 date for the parties to submit a scheduling proposal (or proposals).

Best,

Ben

--

**Ben Harrington** | **Hagens Berman Sobol Shapiro LLP | (510) 725-3034**

---

**From:** Ben Harrington
**Sent:** Monday, October 23, 2023 9:05 AM
**To:** Jonathan Rubin <jrubin@moginrubin.com>
**Cc:** Webber, Mitchell <mwebber@paulweiss.com>; Eisenstein, Matthew A. <Matthew.Eisenstein@arnoldporter.com>; Tannenbaum, Brette <btannenbaum@paulweiss.com>; Carney, Gary R <gcarney@paulweiss.com>; Steve Berman <Steve@hbsslaw.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Ben Siegel <bens@hbsslaw.com>; Doug Thompson <dthompson@finkelsteinthompson.com>; Merrick Rayle <mrayle@lshllp.com>
**Subject:** Re: ATMs

That also works for the Mackmin group.

On Oct 22, 2023, at 7:16 PM, Jonathan Rubin <jrubin@moginrubin.com> wrote:

Friday at 3:00 p.m. ET works for me.
Thanks,
-jr

---

**From:** Webber, Mitchell <mwebber@paulweiss.com>
**Sent:** Monday, October 23, 2023 9:12:46 AM
**To:** Jonathan Rubin <jrubin@moginrubin.com>; Ben Harrington <benh@hbsslaw.com>; Eisenstein, Matthew A. <Matthew.Eisenstein@arnoldporter.com>; Tannenbaum, Brette <btannenbaum@paulweiss.com>; Carney, Gary R <gcarney@paulweiss.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Ben Siegel <bens@hbsslaw.com>; Doug Thompson <dthompson@finkelsteinthompson.com>; Merrick Rayle <mrayle@lshllp.com>
**Subject:** RE: ATMs

Ben, Jonathan, and all: Mastercard and Visa are available next Friday *other than* from 10–11 am, 1:30–2:30 pm, and 4–4:30 pm. Could we suggest, say, noon or 3 pm on Friday?

**Mitchell D Webber** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
202 223 7359 (Direct Phone) | 202 403 3462 (Direct Fax)
mwebber@paulweiss.com | www.paulweiss.com

---

**From:** Jonathan Rubin <jrubin@moginrubin.com>
**Sent:** Friday, October 20, 2023 9:30 PM
**To:** Ben Harrington <benh@hbsslaw.com>; Webber, Mitchell <mwebber@paulweiss.com>; Eisenstein, Matthew A. <Matthew.Eisenstein@arnoldporter.com>; Tannenbaum, Brette <btannenbaum@paulweiss.com>; Carney, Gary R <gcarney@paulweiss.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Ben Siegel <bens@hbsslaw.com>; Doug Thompson <dthompson@finkelsteinthompson.com>; Merrick Rayle <mrayle@lshllp.com>
**Subject:** Re: ATMs

I am available on the 26th or 27th, Pacific time. Thanks.

---

**From:** Ben Harrington <benh@hbsslaw.com>
**Sent:** Saturday, October 21, 2023 2:53:45 AM
**To:** Webber, Mitchell <mwebber@paulweiss.com>; Jonathan Rubin <jrubin@moginrubin.com>; Eisenstein, Matthew A. <Matthew.Eisenstein@arnoldporter.com>; Tannenbaum, Brette <btannenbaum@paulweiss.com>; Carney, Gary R <gcarney@paulweiss.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Ben Siegel <bens@hbsslaw.com>; Doug Thompson <dthompson@finkelsteinthompson.com>; Merrick Rayle <mrayle@lshllp.com>
**Subject:** RE: ATMs

I believe Jonathan has a conflict then (he'll chime in if I'm mistaken), but all plaintiff groups could do next Thursday or Friday.

Are there times next Thursday or Friday that work for Visa and MasterCard?

