# Exhibit 2

| | |
|---|---|
| **From:** | Szanyi, Rosemary |
| **To:** | Ben Siegel; Ben Harrington; Steve Berman; Adam Wolfson; Jonathan Rubin; Doug Thompson; Merrick Rayle |
| **Cc:** | Eisenstein, Matthew A.; Webber, Mitchell; zzz.External.GCarney@PAULWEISS.COM; zzz.External.BTannenbaum@paulweiss.com |
| **Bcc:** | VISA USA Incorporated ATM Access Fee Litigation 0004612 00140 RFS Correspondence |
| **Subject:** | ATM Litigation |
| **Date:** | Tuesday, December 12, 2023 12:32:33 PM |
| **Attachments:** | image001.png |

Counsel,

The Amended Scheduling Order entered by the Court yesterday requires all parties to complete their supplemental productions by January 8, 2024. Accordingly, we are reiterating our request that plaintiffs supplement their productions in certain discrete categories that are critical to our defenses, for the reasons defendants outlined in the Joint Submission.

Below are the categories of materials that defendants ask you to supplement (these track the list I first sent you on November 7, 2023). Consistent with the Court's instructions, and as shown below, these categories fall within the scope of defendants' original discovery requests to which plaintiffs responded. We acknowledge that fact discovery has closed but plaintiffs' existing productions on these central issues are incomplete based on the passage of time and thus covered by the duty to supplement, and they also would not be burdensome to produce.

Please let us know your position(s) in light of the Court's Amended Scheduling Order. We ask that you respond by no later than Thursday, December 14, so that we can file a timely motion if we cannot agree, as contemplated by the Amended Scheduling Order.

Note that we also plan to seek updated productions from third parties and settling defendants in the discrete categories as shown below.

Thanks,

Rosie

<u>Supplemental Discovery Materials</u>
Consumer plaintiffs

- Any agreements with depository institutions/ATM issuers [See, e.g., Burke and Mackmin Plaintiffs' Resps. & Objs. to Visa and Mastercard Defendants' Requests 2, 12]

- Bank statements showing fees (or reimbursements) relating to ATM usage [See, e.g., Burke and Mackmin Plaintiffs' Resps. & Objs. to Visa and Mastercard Defendants' Requests 1, 2, 10]

- Receipts from ATM usage [See, e.g., Burke and Mackmin Plaintiffs' Resps. & Objs. to Visa and Mastercard Defendants' Requests 1, 2, 10]

Operator plaintiffs

- Any agreements with processors, acquirers, merchants, networks [See, e.g., Independent ATM Operators' Objs. & Resps. to Visa and Mastercard Defendants' Requests 10 & 20]
- Documents sufficient to show net interchange for each ATM terminal over time [See, e.g., Independent ATM Operators' Objs. & Resps. to Visa and Mastercard Defendants' Requests 7-8, 21-22]
- Documents sufficient to show routing instructions for each ATM terminal over time [See, e.g., Independent ATM Operators' Objs. & Resps. to Visa and Mastercard Defendants' Request 23]
- Documents sufficient to show surcharge amounts for each ATM terminal over time [See, e.g., Independent ATM Operators' Objs. & Resps. to Visa and Mastercard Defendants' Request 25]

Third-party networks

- Updated rules
- Updated data on interchange and network fees

Settling bank defendants

- Updated data
- Updated contracts with ATM networks

Rosemary Szanyi
Partner | Bio

Arnold & Porter
601 Massachusetts Ave., NW
Washington, DC 20001-3743
T: +1 202.942.6812
Rosemary.Szanyi@arnoldporter.com
www.arnoldporter.com | LinkedIn