**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| LYNNE BARTRON, *et al.*,<br><br>*Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR CLARIFICATION OF AMENDED SCHEDULING ORDER**

Upon consideration of Defendants'[1] Motion for Clarification of Amended Scheduling Order, as well as the record herein, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**, and further that
2. All parties are permitted to request prior to the supplemental discovery cutoff date, and subsequently rely upon, updates to previously-produced data from third parties, specifically including Wells Fargo.

**DONE AND ORDERED** this ______ day of _____, 2024.

__________________________________
Hon. Richard J. Leon
United States District Judge

[1] "Defendants" means Visa Inc., Visa U.S.A. Inc., Visa International Service Association, Plus System Inc., Mastercard Incorporated, and Mastercard International Incorporated d/b/a Mastercard Worldwide.