**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| LYNNE BARTRON, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia, Defendants Mastercard Incorporated and Mastercard International Incorporated, by and through their undersigned counsel, Kenneth A. Gallo, a member of the Bar

of this Court, respectfully move that Brette M. Tannenbaum be admitted *pro hac vice* in the above-captioned actions.

In support of this motion, the undersigned represents:

1. Brette M. Tannenbaum is a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6040; telephone (212) 373-3852.
2. As set forth in the Declaration of Brette M. Tannenbaum accompanying this motion, Brette M. Tannenbaum is a member in good standing of the Bar of the State of New York and is admitted to practice before the United States Courts of Appeals for the Second and Ninth Circuits and the United States District Courts for the Eastern District of New York and Southern District of New York.
3. Brette M. Tannenbaum has not been disciplined by any bar.
4. Brette M. Tannenbaum has not been admitted *pro hac vice* in this Court within the past two years.

Wherefore, Defendants, by and through their undersigned counsel, move that this Court enter an Order permitting Brette M. Tannenbaum to appear *pro hac vice* in the above-captioned actions.

Dated: January 9, 2024
Washington, D.C.

Respectfully submitted,

Kenneth A. Gallo (D.C. Bar No. 371253)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.

Washington, D.C. 20006
Tel: 202-223-7356
Fax: 202-204-7356
kgallo@paulweiss.com

Attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.3, I hereby certify that, on January 9, 2024, I caused to be electronically filed a copy of the foregoing Motion for Admission Pro Hac Vice and accompanying documents using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record.

Kenneth A. Gallo (D.C. Bar No. 371253)