**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| LYNNE BARTRON, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**DECLARATION OF BRETTE M. TANNENBAUM**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Brette M. Tannenbaum, pursuant to 28 U.S.C. § 1746, declare as follows:

Pursuant to Rule 83.2(c), I certify that I am eligible for admission to this Court:

1. I am a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6040. My direct office telephone is (212) 373-3852.
2. I am a member in good standing of the bar of the State of New York and am admitted to practice before the United States Courts of Appeals for the Second and Ninth Circuits and the United States District Courts for the Eastern District of New York and Southern District of New York.
3. I certify that I have not been disciplined by any bar.
4. I have not been admitted *pro hac vice* in this Court within the past two years.
5. I do not engage in the practice of law from an office located within the District of Columbia, and I am not a member of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 9th day of January, 2024.

Respectfully submitted,

Brette M. Tannenbaum
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, N.Y. 10019-6064
Tel: 212-373-3852
Fax: 212-492-0852
btannenbaum@paulweiss.com