**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br>*Plaintiffs*,<br>v.<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| LYNNE BARTRON, *et al.*,<br>*Plaintiffs*,<br>v.<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br>*Plaintiffs*,<br>v.<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**[PROPOSED] ORDER**

Upon consideration of Mastercard Defendants' Motion for Admission *Pro Hac Vice* for Brette M. Tannenbaum and the accompanying Declaration of Brette M. Tannenbaum, it is hereby ORDERED that the Motion is GRANTED.

**SO ORDERED** this ___________ day of ___________, 2024.

___________________________________
United States District Judge