**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1882 (RJL) |

## NOTICE OF APPEARANCE

The Court will please take notice that Michael Rubin, who is admitted to practice in this Court, hereby enters his appearance in this matter on behalf of Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.

January 10, 2024

/s/ *Michael Rubin*

Michael Rubin (D.C. Bar No. 465550)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 942-6171
michael.rubin@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 10, 2024, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send e-mail notification of that filing to all counsel of record.

/s/ *Michael Rubin*

Michael Rubin (D.C. Bar No. 465550)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 942-6171
michael.rubin@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*