**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| LYNNE BARTRON, *et al.*,<br><br>*Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**NOTICE REGARDING DEFENDANTS' MOTION FOR CLARIFICATION OF AMENDED SCHEDULING ORDER**

In their Motion for Clarification of Amended Scheduling Order, Defendants advised the Court that Defendants first spoke with Wells Fargo's counsel regarding updating its data production on December 15, 2023 and that Wells Fargo had since engaged with Defendants' request for updated data. *See* ECF No. 217, Dkt. No. 11-cv-01803 (D.D.C. Jan. 5, 2024). Defendants respectfully submit this Notice to alert the Court that yesterday, January 11, 2024, Wells Fargo informed Defendants it will agree to provide the requested data update voluntarily should the Court permit it.

Dated: January 12, 2024

Respectfully submitted,

By: *_/s/_* Matthew Eisenstein
Matthew A. Eisenstein (D.C. Bar No. 476577)
matthew.eisenstein@arnoldporter.com
Rosemary Szanyi (D.C. Bar No. 997859)
rosemary.szanyi@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel. (202) 942-5000
Fax. (202) 942-5999

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

By: *_/s/_* Kenneth Gallo
Kenneth A. Gallo (D.C. Bar No. 371253)
kgallo@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel. (202) 223-7300
Fax. (202) 223-7420

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2024, I caused a true and correct copy of the foregoing to be served on all counsel of record in the above-referenced action via the CM/ECF system in *National ATM Council, Inc., et al. v. Visa Inc., et al.*, 1:11-cv-01803-RJL (D.D.C.); *Lynne Barton, et al. v. Visa Inc., et al.*, 1:11-cv-01831-RJL (D.D.C.); and *Peter Burke, et al. v. Visa Inc., et al.*, 1:11-cv-01882-RJL (D.D.C.).

Dated: January 12, 2024

*/s/ Matthew A. Eisenstein*
Matthew A. Eisenstein