**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**PETER BURKE, *et al.*,**

Plaintiffs,

**v.**

**VISA INC., *et al.*,**

Defendants.

Civil Action No. 11-cv-1882-RJL-MAU

**ORDER**

For the reasons stated on the record during the hearing held on May 22, 2024, it is hereby,

**ORDERED** that Defendants' Motion for Clarification of Amended Scheduling Order (ECF No. 177) is **GRANTED**.

**SO ORDERED.**

Date: May 23, 2024

MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE