# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>*v*.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>*v*.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-Cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**_BURKE_ PLAINTIFFS' [PROPOSED]**
**SECOND AMENDED SCHEDULING ORDER**

Pursuant to the Amended Scheduling Order (*Nat'l ATM Council* Dkt. # 216; *Burke* Dkt. #176) and the parties' submissions, the Court hereby establishes the following schedule for summary judgment and any *Daubert* briefing, as well as all other pretrial matters.

**Parties to complete supplemental discovery:** July 22, 2024

**Plaintiffs' expert reports:** September 20, 2024

**Defendants' expert reports:** December 19, 2024

**Plaintiffs' rebuttal expert reports:** February 17, 2025

**Expert discovery closes:** April 18, 2025 (experts may be deposed only once; depositions may be scheduled any time after submission of their report(s))

***MSJ/Daubert*** **opening brief deadline:** The later of 45 days after (a) the close of expert discovery or (b) the close of the opt-out period in the case in which the motion(s) will be filed

***MSJ/Daubert*** **opposition brief deadline:** 45 days after service of opening briefs

***MSJ/Daubert*** **reply brief deadline:** 30 days after service of opposition briefs

**Pretrial statements:** 35 days after resolution of all summary judgment and *Daubert* motions applicable to the case in which the pretrial statement is to be filed

**Pretrial conference:** 14 days after pretrial statement deadline

**SO ORDERED.**

DATED:________________________ ________________________________

RICHARD J. LEON
United States District Judge