# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br>*Plaintiffs*,<br>*v*.<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-Cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**[ATM OPERATOR JOINT PROPOSED]**
**SECOND AMENDED SCHEDULING ORDER**

Pursuant to the Amended Scheduling Order (*Nat'l ATM Council*) and the parties' submissions, the Court hereby establishes the following schedule for summary judgment and any *Daubert* briefing, as well as all other pretrial matters.

**Parties to complete supplemental discovery:** Friday, July 19, 2024

**Plaintiffs' expert reports:** Friday, July 19, 2024

**Defendants' expert reports:** Thursday, October 17, 2024

**Plaintiffs' rebuttal expert reports:** Monday, December 2, 2024

**Expert discovery closes:** Friday, January 31, 2025 (experts may be deposed only once; depositions may be scheduled any time after submission of their report(s))

***MSJ/Daubert* opening brief deadline:** The later of 45 days after (a) the close of expert discovery or (b) the close of the opt-out period in the case in which the motion(s) will be filed

***MSJ/Daubert* opposition brief deadline:** 45 days after service of opening briefs

***MSJ/Daubert* reply brief deadline:** 30 days after service of opposition briefs

**Pretrial statements:** 35 days after resolution of all summary judgment and *Daubert* motions applicable to the case in which the pretrial statement is to be filed

**Pretrial conference:** 14 days after pretrial statement deadline

**SO ORDERED.**

DATED:________________________

________________________________
RICHARD J. LEON
United States District Judge