**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 11-1803 (RJL) |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 11-1882 (RJL) |

**AMENDED SCHEDULING ORDER**

Taking into consideration the Amended Scheduling Order (*Nat'l ATM Council* Dkt. # 216; *Burke* Dkt. #176), the Court's March 7, 2024 minute order suspending the deadlines in the Amended Scheduling Order, Magistrate Judge Upadhyaya's Order granting defendant's Motion for Clarification of Amended Scheduling Order (*Nat'l ATM Council* Dkt. # 227; *Burke* Dkt. #182), and the parties' submissions (*Nat'l ATM Council* Dkt. # 229; *Burke* Dkt. #184), the Court hereby establishes the following schedule for summary judgment and any *Daubert* briefing, as well as all other pretrial matters.

**Parties to complete supplemental discovery:** July 22, 2024

**Plaintiffs' expert reports:** September 20, 2024

**Defendants' expert reports:** December 19, 2024

**Plaintiffs' rebuttal expert reports:** February 17, 2025

**Expert discovery closes:** April 18, 2025 (experts may be deposed only once; depositions may be scheduled any time after submission of their report(s))

**MSJ/*Daubert* opening brief deadline:** The later of 45 days after (a) the close of expert discovery or (b) the close of the opt-out period in the case in which the motion(s) will be filed

**MSJ/*Daubert* opposition brief deadline:** 45 days after service of opening briefs

**MSJ/*Daubert* reply brief deadline:** 30 days after service of opposition briefs

**Pretrial statements:** 35 days after resolution of all summary judgment and *Daubert* motions applicable to the case in which the pretrial statement is to be filed

**Pretrial conference:** 14 days after pretrial statement deadline

**SO ORDERED.**

DATED: 6/12/24

[signature]
RICHARD J. LEON
United States District Judge