UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MACKMIN, *et al.*,<br><br>*Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**JOINT STIPULATION AND MOTION FOR ORDER REGARDING SCOPE OF MACKMIN SETTLEMENT RELEASE**

WHEREAS, Plaintiffs Andrew Mackmin and Sam Osborn ("*Mackmin* Plaintiffs") have moved for preliminary approval of their settlement ("Mackmin Settlement Agreement") with Mastercard Incorporated and Mastercard International Incorporated d/b/a Mastercard Worldwide ("Mastercard Defendants") and Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc. ("Visa Defendants"), *see* ECF No. 288;

WHEREAS, the *Mackmin* Plaintiffs, Mastercard Defendants, and Visa Defendants have conferred with the Plaintiffs in *Peter Burke et al. v. Visa Inc. et al.*, No. 1:11-cv-01882-RJL ("*Burke* Plaintiffs") regarding clarification of the scope of the Released Claims of the Releasing Parties as set forth at § 2(hh) of the *Mackmin* Settlement Agreement, *see* ECF No. 288-2, Ex. A

at § 2(hh), and have agreed to a Joint Stipulation which they now move this Court to enter as an Order in each of the two above-captioned actions.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned parties' counsel, and ORDERED BY THE COURT that

1. The Released Claims of the Releasing Parties, in consideration of the payment of the *Mackmin* Settlement Amount, as described at § 2(hh) of the *Mackmin* Settlement Agreement, and as may be reflected in any proposed order or judgment preliminarily or finally approving the *Mackmin* Settlement, do not and shall not include, nor be construed to include, claims of the class representatives and members of the certified class asserted in *Peter Burke et al. v. Visa Inc. et al.*, No. 1:11-cv-01882-RJL with respect to payments of Access Fees, that were not fully reimbursed, for cash withdrawals at independent ATMs not owned or operated by banks. (the "*Burke* Claims");

2. The *Burke* Claims shall not be dismissed, with or without prejudice, discharged, released, barred, or enjoined, in whole or in part, as a result of the *Mackmin* Settlement or of the entry of any Preliminary or Final Approval Order or Final Judgment and Order of Dismissal with respect to the *Mackmin* Settlement;

3. A copy of this Joint Stipulation and Order shall be disseminated to the *Mackmin* class via the settlement website for the *Mackmin* case (https://www.atmclassaction.com).

Dated: June 21, 2024 By: *__/s/ Steve W. Berman__*

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3034
benh@hbsslaw.com
bens@hbsslaw.com

Adam B. Wolfson (*pro hac vice*)
Viola Trebicka (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Steven A. Skalet
(D.C. Bar No. 359804)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
sskalet@findjustice.com

*Co-Lead Class Counsel for*
*Mackmin Plaintiffs*

By: *__/s/ Matthew A. Eisenstein__*
Matthew A. Eisenstein (D.C. Bar No. 476577)
Rosemary Szanyi (D.C. Bar No. 997859)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Fax: (202) 942-5999
matt.eisenstein@arnoldporter.com

rosemary.szanyi@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

By: *__/s/ Kenneth A. Gallo__*
Kenneth A. Gallo (D.C. Bar No. 371253)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com

Brette Tannenbaum (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
Fax: (212) 757-3990
btannenbaum@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

By: *__/s/ Douglas G. Thompson__*
Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
2201 Wisconsin Ave, N.W.
Washington, D.C. 20001
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher Lovell
clovell@lshllp.com
Merrick Scott Rayle
mrayle@lshllp.com
LOVELL STEWART HALEBIAN JACOBSON LLP
500 Fifth Ave, Suite 2440

New York, NY 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

*Co-Lead Class Counsel for Burke Plaintiffs*

**SO ORDERED:**

Dated**:**_______________ ______________________________

RICHARD J. LEON

United States District Judge