**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW MACKMIN, *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants.* | Civil Action No. 11-1831 (RJL) |
| MARY STOUMBOS,<br><br>*Plaintiff*,<br><br>*v.*<br><br>VISA INC., *et al.*,<br><br>*Defendants.* | Civil Action No. 11-1882 (RJL) |

**ORDER REGARDING SCOPE OF MACKMIN SETTLEMENT RELEASE**

WHEREAS, Plaintiffs Andrew Mackmin and Sam Osborn ("*Mackmin* Plaintiffs") have moved for preliminary approval of their settlement ("*Mackmin* Settlement Agreement") with Mastercard Incorporated and Mastercard International Incorporated d/b/a Mastercard Worldwide ("Mastercard Defendants") and Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc. ("Visa Defendants"), *see* ECF No. 288;

WHEREAS, the *Mackmin* Plaintiffs, Mastercard Defendants, and Visa Defendants have conferred with the Plaintiffs in *Peter Burke et al. v. Visa Inc. et al.*, No. 1:11-cv-

01882-RJL ("*Burke* Plaintiffs") regarding clarification of the scope of the Released Claims of the Releasing Parties as set forth at § 2(hh) of the *Mackmin* Settlement Agreement, *see* ECF No. 288-2, Ex. A at § 2(hh), and have agreed to a Joint Stipulation which they now move this Court to enter as an Order in each of the two above-captioned actions.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned parties' counsel, and ORDERED BY THE COURT that

1. The Released Claims of the Releasing Parties, in consideration of the payment of the *Mackmin* Settlement Amount, as described at § 2(hh) of the *Mackmin* Settlement Agreement, and as may be reflected in any proposed order or judgment preliminarily or finally approving the *Mackmin* Settlement, do not and shall not include, nor be construed to include, claims of the class representatives and members of the certified class asserted in *Peter Burke et al. v. Visa Inc. et al.*, No. 1:11-cv-01882-RJL with respect to payments of Access Fees, that were not fully reimbursed, for cash withdrawals at independent ATMs not owned or operated by banks. (the "*Burke* Claims");

2. The *Burke* Claims shall not be dismissed, with or without prejudice, discharged, released, barred, or enjoined, in whole or in part, as a result of the *Mackmin* Settlement or of the entry of any Preliminary or Final Approval Order or Final Judgment and Order of Dismissal with respect to the *Mackmin* Settlement;

3. A copy of this Joint Stipulation and Order shall be disseminated to the *Mackmin* class via the settlement website for the *Mackmin* case (https://www.atmclassaction.com).

**SO ORDERED.**

DATED: 7/26/24

Richard J. Leon

RICHARD J. LEON
United States District Judge