**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| LYNNE BARTRON, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia, Defendants Mastercard Incorporated and Mastercard International Incorporated, by and through their undersigned counsel, Kenneth A. Gallo, a member of the Bar

of this Court, respectfully move that Nina Kovalenko be admitted *pro hac vice* in the above-captioned actions. This motion is supported by the accompanying declaration of Nina Kovalenko. A Certificate of Good Standing and Proposed Order are attached hereto.

Dated: January 22, 2025
Washington, D.C.

Respectfully submitted,

*/s/ Kenneth A. Gallo*

Kenneth A. Gallo (D.C. Bar No. 371253)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: 202-223-7356
Fax: 202-204-7356
kgallo@paulweiss.com

*Attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.3, I hereby certify that, on January 22, 2025, I caused to be electronically filed a copy of the foregoing Motion for Admission Pro Hac Vice and accompanying documents using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record.

*/s/ Kenneth A. Gallo*
Kenneth A. Gallo (D.C. Bar No. 371253)