**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| LYNNE BARTRON, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**DECLARATION OF NINA KOVALENKO**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Nina Kovalenko, pursuant to 28 U.S.C. § 1746, declare as follows:

Pursuant to Local Rule 83.2(c), I certify that I am eligible for admission to this Court:

1. I am a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6040. My direct office telephone is (212) 373-3479.
2. I am a member in good standing of the bars of the State of New York and the District of Columbia. I regularly practice law in the State of New York and my admission to the bar of the District of Columbia is currently inactive. I am also admitted to practice before the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States District Court for the Eastern District of New York, and the United States District Court for the Southern District of New York.
3. I certify that I have not been disciplined by any bar.
4. I have not been admitted *pro hac vice* in this Court within the past two years.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 22nd day of January, 2025.

Respectfully submitted,

Nina Kovalenko

Nina Kovalenko