**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| LYNNE BARTRON, *et al.*,<br>*Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**[PROPOSED] ORDER**

Upon consideration of the motion by Defendants Mastercard Incorporated and Mastercard International Incorporated for Admission *Pro Hac Vice* of Nina Kovalenko and the accompanying Declaration of Nina Kovalenko, it is hereby **ORDERED** that Defendants' Motion for Admission *Pro Hac Vice* of Nina Kovalenko is hereby **GRANTED**; and it is further

**ORDERED** that Nina Kovalenko is admitted to appear *pro hac vice* and participate before this Court as counsel of record for Defendants Mastercard Incorporated and Mastercard International Incorporated.

**SO ORDERED** this ___ day of _____________, 2025.

______________________________
The Honorable Richard J. Leon
United States District Judge