## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER BURKE, *et al.*, | |
| | Civil Action No. 1:11-Cv-1882-RJL-MAU |
| | Assign Date:  8/4/2015 |
| *v.* | Description:  Antitrust – Class Action |
| VISA INC., *et al.*, | |
| *Defendants.* | |
| NATIONAL ATM COUNCIL, INC, *et al.*, | |
| | Civil Action No. 1:11-Cv-01803-RJL- |
| | MAU Assign Date:  8/4/2015 |
| *v.* | Description:  Antitrust – Class Action |
| VISA INC., *et al.*, | |
| *Defendants.* | |

## MOTION FOR EXTENSION OF CASE SCHEDULE

Plaintiff Peter Burke, *et al* and Defendants[1] in the above-captioned cases, jointly move for

an Order extending the case schedule previously set forth in the Court's Minute Order entered

1/23/2025 [*Nat'l ATM Counsel* No. 11-01803, Dkt. #230,  *Burke* Dkt. # 185]).

## GOOD CAUSE

The parties have met and conferred and agree that good cause exists for a 30-day

extension of the deadline for the Plaintiffs' Rebuttal Expert Reports and for an extension of the

close of expert discovery for a period of 150 days from the resolution of the ATM Operators'

---

[1] "Defendants" are Visa Inc., Visa U.S.A. Inc., Visa International Service Association, Plus
System Inc., Mastercard Incorporated, and Mastercard International Incorporated.

Motion to Appoint Class Co-Counsel [filed *Nat'l ATM* Dkt. #230] and other deadlines. Good cause is given by the timing of the introduction of new counsel for the ATM Operators into the litigation at this juncture and the intention of the parties to pursue settlement discussions. The requested extension of the current case schedule will allow the parties sufficient time to pursue those discussions and, should settlement discussions be unsuccessful, to allow new counsel to fully participate in depositions of experts.

Under the parties' proposed extension, the revised case schedule will be:

1. **Plaintiffs' rebuttal expert reports:** May 19, 2025;

2. **Expert discovery closes:** 150 days from the resolution of the ATM Operators' Motion to Appoint Class Co-Counsel (experts may be deposed only once; depositions may be scheduled any time after submission of their report(s));

3. **MSJ/*Daubert* opening brief deadline:** The later of 45 days after (a) the close of expert discovery or (b) the close of the opt-out period in the case in which the motion(s) will be filed;

4. **MSJ/*Daubert* opposition brief deadline:** 45 days after service of opening briefs;

5. **MSJ/*Daubert* reply brief deadline:** 30 days after service of opposition briefs;

6. **Pretrial statements:** 35 days after resolution of all summary judgment and *Daubert* motions applicable to the case in which the pretrial statement is to be filed;

7. **Pretrial conference:** 14 days after pretrial statement deadline.

BASED ON THE FOREGOING, the parties jointly request an Order extending the present case schedule as set forth above.

Respectfully Submitted:

April 8, 2025

By: */s/ Mila F. Bartos*
Mila F. Bartos (D.C. Bar # 464227)
mbartos@finkelsteinthompson.com
Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
2201Wisconsin Ave, N.W.
Washington, D.C. 20001
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher   Lovell
clovell@lshllp.com
Merrick Scott Rayle
mrayle@lshllp.com
LOVELL STEWART HALEBIAN JACOBSON LLP
500 Fifth Ave, Suite 2440
New York, NY 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677
*Counsel for Burke Consumer Class*

By: /s/ Jonathan Rubin
Jonathan L. Rubin (D.C. Bar No. 353391)
SHINDER CANTOR LERNER LLP
600 14th St NW, 5th Floor
Washington, D.C. 20005
Tel: (646) 960-8601
jrubin@scl-llp.com

Jeffrey I. Shinder (pro hac vice forthcoming)
David A. Scupp (pro hac vice forthcoming)
SHINDER CANTOR LERNER LLP
14 Penn Plaza, 19th Floor
New York, NY 10122
Tel: (646) 960-8601
Fax: (646) 960-8625
jeffrey@scl-llp.com
david@scl-llp.com

Daniel J. Mogin  (CA00091)
MOGIN LAW LLP
4225 Executive Square,
Suite 600
La Jolla, CA 92037
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginlawllp.com
Co-Counsel for Plaintiffs, the National ATM Council, Inc.;
ATMs of the South, Inc.; Business Resource Group, Inc.;
Just ATMs USA, Inc.; Wash Water Solutions, Inc.; ATM
Bankcard Services, Inc.; Selman Telecommunications
Investment Group, LLC; Turnkey ATM Solutions, LLC;
Trinity Holdings Ltd, Inc.; and 901 Financial Services LLC
and the ATM Operator Class

By: /s/ Kenneth A. Gallo
Kenneth A. Gallo (D.C. Bar No. 371253)
kgallo@paulweiss.com
Mitchell Webber
mwebber@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel. (202) 223-7300
Fax. (202) 223-7420
Counsel for Defendants Mastercard Incorporated and
Mastercard International Incorporated

By:  /s/ Matthew A. Eisenstein
Matthew A. Eisenstein (D.C. Bar No. 476577)
matthew.eisenstein@arnoldporter.com
Rosemary Szanyi (D.C. Bar No. 997859)
rosemary.szanyi@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel. (202) 942-5000
Fax. (202) 942-5999
Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa
International Service Association, and Plus System, Inc.