IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01803-RJL |
| LYNNE BARTRON, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01831-RJL |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01882-RJL |

NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of Gary R. Carney of Paul, Weiss, Rifkind, Wharton & Garrison LLP as attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated in the above-captioned actions. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mastercard Incorporated and Mastercard International Incorporated in these proceedings.

Dated: April 25, 2025
New York, New York

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Gary R. Carney*
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
(212)-373-3051
gcarney@paulweiss.com

*Counsel for Mastercard*

**CERTIFICATE OF SERVICE**

I, Gary R. Carney, hereby certify that on April 25, 2025, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and upon Mastercard Defendants via email.

Dated: April 25, 2025
New York, New York

*/s/ Gary R. Carney*

Gary R. Carney