**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| LYNNE BARTRON, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

**NOTICE OF APPEARANCE**

Please take notice that I, Brette M. Tannenbaum, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, have been admitted to practice *pro hac vice* before this Court in the above-captioned actions and hereby enter an appearance as counsel of record for

Defendants Mastercard Incorporated and Mastercard International Incorporated in these actions.

My contact information is set forth below.

Dated: August 5, 2025
New York, NY

Respectfully submitted,

*/s/ Brette M. Tannenbaum*

Brette M. Tannenbaum
(admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3852
Fax: 212-492-0852
btannenbaum@paulweiss.com

Attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 5, 2025, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Brette M. Tannenbaum*
Brette M. Tannenbaum