**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PETER BURKE, *et al.*,

Plaintiffs,

v.

VISA INC., *et al.*,

Defendants.

Case No. 1:11-cv-01882 (RJL)

**NOTICE OF MOTION AND MOTION FOR**
**PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION**
**AND TO DIRECT NOTICE TO THE SETTLEMENT CLASS**

Pursuant to Fed. R. Civ. P. 23, on a date to be determined by the Court, at the E. Barrett Prettyman Courthouse, 333 Constitution Avenue NW, Washington, D.C. 20001, the Burke Plaintiffs will and hereby do move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order:

(1) preliminarily approving the proposed class action settlement with Visa Inc.; Visa U.S.A. Inc.; Visa International Service Association; Plus System, Inc.; Mastercard Incorporated and Mastercard International Incorporated d/b/a Mastercard Worldwide;

(2) provisionally certifying the proposed Settlement Class;

(3) directing notice to the proposed Settlement Class in connection with the class action settlement, and approving the proposed forms and manner of notice;

(4) appointing plaintiffs Peter Burke, Kent Harrison, Marin P. Heiskell, and Bryan Byrnes as representatives of the proposed Settlement Class for the purposes of disseminating notice;

(5) appointing Lovell Stewart Halebian Jacobson LLP and Finkelstein Thompson LLP as Settlement Class Co-Lead Counsel;

(6) authorizing retention of A. B. Data, Ltd. as Settlement Administrator and authorizing Class Co-Lead Counsel to serve a subpoena upon A. B. Data to use email addresses in its possession for purposes of class notice;

(7) scheduling a hearing to determine whether the proposed settlement is fair, reasonable, and adequate under Rule 23(e)(2) and whether the proposed Settlement Class should be certified.

The motion is based upon this notice, the attached memorandum of points and authorities, the joint declaration of Co-Lead Counsel Christopher Lovell and Douglas Thompson, the

declaration of proposed Settlement Administrator Elaine Pang (A. B. Data), and the attached text of the proposed order, as well as the pleadings and other papers on file in this action, such matters over which the Court may take judicial notice, and such arguments that may be presented at or before the hearing.

DATED: 12/18/2025

Respectfully submitted,

FINKELSTEIN THOMPSON LLP

By: /s/ _Douglas G. Thompson__

Douglas G. Thompson (D.C. Bar # 172387)
FINKELSTEIN THOMPSON LLP
2201Wisconsin Ave, N.W.
Washington, D.C. 20001
Telephone: 202-337-8000
Facsimile: 202-337-8090
dthompson@finkelsteinthompson.com

Christopher Lovell (*pro hac vice*)
Merrick Scott Rayle (*pro hac vice*)
LOVELL STEWART HALEBIAN JACOBSON LLP
500 Fifth Ave, Suite 2440
New York, NY 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677
clovell@lshllp.com
mrayle@lshllp.com

*Co-Lead Counsel for Burke Consumer Class*