IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br>*Plaintiffs*,<br>v.<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-cv-01803-RJL |
| LYNNE BARTRON, *et al.*,<br>*Plaintiffs*,<br>v.<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-cv-01831-RJL |
| PETER BURKE, *et al.*,<br>*Plaintiffs*,<br>v.<br>VISA INC., *et al.*,<br>*Defendants*. | Civil Action No. 1:11-cv-01882-RJL |

NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of Kenneth A. Gallo of Paul, Weiss, Rifkind, Wharton & Garrison LLP as attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated in the above-captioned actions. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mastercard Incorporated and Mastercard International Incorporated in these proceedings.

Dated: January 7, 2026
Washington, D.C.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Kenneth A. Gallo*

Kenneth A. Gallo
2001 K Street, NW
Washington, D.C. 20006-1047
(202)-223-7356
kgallo@paulweiss.com

*Counsel for Mastercard*

**CERTIFICATE OF SERVICE**

I, Kenneth A. Gallo, hereby certify that on January 7, 2026, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and upon Mastercard Defendants via email.

Dated: January 7, 2026
Washington, D.C.

*/s/ Kenneth A. Gallo*

Kenneth A. Gallo