# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## NOTICE OF CHANGE OF ADDRESS

Manage My Appellate Filer Account

Name: Christopher Lovell Effective Date: 8/18/26

**CURRENT ADDRESS:**

Email Address: clovell@lshllp.com

Direct Phone: (212) 608-1900 DirectFax: (646) 398-8392

Firm Name: Lovell Stewart Halebian Jacobson LLP

Firm Address: 225 Broadway, Suite 3600

Firm City: New York State: NY Zip Code: 10007

Firm Phone: (212) 608-1900 Firm Fax: (212) 719-4775

**FORMER ADDRESS:**

Email Address: clovell@lshllp.com

Direct Phone: (212) 608-1900 DirectFax: (646) 398-8392

Firm Name: Lovell Stewart Halebian Jacobson LLP

Firm Address: 500 5th Avenue, Suite 2440

Firm City: New York State: NY Zip Code: 10110

Firm Phone: (212) 608-1900 Firm Fax: (212) 719-4775

**Please list below all the active cases in which you are counsel (attach separate sheet, if necessary):**

Case No: 1:11-cv-01882 Caption: Burke v. Visa Inc. et al.

Counsel is taking above case to new address/firm: ◉ Yes ○ No

Case No: ______ Caption: ______ v. ______

Counsel is taking above case to new address/firm: ○ Yes ○ No

Case No: ______ Caption: ______ v. ______

Counsel is taking above case to new address/firm: ◉ Yes ○ No

*NOTE: If you were previously employed by the United States or an agency thereof and admitted to the bar of this court without prepayment of the admission fee, pursuant to general order, filed December 7, 1998, you must reapply for admission and pay the full fee prescribed by order of the court. Please complete this change of address form and submit it along with the current application fee to complete the re-application process.*

USCA Form 83
Apr. 2016 (REVISED)