Thanks,

Ben

--

**Ben Harrington** | Hagens Berman Sobol Shapiro LLP | (510) 725-3034

---

**From:** Webber, Mitchell <mwebber@paulweiss.com>
**Sent:** Thursday, October 19, 2023 11:01 AM
**To:** Jonathan Rubin <jrubin@moginrubin.com>; Ben Harrington <benh@hbsslaw.com>; Eisenstein, Matthew A. <Matthew.Eisenstein@arnoldporter.com>; Tannenbaum, Brette <btannenbaum@paulweiss.com>; Carney, Gary R <gcarney@paulweiss.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Ben Siegel <bens@hbsslaw.com>; Doug Thompson <dthompson@finkelsteinthompson.com>; Merrick Rayle <mrayle@lshllp.com>
**Subject:** RE: ATMs

Thank you, Jonathan. If Monday doesn't work, Mastercard and Visa are available from 2:30 through 4 pm on Tuesday. Is there a time within that window that works for plaintiffs?

Best,

Mitch

**Mitchell D Webber** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
202 223 7359 (Direct Phone) | 202 403 3462 (Direct Fax)
mwebber@paulweiss.com | www.paulweiss.com

---

**From:** Jonathan Rubin <jrubin@moginrubin.com>
**Sent:** Wednesday, October 18, 2023 11:57 PM
**To:** Webber, Mitchell <mwebber@paulweiss.com>; Ben Harrington <benh@hbsslaw.com>; Eisenstein, Matthew A. <Matthew.Eisenstein@arnoldporter.com>; Tannenbaum, Brette <btannenbaum@paulweiss.com>; Carney, Gary R <gcarney@paulweiss.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Ben Siegel <bens@hbsslaw.com>; Doug Thompson <dthompson@finkelsteinthompson.com>; Merrick Rayle <mrayle@lshllp.com>
**Subject:** Re: ATMs

Counsel,

My apologies, but I will be on an international flight at that time.

Anytime Thursday or Friday would work for the operators. Thanks,

Jonathan

---

**From:** Webber, Mitchell <mwebber@paulweiss.com>
**Sent:** Thursday, October 19, 2023 7:50:10 AM
**To:** Ben Harrington <benh@hbsslaw.com>; Eisenstein, Matthew A. <Matthew.Eisenstein@arnoldporter.com>; Tannenbaum, Brette <btannenbaum@paulweiss.com>; Carney, Gary R <gcarney@paulweiss.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Ben Siegel <bens@hbsslaw.com>; Jonathan Rubin <jrubin@moginrubin.com>; Doug Thompson <dthompson@finkelsteinthompson.com>; Merrick Rayle <mrayle@lshllp.com>
**Subject:** RE: ATMs

Ben,

Mastercard and Visa are available this coming Monday between 2:30 and 4 pm. If there's a time in that window that works for the plaintiff groups, would you mind circulating an invitation?

Best,

Mitch

**Mitchell D Webber** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
202 223 7359 (Direct Phone) | 202 403 3462 (Direct Fax)
mwebber@paulweiss.com | www.paulweiss.com

---

**From:** Ben Harrington <benh@hbsslaw.com>
**Sent:** Wednesday, October 18, 2023 2:13 PM
**To:** Eisenstein, Matthew A. <Matthew.Eisenstein@arnoldporter.com>; Webber, Mitchell <mwebber@paulweiss.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Ben Siegel <bens@hbsslaw.com>; Jonathan Rubin <jrubin@moginrubin.com>; Doug Thompson <dthompson@finkelsteinthompson.com>; Merrick Rayle <mrayle@lshllp.com>
**Subject:** ATMs

Matt & Mitch: We'd like to confer with you on next steps in the district court. As you know, the parties proposed schedules for the merits phase back in 2021, but Judge Leon did not enter an order. In addition to the schedule, there are data issues to discuss. In particular, plaintiffs believe now is an appropriate juncture for Visa and MasterCard to supplement their data productions to cover the 2018-to-present period. We can elaborate on the call.

Are there any times this Thursday or Friday that work for you? I cannot speak for all plaintiff groups, but I believe we generally have some flexibility those days.

Best,

Ben

--
**Ben Harrington | Partner**
HAGENS BERMAN

Hagens Berman Sobol Shapiro LLP
Berkeley, CA
(510) 725-3034
benh@hbsslaw.com

News | Cases | Twitter | Facebook

---

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.